IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and Wife, <br><br>  Plaintiffs, <br><br> v. <br><br> JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, <br><br> Defendants. | Civ. No. 05-79 Erie |

## ORDER

AND NOW, to-wit, this 29th day of March, 2006, after careful consideration and for the reasons set forth in the Opinion accompanying this Order, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Motion to Dismiss is GRANTED. Plaintiffs' claims asserted in Counts I, II, III, and V are hereby dismissed. Defendant Larry Meade is dismissed as a Defendant.

Defendant Joy Mining Machinery Company shall file an answer to the Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4)(A), after which an initial Rule 16 scheduling conference will be set.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record