IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, Inc.,<br><br>    Defendant. | Civil Action No. 05-79-E |

O R D E R

AND NOW, to-wit, 17th day of April, 2006, the following deadlines are set for the above-captioned matter:

1. An Initial Rule 16 Scheduling Conference is scheduled at **10:30 a.m.** on **Thursday, May 11, 2006** before Judge Maurice B. Cohill, Jr., Courtroom A, Federal Courthouse, Second Floor, Erie, Pennsylvania. Counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

2. Pursuant to L.R. 26(f), the parties must confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, and to make or arrange for the disclosures required by Rule 26(a)(1), on or before **April 20, 2006**.

3. The parties shall confer as necessary and file with the Clerk of Court a Rule 26(f) Report by **May 1, 2006**. A form for the Rule 26(f) report may be downloaded from the Court's website and filled in as a word-processing document.

s/Maurice B. Cohill, Jr.
Senior United States District Judge

cc/ecf:   Alexander H. Lindsay, Jr., Esquire
         Pamela G. Cochenour, Esquire
         Eric P. Reif, Esquire