**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

April 19, 2006

Alexander H. Lindsay, Jr., Esquire
Pamela G. Cochenour, Esquire
Eric P. Reif, Esquire

In re:   Valerie Wakefield and Harold I. Wakefield v. Joy Mining
         Machinery Company
              Civil Action No. 05-79-E

Counsel:

      Please be advised that the Initial Rule 16 Scheduling Conference scheduled for **10:30 a.m.** on **Thursday, May 11, 2006,** will be held in Judge Maurice B. Cohill, Jr.'s **Pittsburgh office, Courtroom 8A, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania.** Please mark your calendars accordingly.

      If you have any questions regarding this matter, please feel free to contact me.

                              Very truly yours,

                              <u>s/Karen M. Wilson</u>
                              Administrative Assistant to
                              Judge Maurice B. Cohill, Jr.