# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Valerie W. Wakefield        )
Harold I. Wakefield         )
                            )
            Plaintiffs,     )
       vs.                  )       CV  05-79 ERIE
Joy Mining Machinery Company )
                            )
                            )
            Defendant.      )

**HEARING ON**  Initial Case Management Conference

Before  Judge Cohill

Edie Sutton, Esq                    Pamela Cochenour, Esq..
Alexander Lindsay, Jr., Esq         Lisa Borelli, Esq.

Appear for Plaintiff                Appear for Defendant

Hearing Begun   5/11/2006  10:30 a.m.       Hrg Adjourned to

Hrg concluded C.A.V.   11:00 a.m.           Stenographer   — none —

**WITNESSES**
For Plaintiff                               For Defendant

Status Conference held.

Case Management Order to be entered.