IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALERIE W. WAKEFIELD and )
HAROLD I. WAKEFIELD, husband )
and Wife, )
)
    Plaintiffs, )
)
    v. )    Civ. No. 05-79 Erie
)
JOY MINING MACHINERY )
COMPANY, a division of Harnischfeger )
Industries, and LARRY MEADE, )
)
    Defendants. )

### INITIAL CASE MANAGEMENT ORDER

AND NOW, to-wit, this __11th__ day of __May__, 2006,

IT IS ORDERED that the above-captioned civil action shall proceed under Local Rule 16.1 of this Court, for pretrial proceedings. All provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences in order to obtain authority for the purpose of participating in settlement negotiations to be conducted by the court. Counsel are encouraged to appear with their principals at all such conferences, or instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

1.    After consultation with the parties we find that this action is a Track I case.

2.    The parties have not elected to have the case referred for voluntary arbitration.

3.    Rule 26(a)(1) disclosure statements shall be exchanged no later than __May 21, 2006__.

4.    The Plaintiff may move to add new parties on or before __June 12, 2006__. The Defendant may move to add new parties on or before __June 12, 2006__. The parties may move to amend the pleadings on or before __June 12, 2006__.

5. The parties shall complete fact discovery on or before  September 8, 2006 . All interrogatories, depositions, requests for admissions and requests for production shall be served with sufficient time to allow responses to be completed prior to the close of discovery.

6. **a.** Plaintiffs' Rule 26(a)(2) expert disclosures are due no later than September 18, 2006 . Plaintiff's expert reports shall be filed by  September 18, 2006 . Expert depositions of Plaintiff's expert shall be completed by  October 20, 2006 .
**b.** Defendant's Rule 26(a)(2) expert disclosures are due no later than October 24, 2006 . Defendants' expert reports shall be filed by   October 24, 2006 . Expert depositions of Defendants' expert shall be completed by November 24, 2006.

7. The parties agree that Plaintiff Valerie W. Wakefield's deposition shall be conducted before any other depositions in this case. Plaintiff shall execute the appropriate authorizations for the release of her relevant records and information. Both parties are responsible for ensuring that the Plaintiff's deposition is completed with sufficient time to allow for all other depositions and discovery to be completed prior to the close of discovery.

8. In accordance with LR 16.1.2(A)(4), a post-discovery status conference shall be held within thirty (30) days after the completion of discovery.

*Maurice B. Cohill, Jr.*

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Counsel of Record