IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | Electronically Filed |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO
RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff Valerie Wakefield ("Plaintiff Wakefield") provides the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    A.    <u>Individuals Likely to Have Discoverable Information</u>

Plaintiff Wakefield identifies the following individuals who are likely to have discoverable information that Plaintiff Wakefield may use to support her claims against the Defendant Joy Mining Machinery Company. The Plaintiff is in the continuing process of identifying and locating individuals who are likely to have discoverable information that she may use to support her claims, she therefore expressly reserves the right to supplement this disclosure with the names of such individuals.

    1.    Cornelia Adams
            Personnel Department

    Joy Mining Manufacturing Company
    Subject: Witness to Plaintiff's emotional state following
    An event of sexual harassment.

2.  Ellie Averille
  Computer Analyst
  Joy Mining and Manufacturing
  Franklin, PA 16323
  (814) 437-1587
  Subject: Prior sexual harassment history of Larry Meade.

3.  Cecil Cassatt, Experimental Department at Joy
  317 West Forth
  Oil City, PA 16301
  (814) 676-6729
  Subject: Significant information regarding prior sexual harassment history of Larry Meade.

4.  Tom O'Neil
  Administrative Planner for Joy
  Franklin, PA 16323
  (814) 432-3822
  Subject: Significant information regarding prior sexual harassment history of Larry Meade.

5.  Individuals listed in the Defendant's Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

6.  The Plaintiff Valerie Wakefield expressly reserves the right to supplement her initial disclosures and to designate additional individuals as rebuttal witnesses in response to any defenses asserted by the Defendant in this matter.

B.  <u>Preliminary Disclosure of Documents</u>

Any documents protected by the attorney/client privilege, the work-product doctrine, or any other applicable privilege will not be provided in this discovery process. The following categories of documents, data compilations, and tangible things in the possession, custody and control of the Plaintiff, Valerie Wakefield that she may use in support of her claims include the following:

1.  The Plaintiff's medical files of the following facilities:

      a.    Dr. Pasternack
   Deerfield Behavioral Health
   128 West Central
   Titusville, PA 16354

      b.    Susan J. Stewart, LSW
   Rural Mental Health Associates, Inc.
   1140 Liberty Street
   Franklin, PA 16323
   (814) 437-2600

      b.    Dr. Savita Joneja
   Seneca Primary Care
   Route 257 Duawl
   Professional Plaza, Suite 2
   Seneca, PA 16346
   (814) 677-7338

2. Documents relating to the Plaintiff's physical and/or medical condition.

3. Documents regarding the payment of monies for medical treatment.

4. Legal documents regarding prior legal actions involving the Defendant.

5. Documents listed in the Defendant's Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures.

6. The Plaintiff Valerie Wakefield expressly reserves the right to supplement her initial disclosures and to designate and use additional documents to support any of her claims asserted against the Defendant Joy Mining and Manufacturing.

C. <u>Computation of Damages</u>

If successful, the Plaintiff is entitled to back pay, any loss of benefits, reimbursement of medical expenses, attorney fees and court expenses plus punitive damages and any applicable delay damages.

D. <u>Insurance Agreement</u>

No insurance agreements are in the possession of the Plaintiff, which would affect this Complaint.

E.   <u>Reservation of Rights</u>

The Plaintiff Valerie Wakefield expressly reserves the right to supplement her initial disclosures in the event that she is able to identify additional individuals who are likely to have discoverable information that she may use to support her claims or discovers additional relevant and discoverable evidence in her possession, custody or control that she may use to support her claims and defenses.

Respectfully submitted,

THE LINDSAY LAW FIRM, P.C.

<u>/s/Alexander H. Lindsay, Jr.</u>
Alexander H. Lindsay, Jr., Esquire
Counsel for Plaintiff
PA I.D. #

128 South Main Street
Butler, PA  16001
(724) 282-6600

SUTTON LEGAL SERVICES

<u>/s/Edith Lynne Sutton</u>
Edith Lynne Sutton, Esquire
Counsel for Plaintiff
PA I.D. No.  79255

11 Sunset Court
Cranberry Township, PA  16066
(724) 453-6102