IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) CIVIL DIVISION ) ) Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) Honorable Maurice B. Cohill, Jr. |
| v. | ) ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) *Electronically Filed* |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the Defendants' Motion to Amend the Pleadings-Caption, the same is hereby granted. The caption in this case is amended to read as follows:

Valerie W. Wakefield, Plaintiff v. Joy Mining Machinery Company, a division of Harnischfeger Industries, Defendant

BY THE COURT:

_____ J.