IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) CIVIL DIVISION ) ) Civil Action No. 05 CV 79 – Erie ) |
| Plaintiffs, | ) Honorable Maurice B. Cohill, Jr. ) |
| v. | ) ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) Electronically Filed |

**PETITION FOR WITHDRAWAL OF APPEARANCE**

**AND NOW,** comes Edith Lynne Sutton, Esquire and respectfully petitions this Court for permission to Withdraw Appearance as Attorney for the Plaintiffs in the above-referenced matter and in support thereof avers as follows:

1.  Attorney Sutton undertook the case while working as an associate for The Lindsay Law Firm, P.C.

2.  Effective January 31, 2006, Attorney Sutton ceased working as an associate for the firm.

4.  Attorney Alexander H. Lindsay, Jr. of The Lindsay Law Firm, P.C. will continue with all matters relevant to this case.

**WHEREFORE,** based on the foregoing the undersigned counsel respectfully asks permission to withdraw from the this case.

                                              Respectfully submitted,

                                              /s/Edith Lynne Sutton
                                            Edith Lynne Sutton, Esquire
                                            Counsel for Plaintiff
                                            Pa I.D. No.  79255

                                            11 Sunset Court
                                            Cranberry Township, PA  16066
                                            (724)453-6102

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | Electronically Filed |

### ORDER OF COURT

**AND NOW,** this _____ day of _____, 2006 upon consideration of the foregoing Petition for Withdrawal of Appearance, it is hereby ORDERED that Attorney Edith Lynne Sutton's request is GRANTED.

All future pleadings shall be mailed directly to The Lindsay Law Firm, P.C., 128 South Main Street, Butler, PA 16001.

BY THE COURT,

_____
J.