IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) CIVIL DIVISION ) ) Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) Honorable Maurice B. Cohill, Jr. |
| v. | ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) Electronically Filed |

**ORDER OF COURT**

**AND NOW**, this \_\_4th\_\_ day of \_\_\_August\_\_\_, 2006 upon consideration of the foregoing Petition for Withdrawal of Appearance, it is hereby ORDERED that Attorney Edith Lynne Sutton's request is GRANTED.

All future pleadings shall be mailed directly to The Lindsay Law Firm, P.C., 128 South Main Street, Butler, PA 16001.

BY THE COURT,

s/Maurice B. Cohill, Jr.
_____
J.