IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE,<br><br>　　　　　Defendants. | CIVIL DIVISION<br><br>Civil Action No. 05 CV 79 – Erie<br><br>Honorable Maurice B. Cohill, Jr.<br><br><br>**JURY TRIAL DEMANDED** |

I
**NOTICE OF DEPOSITION**

To:　Edie Sutton, Esquire
　　　SUTTON LEGAL SERVICES
　　　11 Sunset Court
　　　Cranberry Township, PA  16066

　　　Alexander H. Lindsay, Jr., Esquire
　　　THE LINDSAY LAW FIRM, P.C.
　　　128 South Main Street
　　　Butler, PA  16001

　　　Attorneys for Plaintiff,
　　　Valerie Wakefield

Please take notice that the deposition of **Valerie Wakefield** will be taken for the purposes of discovery and use at trial, pursuant to the Federal Rules of Civil Procedure, before a Notary Pubic duly authorized by law to administer oaths on **Tuesday, June 27, 2006 at 10:00 a.m.**, and continuing thereafter as necessary, at the offices of **Pietragallo, Bosick & Gordon LLP, The Thirty-Eighth Floor, One Oxford Centre, Pittsburgh, PA**

EXHIBIT A

15219 at which time you are invited to appear and take such part as shall be fitting and proper.

You are requested to bring with you any and all documents in your possession relating to your claims made in this matter.

The deposition will be recorded by a stenographer for a written transcript.

Respectfully submitted,

*(signature)*

PAMELA G. COCHENOUR, ESQUIRE
Pa. I.D. #47761
PIETRAGALLO, BOSICK & GORDON
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219

(412) 263-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF DEPOSITION** was served this **19th** day of **May, 2006** via First Class Mail, Postage Pre-Paid, to the following:

>Edie Sutton, Esquire
>SUTTON LEGAL SERVICES
>11 Sunset Court
>Cranberry Township, PA 16066
>
>Alexander H. Lindsay, Jr., Esquire
>THE LINDSAY LAW FIRM, P.C.
>128 South Main Street
>Butler, PA 16001
>Attorneys for Plaintiff,
>Valerie Wakefield

_____
PAMELA G. COCHENOUR, ESQUIRE
Pa. I.D. #47761

PIETRAGALLO, BOSICK & GORDON
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219

(412) 263-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | CIVIL DIVISION |
| | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | Honorable Maurice B. Cohill, Jr. |
| v. | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | **JURY TRIAL DEMANDED** |
| Defendants. | |

I
**NOTICE OF DEPOSITION**

To:   Edie Sutton, Esquire
SUTTON LEGAL SERVICES
11 Sunset Court
Cranberry Township, PA  16066

Alexander H. Lindsay, Jr., Esquire
THE LINDSAY LAW FIRM, P.C.
128 South Main Street
Butler, PA  16001

Attorneys for Plaintiff,
Valerie Wakefield

Please take notice that the deposition of **Harold Wakefield** will be taken for the purposes of discovery and use at trial, pursuant to the Federal Rules of Civil Procedure, before a Notary Pubic duly authorized by law to administer oaths on **Monday, June 26, 2006 at 10:00 a.m.**, and continuing thereafter as necessary, at the offices of **Pietragallo, Bosick & Gordon LLP, The Thirty-Eighth Floor, One Oxford Centre, Pittsburgh, PA**

**15219** at which time you are invited to appear and take such part as shall be fitting and proper.

You are requested to bring with you any and all documents in your possession relating to your claims made in this matter.

The deposition will be recorded by a stenographer for a written transcript.

                         Respectfully submitted,

                         *[signature]*

                         PAMELA G. COCHENOUR, ESQUIRE
                         Pa. I.D. #47761
                         PIETRAGALLO, BOSICK & GORDON
                         Firm #834
                         The Thirty-Eighth Floor
                         One Oxford Centre
                         Pittsburgh, PA 15219

                         (412) 263-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF DEPOSITION** was served this **19th** day of **May, 2006** via First Class Mail, Postage Pre-Paid, to the following:

> Edie Sutton, Esquire
> SUTTON LEGAL SERVICES
> 11 Sunset Court
> Cranberry Township, PA 16066
>
> Alexander H. Lindsay, Jr., Esquire
> THE LINDSAY LAW FIRM, P.C.
> 128 South Main Street
> Butler, PA 16001
> Attorneys for Plaintiff,
> Valerie Wakefield

_____
PAMELA G. COCHENOUR, ESQUIRE
Pa. I.D. #47761

PIETRAGALLO, BOSICK & GORDON
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219

(412) 263-2000