PIETRAGALLO
BOSICK &
GORDON LLP

ATTORNEYS AT LAW

THE THIRTY-EIGHTH FLOOR
ONE OXFORD CENTRE
PITTSBURGH PA 15219
(412) 263-2000  (412) 261-5295 FAX

WILLIAM PIETRAGALLO, II
JOSEPH J. BOSICK (PA OH & WV)
MARK GORDON
FRANCIS E. PIPAK JR
PAUL K. VEY (PA, WV & OH)
NORA BARRY FISCHER (PA IL & WV)
DAVID H. DILLE
HARRY J. KLUCHER (PA & NJ)
ERIC P. REIF (PA & MI)
CLEM C. TRISCHLER (PA & WV)
PAMELA G. COCHENOUR
JOHN B. WISE
F. BRENNAN HART
ERIC G. SOLLER
WILLIAM W SCHRIMPF, SR.
ROBERT R. LEIGHT (PA & WV)
CHRISTOPHER L. WILDFIRE
ALAN G. TOWNER (PA, MD & USPTO)
LOUIS C. LONG (PA & WV)
KENNETH T NEWMAN (PA NJ & OH)
ROBERT P LENART (PA & USPTO)
RICHARD A. POLLARD
NANCY DAVIS STEWART

ROBERT J D'ANNIBALLE (OH & WV)
GAYLE L. GODFREY
JEANETTE H. HO (PA & WV)
BRYAN K. SHRECKENGOST
BENJAMIN T. QUEEN II (PA & US/TO)
SEAN D. EPSTEIN
MARTIN T. DURKIN, JR.
GAVIN M. O'CONNOR (PA & WV)
MICHAEL MAGEE (PA & WV)
JAMES W. KRAUS (PA, OH, WV &DC)
TYLER J. SMITH
ROCHELLE L. BRIGHTWELL (PA & WV)
RICHARD F. MOROCO
ANTHONY J. BASINSKI
MARTHA S. HELMREICH
JULIE F. SWEENEY
ERIC A. FISCHER
B.J. O'NEILL
MARK T. CALOYER
MARY MARGARET HILL (PA, OH & CA)
BRYAN S. NEFF (PA, OH, WV & CA)
TIMOTHY J. GREEN (PA & OH)
MICHELLE L. GORMAN (OH & WV)

LEE ANN RHODES
JENNIFER R. RUSSELL
SHANNON L. VOLL (PA & TX)
ANDREA M. BARTKO
ALBERT N. PETERLIN (PA & MD)
GREGORY J. FISCHER
JAMES R. MARRION (PA & WV)
MICHAEL E. BARRETT (PA & IL)
BRIAN S. GREEN (PA & WV)
ELIZABETH M. YANELLI
CHRISTOPHER M. ELSWICK (WV)
AMY N. WILLIAMSON
ROBERT J. MONAHAN (PA & WV)
HEATHER A. TROSTLE (PA & WV)
MATTHEW D. GAILEY (PA, OH & WV)
W. BEN STEWART (FL)
DAVID W. TURNER

COUNSEL TO THE FIRM
ALFRED S. PELAEZ
THOMAS J WARD

DIRECT DIAL NO.: 412-263-1841
FILE NO.: JOY-65077
E-MAIL: PGC@PBandG.com

August 23, 2006

**_VIA FACSIMILE TRANSMISSION_**
**_(724) 282-2672_**

Alexander H. Lindsay, Jr., Esquire
The Lindsay Law Firm
128 South Main Street
Butler, PA 16001

          **RE:   Valerie W. Wakefield v. Joy Mining Machinery Company**
                **Civil Division No.:  290-2005**
                **Western District Docket No.:    05-79 Erie**

Dear Mr. Lindsay:

       Thank you for your letter in response to my voicemail messages left for you on August 23, 2006 relative to the scheduling of the depositions in this case.

       I will be out of town on Thursday, August 24 and Friday, August 25, 2006. Keeping our respective schedules and the discovery deadline in mind, I propose the following schedule:

| | |
|---|---|
| August 30, 2006 | Deposition of Harold Wakefield |
| August 30, 2006 | Begin deposition of Valerie Wakefield |
| September 1, 2006 | Complete deposition of Valerie Wakefield |
| September 5, 2006 | Depositions of defendant's employees |
| September 6, 2006 | Depositions of defendant's employees |
| September 7, 2006 | Depositions of defendant's employees |
| September 8, 2006 | Depositions of defendant's employees |



EXHIBIT
_B_

Pennsylvania
(412) 263-2000

Ohio
(740) 282-6705

West Virginia
(304) 748-4246

All of the employees whose depositions you have noticed are generally available on the dates noted above. There are three exceptions. First, as I have previously advised you, Mr. Maritz is in Australia and will be out of the country beyond the discovery deadline. Joy will agree to make him available outside the discovery period upon his return to the country. Additionally, Mr. Mead leaves for a prescheduled, prepaid vacation on September 5, 2006. We will be happy to make him available on August 30 or September 1. His deposition will simply have to be taken contemporaneously with other depositions taken that day.

Finally, Tom O'Neil is scheduled to be out of town beginning September 7, 2006. Accordingly, you may wish to schedule his deposition in the earlier days.

As indicated, Joy will secure a room at the Franklin Club in Franklin, Pennsylvania for all the depositions - including those of Mr. and Mrs. Wakefield.

Please call my office with your thoughts regarding this proposed schedule. Given the fact that I will be out of the office, please leave me a voicemail message containing your thoughts. I will be retrieving my messages on a regular basis and will get back to you with regard to the confirmation of this schedule or changes that you wish to make.

Very truly yours,

Pamela G. Cochenour

PGC/dln

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              1812
CONNECTION TEL              #08917242822672
CONNECTION ID        AL LINDSAY
ST. TIME             08/23 17:06
USAGE T              01'16
PGS. SENT               3
RESULT               OK
```

# PIETRAGALLO, BOSICK & GORDON LLP

Attorneys at Law
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000
FAX: (412) 261-5295

## FACSIMILE TRANSMISSION COVER PAGE

DATE:          August 23, 2006

RECIPIENT:     Alexander H. Lindsey, Jr., Esquire

COMPANY:       The Lindsay Law Firm, P.C.

RECIPIENT'S FAX NO.:    (724) 282-2672

FROM:          Pamela G. Cochenour, Esquire

FILE NUMBER:         JOY-65077

NUMBER OF PAGES, INCLUDING COVER PAGE:          3

MESSAGE:

(412) 263-1841
DIRECT DIAL NUMBER

☐    Original will follow via U.S. Mail

X    Original will NOT follow.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR