IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-79-E |
| ) | |
| JOY MINING MACHINERY COMPANY, ) | |
| a division of Harnischfeger ) | |
| Industries, ) | |
| ) | |
| Defendant. ) | |

ORDER

AND NOW, this __29th__ day of __August__, 2006, upon consideration of Defendant's Motion to Extend Discovery Deadline (document No. 20) filed in the above-captioned matter on August 28, 2006,

IT IS HEREBY ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED that:

1. Fact discovery shall close on October 10, 2006.

2. Plaintiff's Rule 26(a)(2) expert disclosures are due no later than October 20, 2006; Plaintiff's expert reports shall be filed by October 20, 2006. Expert depositions of Plaintiff's expert shall be completed by November 20, 2006. Defendant's Rule 26(a)(2) expert disclosures are due no later than November 24, 2006. Defendant's expert reports shall be filed by November 24, 2006. Expert depositions of Defendant's experts shall be completed by December 26, 2006.

In all other respects, the Initial Case Management Order dated May 11, 2006, shall remain in full force and effect.

_Maurice B. Cohill, Jr._
Senior United States District Judge

ecf:    Counsel of record