IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and Wife,** | : : : : | CIVIL DIVISION<br><br>Civil Action No. 05 CV 79 - Erie |
| **Plaintiffs,** | : : | Honorable Maurice B. Cohill, Jr. |
| v. | : : | JURY TRIAL DEMANDED |
| **JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE,** | : : : : : | |
| **Defendants.** | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Extend Discovery Deadline,

IT IS HEREBY ORDERED that said Motion is Granted. IT IS FURTHER ORDERED that:

1. Fact Discovery shall close on November 10, 2006.

2. Plaintiffs' Rule 26(a)(2) expert disclosures are due no later than November 20, 2006; Plaintiff's expert reports shall be filed by November 20, 2006. Expert depositions of Plaintiffs' expert shall by completed by December 20, 2006. Defendant's Rule 26(a)(2) expert disclosures are due no later than December 20, 2006. Defendant's expert reports shall be filed by December 20, 2006. Expert depositions of Defendant's experts shall be completed by January 20, 2007.

In all other respects, the Initial Case Management Order dated May 11, 2006, shall remain in full force and effect.

BY THE COURT:

_____
Senior United States District Judge