IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05 CV 79 – Erie |
| | ) | |
| v. | ) | Honorable Maurice B. Cohill, Jr. |
| | ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) | |
| | ) | *Electronically Filed* |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the Plaintiff's Motion for Extension of Discovery Deadlines and/or Modification of Scheduling Orders, the same is hereby granted as modified by this Order.

1. Fact Discovery shall close on November 10, 2006.

2. Plaintiff's Rule 26(a)(2) expert disclosures are due no later than November 20, 2006; Plaintiff's expert reports shall be filed by November 20, 2006. Expert depositions of Plaintiff's experts shall be completed by December 20, 2006. Defendant's Rule 26(a)(2) expert disclosures are due no later than December 20, 2006. Defendant's expert reports shall be filed by December 20, 2006. Expert depositions of Defendant's expert shall be completed by January 20, 2007.

3. In all other respects, the Initial Case Management Order dates May 11, as modified by Order dated August 29, 2006, shall remain in full force and effect.

BY THE COURT:

_____ J.

Case 1:05-cv-00079-MBC    Document 25-2    Filed 10/10/2006    Page 2 of 2