IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-79 Erie |
| ) | |
| JOY MINING MACHINERY ) | |
| COMPANY, a division of Harnischfeger ) | |
| Industries, ) | |
| ) | |
| Defendant. ) | |

### AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this __12th__ day of __October__, 2006, upon consideration of Defendant's Consent Motion for Leave to Take Deposition Outside the Discovery Period (Doc. 23) and Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 24) and Defendant's Response thereto, it is hereby ORDERED, ADJUDGED and DECREED that said motions are hereby GRANTED insofar as said motions are consistent with the following Amended Case Management Order

IT IS ORDERED that the above-captioned civil action shall proceed under Local Rule 16.1 of this Court, for pretrial proceedings. All provisions of the Rule will be strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences in order to obtain authority for the purpose of participating in settlement negotiations to be conducted by the court. Counsel are encouraged to appear with their principals at all such conferences, or instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

1. After consultation with the parties we find that this action is a Track I case.
2. The parties have not elected to have the case referred for voluntary arbitration.
3. Rule 26(a)(1) disclosure statements have been exchanged.
4. The time for moving to add new parties or amend the pleadings has passed.

5. The parties shall complete fact discovery on or before _November 13, 2006_. All interrogatories, depositions, requests for admissions and requests for production shall be served with sufficient time to allow responses to be completed prior to the close of discovery.

6. **a.** Plaintiffs' Rule 26(a)(2) expert disclosures are due no later than November 27, 2006. Plaintiff's expert reports shall be filed by November 27, 2006. Expert depositions of Plaintiff's expert shall be completed by December 29, 2006.
**b.** Defendant's Rule 26(a)(2) expert disclosures are due no later than December 29 2006. Defendants' expert reports shall be filed by December 29, 2006. Expert depositions of Defendants' expert shall be completed by January 29, 2007.

7. No further extensions for discovery will be granted.

8. In accordance with LR 16.1.2(A)(4), a post-discovery status conference shall be held within thirty (30) days after the completion of discovery. That conference shall be held on February 8, 2007 at 11:30 a.m. in Courtroom 8A, Unites States Courthouse, Pittsburgh, Pennsylvania. Counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes. The parties should be prepared to discuss settlement.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Counsel of Record