IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05 CV 79 – Erie |
| | ) | |
| v. | ) | Honorable Maurice B. Cohill, Jr. |
| | ) | |
| JOY MINING MACHINERY | ) | JURY TRIAL DEMANDED |
| COMPANY, a division of Harnischfeger | ) | |
| Industries, | ) | |
| | ) | *Electronically Filed* |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion for Summary Judgment filed on behalf of the Defendant, the same is hereby GRANTED. Plaintiff's claims and Complaint are hereby dismissed with prejudice.

BY THE COURT:

_____