# Tab 3

COPY

```
                                                                1
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3
    VALERIE W. WAKEFIELD,        :   Civil Division
 4           Plaintiff,          :
                                 :   Civil Action
 5                               :   No. 05 CV 79 - Erie
                                 :
 6       VS.                     :
                                 :
 7  JOY MINING MACHINERY         :
    COMPANY, a division of       :
 8  Harnischfeger Industries,    :
             Defendant.          :   Honorable Maurice B.
 9                                   Cohill, Jr.

10

11       Deposition of          :   LARRY MEADE

12
         Date                   :   September 20, 2006
13                                  commenced at 9:00 a.m.

14       Place                  :   Franklin Club
                                    1341 Liberty Street
15                                  Franklin, PA

16

17
    APPEARANCES:
18
    FOR THE PLAINTIFF:
19      ALEXANDER H. LINDSAY, JR., ESQ.
        The Lindsay Law Firm, P.C.
20      128 South Main Street
        Butler, PA 16001
21

22  FOR THE DEFENDANT:
        PAMELA G. COCHENOUR, ESQ.
23      Pietragallo, Bosick & Gordon
        The Thirty-eighth Floor
24      One Oxford Centre
        Pittsburgh, PA 15219
25
```

```
 1  Q.  Is there any other individual that you discussed
 2      the loss of a loved one with, besides the ones
 3      you've mentioned?
 4  A.  My fellow workers.
 5  Q.  Who?
 6  A.  Everybody in my department.
 7  Q.  Was there someone that you knew that had lost a
 8      loved one that you had discussions with?  I'm not
 9      talking about generally.
10  A.  No.
11  Q.  When you met with Johan Maritz and Diane Kemick
12      at any meeting, did you always tell the truth?
13  A.  Yes.
14  Q.  How long have you been at Joy?
15  A.  Thirty years.
16  Q.  What's your education?
17  A.  I have a two year degree from Triangle Tech in
18      Pittsburgh.
19  Q.  What was the degree for?
20  A.  Mechanical drawing.
21  Q.  When did you graduate from Triangle Tech?
22  A.  '69.
23  Q.  And your first employer after that was?
24  A.  Talon.  T-A-L-O-N.  Meadville.
25  Q.  What as?
```

70

1  Q.  Okay. And what did you do when you started at
2      Joy?
3  A.  Draftsman.
4  Q.  What do you do now?
5  A.  Draftsman.
6  Q.  Same job?
7  A.  Yes.
8  Q.  Tell us what your job entails as a draftsman?
9  A.  I draw up hydraulic schematics. Also do
10     mechanical work drawing up parts on the machines
11     for Joy. Drawing up parts on the machine, like
12     mechanical parts.
13 Q.  Anything else?
14 A.  No.
15 Q.  Does your wife work?
16 A.  Yes.
17 Q.  Where does she work?
18 A.  Williams Decorating in Oil City.
19 Q.  What kind of work does she do?
20 A.  Sales.
21 Q.  How long have you been married?
22 A.  Thirty years.
23 Q.  Have you ever engaged in any form of a romantic
24     relationship with any Joy employee?
25 A.  No.

76

```
 1
 2
 3
 4
 5                    S I G N A T U R E
 6
 7
 8
 9
10
11
12
13
14
15
16
17    ____Larry E. Meade____        ____11-7-06____
18         NAME                          DATE
19
20
21
22
23
24
25
```