**Tab 4**

1

1    IN THE COURT OF COMMON PLEAS
2    OF VENANGO COUNTY, PENNSYLVANIA

3                    - - -

VALERIE W. WAKEFIELD,              )
4                                  )
            Plaintiff,             )
5                                  )  CIVIL DIVISION
        vs.                        )  No. 290-2005
6                                  )
JOY MINING MACHINERY COMPANY,      )
7                                  )
            Defendant.             )
8

9                    - - -

10      DEPOSITION OF HAROLD I. WAKEFIELD
        THURSDAY, SEPTEMBER 14, 2006

11                   - - -

12      Deposition of HAROLD I. WAKEFIELD, called as a

13   witness by the Defendant, taken pursuant to Notice of

14   Deposition and the Pennsylvania Rules of Civil

15   Procedure, by and before Carla L. Lennartz, a Court

16   Reporter and a Notary Public in and for the

17   Commonwealth of Pennsylvania, at the Franklin Club,

18   1340 Liberty Street, Franklin, Pennsylvania,

19   commencing at 9:00 a.m. on the day and date above set

20   forth.

21                   - - -

22

23

7

```
1    period just so that we can all -- especially since
2    four of us at the table are distant from our homes
3    especially today so that we can get home at a decent
4    hour.  If at any time, however, you need to take a
5    comfort break, please just say so.
6        A.   Very good.
7        Q.   If at any time you need to confer with counsel,
8    please just say so.  Under those circumstances,
9    however, I just ask that you answer whatever question
10   is currently pending before you take that break; okay?
11       A.   Okay.
12       Q.   I'm sorry to go back.
13       A.   I understand.
14       Q.   Okay.  Thank you.  Mr. Wakefield, are you
15   currently married to Valerie Wakefield?
16       A.   Yes.
17       Q.   Were you ever married before you were married
18   to Valerie?
19       A.   Yes.
20       Q.   How many times?
21       A.   Twice.
22       Q.   Would you start with your first marriage,
23   please, and tell me your first wife's name?
```

1    A.    The last I knew was somewhere in the Venus

2    area.

3    Q.    Venus.   What county is that?

4    A.    I believe Clarion.

5    Q.    You said last you knew.   When did you last know

6    of her whereabouts?

7    A.    20 years ago.

8    Q.    Subsequent to your divorce from Desiree, did

9    you remarry?

10   A.    Yes.

11   Q.    Who did you marry?

12   A.    Lorraine Madden.

13   Q.    Two D's?

14   A.    Yes.

15   Q.    What was the date of that marriage?

16   A.    1980.

17   Q.    In what county?

18   A.    Venango.

19   Q.    And what was the year of your divorce?

20   A.    1986.

21   Q.    And what county?

22   A.    Venango.

23   Q.    Were there any children of that marriage?

11

1    A.   Yes, one.

2    Q.   Is that your son Justin?

3    A.   Yes.

4    Q.   What were the reasons for that divorce, Mr.

5   Wakefield?

6    A.   Once again, infidelity.

7    Q.   Your wife's infidelity?

8    A.   Yes.

9    Q.   How long into the marriage did you learn of

10  your wife's infidelity?

11    A.   Five years.

12    Q.   How did you learn of it?

13    A.   A friend.

14    Q.   I'm sorry?

15    A.   A friend.

16    Q.   A friend told you?

17    A.   Yes.

18    Q.   A friend of yours or a friend of your wife's?

19    A.   A friend of mine told me.

20    Q.   Did you know the individual with whom your wife

21  Lorraine was having a relationship?

22    A.   Yes.

23    Q.   How long did that relationship go on before you

19

1    Q.    Okay.  And you stayed at Quaker State until

2  1989?

3    A.    '89, yes.

4    Q.    And then what happened?

5    A.    In 1989, that company was taken over by another

6  company; and at that point in time, Joy was hiring

7  welders.  I decided to choose to come back to Joy

8  welding.

9    Q.    And when was that, 1989?

10   A.    Yes.  October 30th, 1989 I returned to Joy.

11   Q.    Been with Joy continuously since that time?

12   A.    Yes.

13   Q.    In what positions?

14   A.    Welder.

15   Q.    So in 1989 you returned to Joy as a welder;

16  you've been a welder at Joy continuously until today?

17   A.    Present, yeah.  Yes.

18   Q.    Did you ever hold any supervisory positions at

19  Joy?

20   A.    No.

21   Q.    Have you ever been disciplined while at Joy?

22   A.    Yes.

23   Q.    When?

1    A.    Yes.

2    Q.    Did you encourage her to apply for the job?

3    A.    Yes.

4    Q.    Was there any competition or was she the only

5    applicant?

6    A.    That I can't answer.

7    Q.    Did Joy advertise for the job?

8    A.    Not that I'm aware of.

9    Q.    To whom did Valerie have to apply to get the

10   job?

11   A.    I'm trying to think of the agency in Oil City.

12   Job Service.  It used to be called the unemployment

13   office, but they over the years have since changed.

14   I'm pretty sure it's called Job Service in Oil City,

15   which Joy in Franklin uses them for job placement.

16   Q.    Do you recall the first time Valerie mentioned

17   Larry Meade in any context?

18   A.    First time that I can remember was the day he

19   came to our house after my son's death.

20   Q.    You never heard his name mentioned by Val

21   before that day?

22   A.    Not that I can recollect.

23   Q.    Okay.  When did you first become aware that Mr.

65

1    and Mrs. Meade lost their son -- one of their sons in

2    a car accident?

3        A.    I believe that same day.

4        Q.    How did you become aware of that?

5        A.    When he stopped at our house that morning.  For

6    some reason I'm thinking Valerie when he came to the

7    door answered the door; and Valerie knew who he was.

8    I had no idea who he was.  I believe she had said, it

9    may have even been before she left him in, that this

10   Larry Meade, he lost a son in an accident.

11       Q.    So Valerie told you that Larry had lost his

12   son?

13       A.    I'm thinking that.  If not at that moment, as

14   soon as he come in the house he had said who he was.

15       Q.    So you didn't know who Larry Meade was --

16       A.    No.

17       Q.    -- at Joy?

18       A.    No.

19       Q.    You never saw him?

20       A.    No.

21       Q.    You never heard his name?

22       A.    No.

23       Q.    In 2000, 2001, who were your closest friends at

1    A.    No.

2    Q.    Weekly?

3    A.    That would probably be at most in the

4    beginning, yeah.

5    Q.    Would you see him every day?

6    A.    I could if I wanted to.  Generally I worked in

7    welding like here, the main aisle way, he would walk

8    up through in the morning or down through when he was

9    punching out; but as far as discussions, maybe once a

10   week.

11   Q.    Were your co-workers from Joy in general

12   helpful in the days immediately following the loss of

13   your son?  In other words, did folks from Joy come to

14   pay their respects?  Did they send flowers, cards,

15   that kind of thing?

16   A.    Yes.

17   Q.    A lot of them?

18   A.    Yes.  Yes.

19   Q.    Did folks stop at the house to lend their

20   support?

21   A.    Yes, there was a handful I would say.

22   Q.    Five?

23   A.    Half a dozen, somewhere in there, yes.

132

1    A.    Yes.

2    Q.    Did you go to see Susan Stewart together?

3    A.    Yes.

4    Q.    Did you talk to anyone from Joy before you went

5    to see Susan Stewart?

6    A.    Yes.

7    Q.    Who did you speak to?

8    A.    Johan Maritz.

9    Q.    How did it come about that you spoke with Johan

10    that day?

11    A.    I believe Johan called to find out if there was

12    anything he could do or what was going on.

13    Q.    He called the house?

14    A.    Yes.

15    Q.    Was he expressing concern for Valerie?

16    A.    I'm trying to remember the content of that

17    conversation.  I can remember him asking me what was

18    going on or what had went on, something to that

19    effect; and I believe I told him it had to do with

20    Larry Meade again and that Valerie hadn't told me

21    everything until now.

22        Now I remember.  I said, I don't know whether

23    she had him come in the bathroom or what happened,

134

1    figure out which conversation I had with Johan that he

2    told me that legal advised him -- and that may have

3    been after the March meeting.  I believe I raised a

4    question of where do we stand as employees here with

5    that individual still here, you know, where are we at?

6         I'm thinking in that phone conversation he told

7    me that he was advised to tell us that, you know,

8    we're not to go broadcasting it through the shop.  I

9    don't remember the exact words, but that's what I took

10   it, that, you know, the situation -- you know, which

11   after I thought about it I guess there are different

12   things you can get into if you go doing that.  So, I

13   don't know, that was the basis of that conversation

14   that I remember.

15        Q.   And he was calling to see what was happening

16   with Valerie?

17        A.   Yes.  Yes.

18        Q.   Did you tell him in that conversation that Val

19   had not told people at Joy the whole story?

20        A.   I don't know if it was in that conversation.

21   If it was not, it was after she got out of the

22   hospital.

23        Q.   At about that time period, did you tell Johan

CLL – September 14, 2006

*No changes.*

In re:  WAKEFIELD VS. JOY MINING MACHINERY CO.

_____
HAROLD WAKEFIELD

Sworn to and subscribed before me this

_____30th_____ day of _____November_____, 2006.

NOTARIAL SEAL
MICHELE R STITT
Notary Public
BUTLER CITY, BUTLER COUNTY
My Commission Expires Mar 30, 2010

_____
NOTARY PUBLIC

My commission expires: _____.

NO CORRECTIONS