# Tab 5

COPY

1

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3
   VALERIE W. WAKEFIELD          :   Civil Division
 4           Plaintiff,          :
                                 :   Civil Action
 5                               :   No. 05 CV 79 - Erie
                                 :
 6        VS.                    :
                                 :
 7   JOY MINING MACHINERY        :
     COMPANY, a division of      :
 8   Harnischfeger Industries    :
                Defendant.       :   Honorable Maurice B.
 9                                   Cohill, Jr.

10

11        Deposition of         :   CORNELIA ADAMS

12

13        Date                  :   September 21, 2006
                                     commenced at 11:20 a.m.

14        Place                 :   Franklin Club
                                     1341 Liberty Street
15                                   Franklin, PA

16

17
   APPEARANCES:
18
   FOR THE PLAINTIFF:
19        ALEXANDER H. LINDSAY, JR., ESQ.
          The Lindsay Law Firm, P.C.
20        128 South Main Street
          Butler, PA 16001
21

22   FOR THE DEFENDANT:
          PAMELA G. COCHENOUR, ESQ.
23        Pietragallo, Bosick & Gordon
          The Thirty-eighth Floor
24        One Oxford Centre
          Pittsburgh, PA 15219
25
```

```
 1   A.   In the union.

 2   Q.   Okay.  That's just the union employees that you

 3        deal with?

 4   A.   Yes.  Yes.

 5   Q.   Okay.  Is there only one union?

 6   A.   No.  There's actually two unions, but one is an

 7        office union and I do not deal with them.  I deal

 8        with the IAM.

 9   Q.   Okay.  I'd like to call your attention to, I

10        guess it would be June of 2003.  Do you recall a

11        meeting of sorts or a get together, so to speak,

12        with Valerie Wakefield where she was in an

13        emotional state?

14   A.   Yes.

15   Q.   Okay.  And you recall that the name of Larry

16        Meade came up in that conversation?

17   A.   Yes.

18   Q.   Okay.  Now, before that time had you ever had any

19        discussion with Valerie Wakefield about Larry

20        Meade?

21   A.   No.

22   Q.   Okay.  Tell us in your own words, if you would,

23        what happened that day?

24   A.   Well, I was sitting at my desk and behind my work

25        area there is an open space and then at that time
```

1       Valerie need you, if you know?

2   A.   Because I lost a son in 1992.

3   Q.   All right.

4   A.   And when her stepson was, when he died, I offered

5       her help and support.

6   Q.   Okay.

7   A.   And everybody pretty much knew that.

8   Q.   Okay.  All right.  Going back to, you say that

9       Johan left?

10  A.   Yes.  He left the office.

11  Q.   What happened then?

12  A.   Valerie and I talked about her state, why she was

13      so upset.

14  Q.   And what did she tell you?

15  A.   She told me that Larry had gone to her house and

16      wanted to, wanted to have sex with her and she

17      had told him no.

18

19         MS. COCHENOUR:  For purposes of

20     clarifying the record, Mr. Lindsay, you

21     began your questioning of this witness

22     relative to an incident in June of 2003?

23        MR. LINDSAY:  Yes.

24        MS. COCHENOUR:  Correct?

25        MR. LINDSAY:  Yes.

1  A.  Actually I didn't remember what was in here.

2  Q.  Okay.  That's all right.  The, "You're playing

3      with fire statement," do you remember her saying

4      that to you?

5  A.  No, I don't.

6  Q.  Okay.  I think we've already established you

7      never discussed Larry Meade with Valerie in any

8      way, shape, manner, or form prior to the date

9      we're talking about here; is that correct?

10 A.  Yes.

11

12          MS. COCHENOUR:  I still want to

13     clarify for the record, Mr. Lindsay, as I

14     mentioned earlier you began your questioning

15     asking the witness whether or not she was

16     present at, I think you used the word

17     incident involving Valerie Wakefield when

18     she was upset --

19          MR. LINDSAY:  Yes.

20          MS. COCHENOUR:  -- on June 3rd,

21     2003?

22          MR. LINDSAY:  I just said June, but

23     June 3rd will do.

24          MS. COCHENOUR:  Okay.  June of

25     2003?

S I G N A T U R E

_Cornelia R Adams_                    _11/2/06_
NAME                                  DATE