DEPOSITION EXHIBIT

1

Valerie W. Wakefield
318 Adams Street
Franklin, Pa 16323
814-437-6674 (H)
814-673-3135 (W)

# #1

My hire date at Joy Mining Machinery 150 Liberty St. Franklin, Pa 16323 was August 6, 2001. First Shift, 7 to 3 pm as a Cleaning Service Person. I pick up garbage, dust, vacuum, mop and clean ladies and men's restrooms. My husband also works for Joy as a Welder at Plant I. On April 9, 2002 my husband and I got word that his son, (my step son) was killed in an auto accident in the morning, on his way to work. He was 20 years old, still living with us and he fell asleep, crossed the center line and hit a tree trimming truck (parked along the road) head on. Killed on impact.

The morning of April 10, various people were stopping to see us; Larry Meade was one of them. He told us if we needed anything at all to call him. He said he knew exactly what we were going through because his son was killed in a motorcycle accident years before. Larry had called the house twice after that. Talked with my husband once and talked with me once.

Went back to work 2 weeks after the funeral to keep busy. Larry Meade is an engineer for Joy. I do not work in his area. When I would be cleaning men's restrooms he would by pass the DO NOT ENTER sign to talk to me. Ask me how I was and how my husband and my son were. He would make just casual conversation. I felt comfortable with talking about the death with him due to the fact that he had the same experience with his son. He would often give me a hug when I was feeling depressed and sad. He always seemed to know when I was having a bad day.

One day in June 2002 He came to see me to see how I was doing. Gave me a hug and tried to kiss me. I backed away and told him to leave. The next day he would find me and he did apologize and told me he didn't think it would bother me so bad. He was sorry for embarrassing me. He then would let 2-3 days pass until he would talk with me again. I would say 3 weeks went by and he came to me and said it was his son's birthday and he felt sad and he needed a hug. I gave him a hug and his hands started roaming and he grabbed my butt. It shocked me and I back up quickly. Told him to never do that again. He left. He would come & find me various days and times the fall. He was telling me slaw he was making with his family to go on vacation to Florida to do some fishing. Different times over the past few months he would be talking to me about his son and would invite me to his house

3

at his wife. I was stunned. He said "that he could take care of me for the rest of my life, I was what he wanted all his life". He then wanted to have sex with me. Stepped forward to me, I stepped back. I told him he was playing with fire, not a small flame but a huge bon fire. I never ever would jeopardize my marriage, losing my husband and another son. I already lost one son, I don't ever want to lose another. He got mad and walked out the door and raced out of the driveway.

The next day I went to meet my counselor; I told her about what happened. How can I tell my husband out this. The apple and that night I told Harold. I was so scared, he took it much better than what I thought. I did not tell my counselor or my husband anything that had previously happened at work. Just what happened at the house.

The following day after work my husband called Larry from our phone at home. He told him to never, ever look at me again, think about me or talk to me. Harold ask him what he did at the house. Larry did admit that he was at the house. Told Harold he stopped to see how the Wakefield family was doing. Larry told Harold that he had told me that I would see him at Morrison Funeral Home the next time I seen him. I never heard him say that.

After that conversation with my husband he never came to see me again at work. We were passing each other in the hall on the 1st floor and he tried to apologize to me. I kept on walking and ignored him.

==On June 3rd at work I went into clean a men's restroom I had severe flash backs of him being in that restroom. I couldn't handle it and I had an emotional break down.== My supervisor Wayne Hilliard drove me home. I told him why I was so emotional upset. He went back to work and got with Brodi (her supervisor) told him what happened to me. I called Harold at the Union Hall He came home. I then told him about Larry kissing me and touching me. I said I was scared to death to tell him because I was afraid of him leaving me. I called my counselor and she wanted to meet with us at 3:00. I told Susan I was scared to death and told her everything. She asks me about suicide. I told her I wanted to take all of my medication at once because I cannot