13

One day in June (can't exactly say what day) I was working in the Men's Restroom on the second floor outside of the Administration office; I heard some one say "are you in there Valerie," I said "yes I'm cleaning the sinks". Larry Meade had peeked his head around the petition near the doorway. I wasn't having a good day and was feeling blue. He asked me if I needed a hug. I hesitated and then said yes. He walked over to me and put his arms around me; as he was hugging me I started to feel his hands on my behind. When I realized that he had just squeezed my butt I jumped back and pushed him away. I told him to leave.

2-3 days later he came to me when I was cleaning the water fountain in the same area as before and apologized for his behavior. He said he didn't realize it would bother me so bad.

7-02
8-02
9-02
10-02
11-02
12-02
1-03
2-03
3-03
4-03
5-03
6-03
7-03
8-03
9-03
10-03