# Tab 9

April 25, 2006

Per attached note, Val Wakefield requested a meeting with Jerry Miller, Diane Kemick, and Gary Wozniak concerning Larry Meade. Gary was out of town, so Jerry called Johan Maritz and explained situation. Johan instructed Jerry and Diane to meet with Val. Diane and Jerry met with Val (with Randy Beightol also present at her request) at approximately 11:15 on April 25 in the P/M conference room.

Val said that she had accepted daily overtime on 4/24, which she normally did not do because she did not want to chance bumping into Larry Meade. As she was leaving the restroom area at 3:30 p.m. Larry came walking across the area toward purchasing. She said her initial reaction was "to beat the shit out of him" but instead she went to the corner and cried. She said seeing him just brought everything back and it was very upsetting to her. Diane asked Val if Larry said anything to her and she said no, he just got over against the wall and kept walking. She said that people have been telling her that he is "roaming about the building like nothing ever happened," although she has not seen him or had any contact whatsoever with him. She said it was her belief that Larry was not to leave his area, he was not to be in her area of the building at all. Val was visibly upset during the meeting.

Called Johan and confirmed that Larry was told to stay in his area.

Discussed with Gary Wozniak (via phone). He instructed Diane to meet with Larry and to tell Larry that Val had came to HR and was upset about seeing him. Find out why he was in the area and make sure Larry understands that he should minimize potential contact.

Diane met with Larry at approximately 2:30 p.m. on 4/25 in an Engineering Conference Room. Explained to Larry that Val had come to HR and was upset about seeing him on 4/24 in the lobby area. Larry said he was going to HR to see Cornelia Adams on a personal matter and that he had intentionally waited until after 3:00 to go there because he assumed that Val would be gone for the day. He said he had no idea that she would be working overtime and was shocked when he saw her. He said he kept his eyes straight ahead, made no eye contact with Val, moved as close to the wall as possible and kept walking. Diane reminded Larry that it is very important that he minimize any potential contact with Val and Larry assured Diane that he understands that and makes every effort to stay in his work area. He said when he needs to meet with Carl Say on work related issues, he makes arrangements to meet with Carl after 3:00 and he even decided against bidding on a job that was posted because the position was located in the part of the building where Val is assigned to clean.

4/26/06

Diane and Jerry met with Val and Randy Beightol at approximately 2:00 p.m. Diane told Val that after meeting with her yesterday Diane had investigated the situation with Larry. Larry confirmed that he had went to HR at 3:30 on 4/24. He had intentionally waited until 3:30 p.m. because he believed that Val would be gone after her shift ended at 3:00. He was as surprised to see her as she was to see him. Diane told Val that she reminded Larry to remain in his work area "as much as possible" and reminded him that he was to have no contact with Val.

Diane told Val if she had any questions / problems in the future to let HR know. Diane also asked Val if she was aware of the EAP program and Val said no, she was not. Val said that she has been seeing a counselor but that our insurance restricts the number of visits, so she could not see her as often as she would like. Randy asked if there was any way Val could get more counseling under workers comp. Diane said she did not know if that was a possibility, but would look into it.

Diane then took Val to her office and gave her information regarding the EAP program and told Val that she was eligible for 6 counseling sessions (free) under the EAP and 35 outpatient visits per year under the insurance plan. Val was not aware that she was eligible for that many visits, and said she had only been seeing the counselor about once every 6 weeks because they were under the impression that she did not have that many visits, so she was going to check how many visits she had already had this year.

*dlk*
*4-26-06*

*reviewed by J. Miller*