# Tab 13

**J. Maritz Notes**

## Johan Maritz, Larry Meade, Cornelia Adams

## March 14

Called Larry Meade to see me after report by Val.

LM    Told Val and Harold I could assist them with their situation.

JM    What situation?

LM    Death of child. Went down to their house 3/2. Val said "you seem awfully down." I said "next place you'll see me is Morrison's." Felt bad about that. Left. Feel bad about accusations. Surprised when Val called my wife.

JM    Company Policy to investigate the matter. Do not have any contact with Valerie. Confirmed Larry knew company policy.