# Tab 14

COPY

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3
 4  VALERIE W. WAKEFIELD,        :  Civil Division
              Plaintiff,          :
 5                                :  Civil Action
                                  :  No. 05 CV 79 - Erie
 6       VS.                      :
                                  :
 7  JOY MINING MACHINERY          :
    COMPANY, a division of        :
 8  Harnischfeger Industries,     :
              Defendant.          :  Honorable Maurice B.
 9                                   Cohill, Jr.
10
11       Deposition of            :  DIANE KEMICK
12
         Date                     :  September 20, 2006
13                                   commenced at 1:20 p.m.
         Place                    :  Franklin Club
14                                   1341 Liberty Street
                                     Franklin, PA
15
16
17  APPEARANCES:
18  FOR THE PLAINTIFF:
        ALEXANDER H. LINDSAY, JR., ESQ.
19      The Lindsay Law Firm, P.C.
        128 South Main Street
20      Butler, PA 16001
21
    FOR THE DEFENDANT:
22      PAMELA G. COCHENOUR, ESQ.
        Pietragallo, Bosick & Gordon
23      The Thirty-eighth Floor
        One Oxford Centre
24      Pittsburgh, PA 15219
25
```

|    |    |    |
|----|----|----|
| 1  |    | question before you give your answer.  Number |
| 2  |    | one, you don't know what the question is and |
| 3  |    | number two, she can't take us both down at the |
| 4  |    | same time.  Okay? |
| 5  | A. | Okay. |
| 6  | Q. | Where do you work, ma'am? |
| 7  | A. | Joy Mining Machinery. |
| 8  | Q. | And what do you do with Joy Mining Machinery? |
| 9  | A. | I'm a Human Resource Representative. |
| 10 | Q. | How long have you held that position? |
| 11 | A. | Eight years. |
| 12 | Q. | And what is that position?  What do you do? |
| 13 | A. | My main function as an Human Resource |
| 14 |    | Representative is to administer the benefits |
| 15 |    | program at Joy. |
| 16 | Q. | Okay.  Does your -- I guess, do you have a job |
| 17 |    | description?  If I use that term, do you know |
| 18 |    | what I'm talking about? |
| 19 | A. | I'm sorry? |
| 20 | Q. | All right.  Does your job include in any way |
| 21 |    | evaluating, dealing with, administering sexual |
| 22 |    | harassment claims? |
| 23 | A. | I do not believe the job description specifically |
| 24 |    | mentions that.  That's kind of one of those |
| 25 |    | included duties as included. |

14

```
 1   Q.   What did that involve?
 2   A.   It involved two men at the chain plant.
 3   Q.   At the what plant?
 4   A.   The chain plant.
 5   Q.   All right.
 6   A.   One of the men was writing offensive notes to the
 7        other employee's wife.
 8   Q.   I see.  Was there a disciplinary process for the
 9        employee in question?
10   A.   I was not involved in the case.  I was aware of
11        some of things about it, but I wasn't directly
12        involved in that case.
13   Q.   All right.  Did you ever have any discussions
14        with Larry Meade outside of those discussions
15        where Mr. Maritz was present?
16   A.   About the Wakefield claim?
17   Q.   About the Wakefield claim.
18   A.   At any period of time?
19   Q.   At anytime.
20   A.   There was one discussion in April of this year
21        that I met with Mr. Meade just to make sure that
22        he was -- he remembered that he was not to have
23        any contact with Valerie and to check on his
24        progress to see if things were going well.
25   Q.   Any other discussions with him other than that
```

```
 1        one discussion this year?
 2   A.   He called me on the phone one time and that would
 3        have probably been this year as well and said
 4        that he -- one of our executives was visiting the
 5        building and the executive had passed out and
 6        they called for Larry as an EMT.  Larry wanted me
 7        to be aware of the fact that he had left his work
 8        area and was in what was considered to be Val's
 9        area to resuscitate this person.  He said he had
10        not seen Valerie, but he just wanted HR to be
11        aware of the fact that he was in that area.  That
12        was the only other time I can remember speaking
13        with Mr. Meade.
14   Q.   All right.
15
16             MR. LINDSAY:  That's all I have.
17             MS. COCHENOUR:  I have no
18        questions.  We'll read.  Thank you.
19
20        (Deposition concluded at 1:40 p.m.)
21
22
23
24
25
```

17

```
 1
 2
 3                    S I G N A T U R E
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15     _____[signature]_____          __11/3/06__
16         NAME                           DATE
17
18
19
20
21
22
23
24
25
```