# Tab 17

Case 1:05-cv-00079-MBC   Document 31-20   Filed 12/13/2006   Page 2 of 2
Case 1:05-cv-00079-MBC   Document 17   Filed 06/13/2006   Page 1 of 1
Case 1:05-cv-00079-MBC   Document 16-2   Filed 06/12/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) CIVIL DIVISION ) ) Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) Honorable Maurice B. Cohill, Jr. |
| v. | ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) *Electronically Filed* |

### ORDER OF COURT

AND NOW, this 13th day of June, 2006, upon consideration of the Defendants' Motion to Amend the Pleadings-Caption, the same is hereby granted. The caption in this case is amended to read as follows:

Valerie W. Wakefield, Plaintiff v. Joy Mining Machinery Company, a division of Harnischfeger Industries, Defendant

BY THE COURT:

*Maurice B. Cohill, Jr.* J.