IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05 CV 79 – Erie |
| | ) | |
| v. | ) | Honorable Maurice B. Cohill, Jr. |
| | ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |
| | ) ) | |
| | ) | *Electronically Filed* |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of the

Defendant's Motion to Amend Case Management Order, the same is hereby granted.

BY THE COURT:

_____ J.