IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD, | ) | CIVIL DIVISION |
| Plaintiff, | ) ) | Civil Action No. 05 CV 79 – Erie |
| v | ) ) | Honorable Maurice B. Cohill, Jr. |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant | ) ) ) ) | *Electronically Filed* |

## ORDER OF COURT

AND NOW, this 28th day of December, 2006, upon consideration of the Defendant's Motion to Amend Case Management Order, the same is hereby granted.

BY THE COURT:

*Maurice B. Cohill Jr.*