# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Valerie W. Wakefield )
)
)
)
vs. )    CA 05-79E
Joy Mining Machinery Company )
)
)
Defendants )

**HEARING ON** Post-Discovery Scheduling Conference

Before Judge Maurice B. Cohill, Jr.

Alexander Lindsay, Jr., Esquire      Pamela Cochenour, Esquire

Appear for Plaintiff      Appear for Defendant

Hearing Begun   1-23-07 at 11:00      Hrg Adjourned to

Hrg concluded C.A.V.   11:30      Stenographer

**WITNESSES**

For Plaintiff      For Defendant

Jurial CMO entered
Court will arrange mediation
Trial list: October 2007
Est. Trial time: 8 days