IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, ) | CIVIL DIVISION |
| ) | |
| Plaintiff, ) | Civil Action No. 05 CV 79 – Erie |
| ) | |
| v. ) | Honorable Maurice B. Cohill, Jr. |
| ) | |
| JOY MINING MACHINERY ) | JURY TRIAL DEMANDED |
| COMPANY, a division of Harnischfeger ) | |
| Industries, ) | |
| ) | *Electronically Filed* |
| Defendant. ) | |
| ) | |
| ) | |

## APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF CONCISE STATEMENT OF MATERIAL FACTS FILED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT[1]

PAMELA G. COCHENOUR, ESQUIRE
Pa. I.D. #47761
ERIC P. REIF, ESQUIRE
Pa. I.D. #00194

PIETRAGALLO BOSICK & GORDON LLP
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000

---

[1] As set forth in the Motion for Summary Judgment filed herewith, Joy hereby withdraws the Appendix of Documents Submitted in Support of Concise Statement of Material Facts Filed in Support of Defendant's Motion for Summary Judgment filed on December 13, 2006 at Document number 31 on the docket and replaces it with this Appendix of Documents Submitted in Support of Concise Statement of Material Facts Filed in Support of Defendant's Motion for Summary Judgment.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, | ) CIVIL DIVISION |
| Plaintiff, | ) Civil Action No. 05 CV 79 – Erie |
| v. | ) Honorable Maurice B. Cohill, Jr. |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) JURY TRIAL DEMANDED |
| Defendant. | ) *Electronically Filed* |

## **TABLE OF CONTENTS**

Tab

Plaintiff's Complaint ........................................................................................................... 1

Excerpts from Deposition of Valerie W. Wakefield taken September 15, 2006 ............... 2

Excerpts from Deposition of Larry Meade taken September 20, 2006 ............................. 3

Excerpts from Deposition of Harold I. Wakefield taken September 14, 2006 .................. 4

Excerpts from Deposition of Cornelia Adams taken September 21, 2006 ........................ 5

Excerpts from Narrative ..................................................................................................... 6

Excerpts from Journal ........................................................................................................ 7

Request for Negotiating Employees' Grievances .............................................................. 8

Notes of April 25, 2006 and April 26, 2006 Meetings ...................................................... 9

Joy's Harassment Policy .................................................................................................. 10

Excerpts from Deposition of Johan Maritz taken September 20, 2006 ........................... 11

Notes of March 14, 2003 Meeting marked "JOY051" .................................................... 12

Notes of March 14, 2003 Meeting marked "JOY052" .................................................... 13

|  | Tab |
|---|---|
| **Excerpts from Deposition of Diane Kemick taken September 20, 2006** | 14 |
| Notice of Removal | 15 |
| March 29, 2006 Opinion and Order | 16 |
| June 13, 2006 Order | 17 |
| Deposition Notices | 18 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** will be forwarded via the ECF system to counsel of record listed below this 27th day of March, 2007:

Alexander H. Lindsay, Jr., Esquire
The Lindsay Law Firm, P.C.
128 South Main Street
Butler, PA  16001

*/s/ Pamela G. Cochenour, Esquire*
PAMELA G. COCHENOUR, ESQUIRE
Pa. I.D. #47761
ERIC P. REIF, ESQUIRE
Pa. I.D. #00194

PIETRAGALLO BOSICK & GORDON LLP
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000