# Tab 2

1.

```
1              IN THE COURT OF COMMON PLEAS
            OF VENANGO COUNTY, PENNSYLVANIA
2

3                       - - -

VALERIE W. WAKEFIELD,              )
4                                  )
            Plaintiff,             )
5                                  ) CIVIL DIVISION
        vs.                        ) No. 290-2005
6                                  )
JOY MINING MACHINERY COMPANY,      )
7                                  )
            Defendant.             )
8
                        - - -
9

10        DEPOSITION OF VALERIE W. WAKEFIELD
            FRIDAY, SEPTEMBER 15, 2006

11                      - - -

12        Deposition of VALERIE W. WAKEFIELD, called as a

13   witness by the Defendant, taken pursuant to Notice of

14   Deposition and the Pennsylvania Rules of Civil

15   Procedure, by and before Carla L. Lennartz, a Court

16   Reporter and a Notary Public in and for the

17   Commonwealth of Pennsylvania, at the Franklin Club,

18   1340 Liberty Street, Franklin, Pennsylvania,

19   commencing at 9:10 a.m. on the day and date above set

20   forth.

21                      - - -

22

23
```

1    Q.   How were they paid?

2    A.   Biweekly payroll.

3    Q.   So they were employees of Artistic

4    Impressions?

5    A.   Yes.

6    Q.   Did Artistic Impressions pay all

7    appropriate employment taxes and wage taxes?

8    A.   Yes.

9    Q.   And business taxes?

10   A.   Yes.

11   Q.   Income taxes?

12   A.   Yes.

13   Q.   When did you start working for Joy?

14   A.   August 6th, 2001.

15   Q.   What was the first job you held?

16   A.   Cleaning service person.

17   Q.   Is that the job you held continuously

18   with Joy?

19   A.   Yes.

20   Q.   How did you become aware that the job

21   was available?

22   A.   Harold had told me there was a posting

23   up for that job.

24   Q.   How did you apply for the job?

25   A.   Went to CareerLink in Oil City and

1      Q.  Did Harold have any of his fits

2  directed at Justin?

3      A.  Yeah.

4      Q.  What generally would cause those to

5  occur?

6      A.  That Justin would take tools out of the

7  garage, take them to other people's homes and

8  not bring them back; and if he brought them

9  back, they were usually broke.

10      Q.  Did you ever ask Harold to seek

11  counseling or treatment for his fits?

12      A.  I don't think I have.

13      Q.  Did he ever want to?  Did he ever

14  volunteer to?

15      A.  No.

16      Q.  Did he see them as a problem?

17      A.  No.

18      Q.  When did you first meet Larry Meade?

19      A.  Probably not too long after I started

20  work that he would be in the area that I worked

21  in.  He would be talking to the fellows that I

22  would be picking the garbages up from and he

23  would just say hi.

24      Q.  Did he introduce himself to you?

25      A.  I don't think, no.

1     Q.   So he was just another person that

2   worked at Joy?

3     A.   Yeah.

4     Q.   What area did you work in when you

5   first started working at Joy?

6     A.   I worked the second floor, the MIS area

7   and the -- we call it the corporate area where

8   the president, the vice-president and stuff,

9   they have an area that's locked, they have a

10  separate secretary, they have offices in there.

11  I worked in that area; and then I worked on the

12  first floor with -- the payroll area is what I

13  would call it.

14    Q.   At the same time you were working the

15  second floor and you were assigned to that

16  area, you were also assigned to this area on

17  the first floor?

18    A.   Yes.

19    Q.   How many cleaning people were in the

20  administrative building per shift?

21    A.   Three of us.

22    Q.   How many floors are in the building?

23    A.   Four.

24    Q.   Am I correct in assuming that the three

25  of you roughly each covered a third of the

1        Q.    When did your shift begin?

2        A.    Seven a.m.

3        Q.    When did it end?

4        A.    Three p.m.

5        Q.    When did most of the non-cleaning staff

6    who worked in the building arrive?

7        A.    Some arrive at six; some arrive at

8    seven; some arrive at eight; some arrive at

9    nine.

10        Q.    Some leave when?

11        A.    Anywheres from three, four, five and

12    six.

13        Q.    So you said you first recall seeing

14    Larry Meade shortly after you began working at

15    Joy; correct?

16        A.    Ah-huh.

17        Q.    And that was about August 2001?

18        A.    Yeah.

19        Q.    From the time you started working at

20    Joy in August of 2001 until the end of that

21    year, December 2001, anything about Larry Meade

22    stand out in your memory?

23        A.    That he was always talking to the guys

24    when I went through.

25        Q.    That's it?

1        A.    Yeah, that's it.

2        Q.    Did you and Larry Meade have any

3    conversations during that time period, August

4    2001 to the end of the year 2001?

5        A.    Maybe just, hi, how are you doing

6    today, how is your day going.    That would be

7    about it.

8        Q.    Just exchanging pleasantries?

9        A.    Yeah.

10       Q.    Let's move ahead to January of 2002.

11   Between January of 2002 and April of 2002, did

12   you have any contact with Larry Meade other

13   than just exchanging of pleasantries?

14       A.    Basically if I was cleaning the water

15   fountain right outside of the corporate office

16   area he would just stop and say, how you doing

17   today, how is everything going, have you seen

18   Laura today.    Just ask me just basic questions;

19   and then they just came more frequently,

20   different times, but it was -- it was just

21   basic stuff.

22       Q.    Again, just nondescript pleasantries?

23       A.    Yeah.

24       Q.    When did you first learn that Mr. and

25   Mrs. Meade had lost a son?

1          A.   I'm going to say maybe two weeks before

2     Harold and I lost Justin.

3          Q.   How did you learn that?

4          A.   He was telling me about it.

5          Q.   How did that come about?

6          A.   I really don't remember.  Just in a

7     conversation.

8          Q.   Did he seem sad about it?

9          A.   Yeah.

10         Q.   Did this conversation take place in a

11    public area in the building?

12         A.   It was right outside the restrooms

13    there on the second floor.

14         Q.   Where did Larry Meade work?

15         A.   Over with the -- oh, gosh.  I can't

16    remember what they're called.

17         Q.   It's okay.  Take your time.

18         A.   Engineers.

19         Q.   Did you clean the engineering office,

20    the engineering space?

21         A.   I cleaned the third floor.

22         Q.   Is that where Larry Meade's space was?

23         A.   No.

24         Q.   No?

25         A.   No.  I never cleaned his area unless

1    somebody was off sick or was on vacation.   Then
2    I had to.
3         Q.   Who did clean that area?
4         A.   Jordan.
5         Q.   Doug Jordan?   Okay.
6              What floor was Larry Meade's office
7    space on?
8         A.   The second floor.
9         Q.   On the second floor.   Did Larry have an
10   office?
11        A.   None of those guys really have offices.
12   It's like little cubicles that they have.   A
13   lot of them are open areas.   They just have a
14   desk, another desk sitting beside them, another
15   desk sitting beside them and a hallway or an
16   entryway that walks along.
17        Q.   Is that what Larry's work space was
18   like?
19        A.   Yeah.
20        Q.   An open desk area?
21        A.   Yeah.
22        Q.   Were there any cubicle walls partway
23   up?
24        A.   I think either behind him or in front
25   of him.   I can't remember which.

1    Q.   Did Larry tell you how long ago it had

2    happened?

3    A.   I think he did, but I don't remember.

4    Q.   Did you think of it as being a recent

5    event in Larry's life or ancient history?

6    A.   No, to me it was like a recent -- per

7    se two, three years maybe.

8    Q.   Did you have any sympathy for Larry and

9    his wife when he shared that with you?

10   A.   Yeah.

11   Q.   Before April of 2002, had you ever

12   mentioned Larry Meade at home to your husband?

13   A.   No.  I had no need to.

14   Q.   When Larry told you about the loss of

15   his son, did you tell Harold about it?

16   A.   I don't remember.  Maybe just in a

17   conversation I said there was a guy that told

18   me he lost his son today and I just can't

19   imagine going through something like that,

20   losing a child.

21   Q.   You may have said that to Harold?

22   A.   Yeah.  Yeah.

23   Q.   Between the time you began working at

24   Joy and April of 2002, did Larry ever tell you

25   any jokes?

1    A.   He was always telling people jokes.

2    Q.   Did he ever tell you jokes?

3    A.   Yeah.

4    Q.   Were you ever offended by any of them?

5    A.   I just basically sloughed them off.  I

6    was just like, here's another one.

7    Q.   Did you ever remember the joke and

8    repeat it to anyone else?

9    A.   No.

10   Q.   Did you ever tell the jokes to Harold

11   when you got home?

12   A.   No.  I'm not a joke person, so.  I

13   don't remember those things.

14   Q.   Mrs. Wakefield, could you please tell

15   me about the day that Larry Meade came to your

16   home after you lost Justin?

17   A.   I just basically remember there was a

18   lot of people coming in and out of our house.

19   The front door was open.  I had just come

20   downstairs because I had gotten dressed, I was

21   trying to find my shoes; and when I got to the

22   bottom of the stairs, I looked out the door and

23   he was walking up our driveway; and then he

24   just came to the door and just gave me a really

25   big hug and just kept saying, I'm so sorry, I'm

1    so sorry.

2         Q.   Take your time.

3         A.   That's when I introduced him to Harold;

4    and then Harold and him just kept talking.  The

5    next thing I knew he was leaving.

6         Q.   How long was the visit?

7         A.   It was real quick.  It was maybe five,

8    ten minutes long.

9         Q.   Did Larry share with Harold at that

10   time the fact that Larry and his wife had lost

11   their son?

12        A.   Ah-huh.

13        Q.   Did he share any details about that

14   loss with Harold at that time?

15        A.   He just said he knows exactly what we

16   were going through, that he could help us if we

17   ever needed help.

18        Q.   Did you find that comforting?

19        A.   Yeah.

20        Q.   Did Harold?

21        A.   Yeah.

22        Q.   You said there were other people coming

23   to the house that day and that your front door

24   was open.  Were any of your other visitors from

25   Joy?

1      A.  There were so many people.  I can't

2  remember.

3      Q.  Anybody that Harold worked with?

4      A.  Yeah, there was a lot of people that he

5  worked with.

6      Q.  That came to the house that day?

7      A.  Yeah.

8      Q.  If you can remember, did Larry come to

9  the calling hours?

10      A.  There were so many people.  I don't

11  remember.

12      Q.  If you can remember, did Larry attend

13  Justin's funeral?

14      A.  I have no idea.

15      Q.  Do you remember if Larry sent flowers?

16      A.  I don't remember.

17      Q.  A card?

18      A.  I think he -- I don't know.  I still

19  have all the cards, but I don't look at them.

20  So I don't know.

21      Q.  So nothing stands out --

22      A.  No.

23      Q.  -- with regard to Larry other than him

24  coming to the house that morning?

25      A.  I think he made -- I'm pretty sure he

```
 1    made a phone call maybe two days later, but
 2    Harold answered the phone.  He talked to
 3    Harold, wanted to know how we were doing.
 4    Basically that was it.
 5        Q.  You took some time off after the
 6    funeral.  When did you go back to work?
 7        A.  It was at the end of April sometime.  I
 8    can't remember the exact date.  I think it was
 9    maybe the last week of April.
10        Q.  Prior to the loss of Justin, had you
11    lost any family members to death in your life?
12        A.  My grandmother and my grandfather.
13        Q.  How old were you when you lost them?
14        A.  I lost a grandmother when I was in
15    sixth grade; and then I had lost my grandfather
16    when I was married to Harold; and I lost my
17    other grandmother and grandfather when I was
18    married to Harold, during the time I was
19    married to Harold.
20        Q.  Prior to the loss of Justin, had Harold
21    lost any family members?
22        A.  His father and sister.
23        Q.  When did that happen?
24        A.  I don't exactly know the exact time.
25    It was before him and I were together.  He has
```

1      A.   Both places.

2      Q.   Did you have anybody at work that was

3   particularly supportive of you and helpful to

4   you after Justin died?

5      A.   Cornelia Adams.

6      Q.   Did you know Cornelia before --

7      A.   Yeah.

8      Q.   -- you lost Justin?

9           How did you know Cornelia?

10     A.   She worked in the HR department; and, I

11  don't know, if you wanted insurance papers or

12  anything, forms or anything like that, you

13  would ask her for them.  So I just knew her

14  basically by Cornelia.

15     Q.   Did you clean in the area where

16  Cornelia worked?

17     A.   Not at that time, no.

18     Q.   What was it about Cornelia that made

19  her so supportive?

20     A.   When I come back to work, she had came

21  to me and told me that she had lost a son and

22  that if I needed someone to talk to at any

23  time, 24 hours a day, seven days a week, that

24  she was there for me.

25     Q.   Did you find that helpful?

1     A.   Yeah.

2     Q.   Did you take her up on her offer?

3     A.   Yeah.

4     Q.   In what way?

5     A.   I would just -- maybe not every single

6     day, but I would stop and ask her different

7     questions about feelings I was having, is that

8     normal, is it not normal, what could I expect

9     next.  She would ask me about how Jonathan was

10    doing.  She was really concerned about Jonathan

11    because she had a daughter and she said that --

12    that's how I found out about they go through

13    things differently than what adults do.  She

14    tried helping me with Jonathan, also; and she

15    had a couple books that she gave me that I

16    read.

17    Q.   You read them.  Do you remember what

18    they were?

19    A.   One was support of going through a lost

20    loved one.  The other one was about losing a

21    child.

22    Q.   Did you and Cornelia ever discuss how

23    the loss of a child affected the marital

24    relationship?

25    A.   Yeah.

1      Q.   Was she helpful in that regard?

2      A.   Yeah.

3      Q.   Is it fair to say that there was some

4    tension between you and Harold following

5    Justin's death?

6      A.   Ah-huh.

7      Q.   How did that tension between you affect

8    your relationship?

9      A.   I was pretty much withdrawn.  I didn't

10   even want to hear his name.

11     Q.   I'm sorry.  Whose name?

12     A.   Justin's.  Harold, on the other side,

13   days he wanted to talk about him, I didn't want

14   to talk about him.  It's just like if I had a

15   lot to do at work, especially if I had to do a

16   lot of vacuuming and mopping, I'd be really

17   tired when I'd come home and just wanted to

18   crawl in a corner and just not socialize and

19   Harold would get upset about that.

20     Q.   Because he wanted to talk more?

21     A.   Yeah.  Yeah.

22     Q.   Were there times when the opposite

23   happened?

24     A.   Yeah.

25     Q.   That you were ready and able and

1    willing and wanting to talk and Harold wasn't?

2        A.   Yeah.   Yeah.   There's just so many

3    things that's going through your mind and you

4    don't know what the other person is thinking,

5    should I say something to them today, should I

6    not say something to them today; and Cornelia

7    helped me through that because she just

8    explained to me that the death of her son is

9    why her and her husband were divorced and she

10   just pressed the issue, please don't let that

11   happen to yourself.   Please, she goes, don't

12   let that wreck your marriage.

13       Q.   What kind of advice did she have for

14   you to prevent that from happening?

15       A.   Keep talking.

16       Q.   Did you try?

17       A.   Yeah.

18       Q.   Did you share with Harold the fact that

19   Cornelia was helping you through these issues?

20       A.   Yeah.

21       Q.   Did Harold know Cornelia?

22       A.   Yes.

23       Q.   Was there anything that Cornelia said

24   or did that you felt was intrusive?

25       A.   What do you mean "intrusive"?

1        Q.   Did you ever feel as though Cornelia
2    was too interested in helping you?
3        A.   No.
4        Q.   So it's fair to say you were fully
5    receptive to any help that Cornelia had to give
6    to you?
7        A.   Ah-huh.
8        Q.   Is it fair to say that you were fully
9    engaged with Cornelia whenever she would
10   approach you to talk about issues?
11       A.   Ah-huh.
12       Q.   Were there times when she initiated the
13   contact?
14       A.   Yeah.
15       Q.   And times when you initiated the
16   contact?
17       A.   Ah-huh.
18       Q.   Did you ever meet with Cornelia outside
19   of the workplace to talk about issues?
20       A.   No.
21       Q.   Did you ever talk to each other on the
22   phone after hours --
23       A.   Yeah.
24       Q.   -- about issues?
25            Would you call her?

1        A.    Yeah.

2        Q.    And would she call you?

3        A.    No, not that I recall.

4        Q.    Would you call her at home?

5        A.    Yeah.

6        Q.    About how often did that happen?

7        A.    Maybe just a couple of times.   It

8    wasn't a lot because I usually seen her at

9    work.

10        Q.    Were those out-of-office contacts

11    relatively recent to the loss or was it several

12    months later?

13        A.    No.   It was probably I'm going to say

14    maybe four to five months after the loss.

15        Q.    So she was easy to talk to?

16        A.    Ah-huh.

17        Q.    Were you able to talk to her about

18    difficult issues?

19        A.    Yeah.

20        Q.    You found that she was receptive and

21    easy to talk to?

22        A.    Ah-huh.

23        Q.    When did you begin counseling with

24    Susan Stewart?

25        A.    Sometime after the death of Justin.   I

1     A.  No.

2     Q.  Are you still seeing a psychiatrist?

3     A.  No.

4     Q.  When is the last time you saw a

5  psychiatrist?

6     A.  I don't remember.  It was Jennifer, so.

7     Q.  Jennifer?

8     A.  Pasternack.

9     Q.  Oh, okay.  So the last psychiatrist you

10  saw was Dr. Pasternack?

11     A.  Yeah.

12     Q.  And that has not -- you haven't seen

13  her since she moved to an office in Warren?

14     A.  Right.

15     Q.  Forgive me.  How far is Warren from

16  here?

17     A.  It's quite a ways.

18     Q.  Like a half an hour, an hour?

19     A.  I'm thinking two and a half hours.

20          MS. COCHENOUR:  Off the record.

21          (Brief recess.)

22     Q.  When you returned to work at the end of

23  April of 2002, what is your first memory of

24  seeing Larry Meade?

25     A.  I just remember him coming up to me,

1     just asking me, how is everything going, are

2     you doing okay.   Just a basic, brief

3     conversation.

4          Q.   Do you remember when that happened?

5          A.   First day I was back.

6          Q.   What happened after that?   Let's say

7     take me to May.   Do you have any recollection

8     of anything happening with Larry in May of

9     2002?

10         A.   He would make it a point to see me

11    every single day no matter what I was doing,

12    where I was at.   Just checking on you, seeing

13    how you're doing.

14         Q.   Were you generally doing okay?

15         A.   There was days no.   He would ask me,

16    you know, you're not looking good today, what's

17    wrong?

18         Q.   This was in May?

19         A.   Yeah.   Yeah.   And then if he didn't see

20    me he would ask somebody if they seen me, where

21    was I.   It just seemed that he made it a point

22    that he had to see me every day.

23         Q.   That's your assumption, that he had to

24    make it a point to see you every day?

25         A.   He did make it a point to see me every

1    day.

2        Q.   When you say "make it a point," what do

3    you mean?

4        A.   That if I wasn't in an area that he

5    thought I should be in, he would ask somebody

6    where I was at, because then the next day they

7    would say, hey, Larry was asking about you.

8        Q.   This was in May?

9        A.   Yeah.

10       Q.   How about June?

11       A.   Basically the same.

12       Q.   When he would see you, about how long

13   would the two of you be in each other's

14   company?

15       A.   Maybe two minutes.  Maybe three

16   minutes.  Maybe five minutes.  All depends on

17   what we were talking about that day.

18       Q.   Anything else about June 2002 that you

19   wanted to tell me?

20       A.   It's been so long ago.  I can't

21   remember everything.  I just know that if I

22   would be cleaning a restroom, and I'd always

23   put the signs up, he would bypass the sign and

24   come right in.

25       Q.   In the ladies' room?

1        A.   In the men's room.

2        Q.   Which men's room?

3        A.   The one outside -- on the second floor

4    outside of Peggy Doyle's office.  She works in

5    there with the president and stuff.

6             And then down toward the end of the

7    hall, the MIS area, it's around the corner.

8    That one there, too.

9        Q.   How close are those restrooms to where

10   Larry works?

11       A.   You have to go through a doorway, down

12   some steps, through another double doorway to

13   his area.  It was on the same floor, but you

14   had to go through some doors and up some stairs

15   and through another door and down a hallway to

16   get to where I was at, my area was at.

17       Q.   Was there a men's room closer to where

18   Larry worked than the one you described outside

19   of Peggy Doyle's office?

20       A.   It was probably -- yeah, I'd say.

21       Q.   How much closer?

22       A.   Not a lot, but it was on his floor

23   where he didn't have to go through any doorways

24   or up any stairs or anything.

25       Q.   When was this happening?  When was the

1  first time you recall Larry Meade coming into

2  the men's room that you were cleaning?

3      A.  Late May, early June.

4      Q.  How many times did he do that in May?

5      A.  I really can't recall how many.

6      Q.  Once or twice?

7      A.  Yeah.

8      Q.  How about in June, did he do it in

9  June?

10     A.  Yeah, quite a few.

11     Q.  Once a week, once a day?

12     A.  Maybe three times a week.

13     Q.  How long would he be in the restroom

14 with you?

15     A.  Maybe two, three, four, five minutes.

16     Q.  Did you ask him to leave because you

17 were cleaning?

18     A.  Lots of times I did, yeah.  Maybe a

19 couple times I didn't because he was telling me

20 a story about what he did the night before at a

21 fire rescue and I wanted -- the story was

22 interesting and I just wanted to hear the

23 story; and then he left.

24     Q.  Sometimes he would tell you interesting

25 stories?

1      A.   Yeah.   Yeah.

2      Q.   So every time he talked to you in May

3  and June it was not about his son or your son?

4      A.   Sometimes it was; sometimes it wasn't.

5      Q.   At any time in May of 2002, did you

6  tell anyone in HR what was happening?

7      A.   No.

8      Q.   At any time in June of 2002, did you

9  tell anybody what was happening?

10     A.   No.

11     Q.   Let's go to July of 2002.   What was

12  happening in July of 2002?

13     A.   Basically the same thing that was

14  happening in June.

15     Q.   And that is you would see him on a

16  daily basis?

17     A.   Ah-huh.

18     Q.   He would talk to you about different

19  things?

20     A.   Yeah.

21     Q.   Sometimes his son?

22     A.   Yeah.

23     Q.   Sometimes your son; sometimes

24  conversations completely unrelated to your son?

25     A.   Yeah; because my son raced a go-cart at

1    that time and he would ask me how Jonathan was

2    doing with his racing and where we went racing

3    at, because we went to various places racing;

4    and he would say about he went over the weekend

5    to visit his son in Pittsburgh, his youngest

6    son in Pittsburgh, and they ate at

7    such-and-such a restaurant and just things like

8    that.

9        Q.  Other than the fact that some of the

10   conversations occurred in the men's room, was

11   there anything troublesome about the

12   conversations?

13       A.  Not at that time, no.

14       Q.  And we're in July of 2002; correct?

15       A.  Same thing.

16       Q.  At any time in July of 2002, did you

17   tell anyone in HR that you were having problems

18   with Larry Meade?

19       A.  No.

20       Q.  Who was your supervisor in May, June

21   and July of 2002?

22       A.  Wade.  I can't remember his last name.

23   He's retired.

24       Q.  Wade with a D?

25       A.  Yeah.  That's his first name, Wade.

1      Q.   At any time in May, June or July of

2   2002, did you have any discussions with or tell

3   Wade what was happening with Larry Meade?

4      A.   No.

5      Q.   In August of 2002, what was happening?

6      A.   He started asking more personal

7   questions, like what kind of underwear did I

8   have on that day.  I would tell him, none of

9   your business.  He would walk up and tell me

10   how pretty I was that morning.  He would just

11   say different things about, I don't know why

12   you're working here, you could be working

13   somewhere glamorous; and I told him that I

14   didn't need to be, that I like this job, I was

15   comfortable with this job, I enjoyed it.

16          And it just kept getting more frequent.

17   Each week he would add more to these

18   conversations.  He made a comment to me one

19   time about I would look good in a bikini.

20      Q.   This was all in August of 2002?

21      A.   Ah-huh.  He told me that he had a boat

22   that matched the same color as my Jeep, that I

23   would look good on the boat; and I told him I

24   didn't care to be on his boat.  He told me

25   about his family having some kind of a cottage

1    in Florida that they go to every year, that if

2    I wanted to that I can go with him there and I

3    can lay on his boat out in the sun; and I told

4    him I didn't want to.

5        Q.  Anything else happening in August of

6    2002?

7        A.  Not that I can think of off the top of

8    my head.

9        Q.  Did you think he was really serious

10   about wanting you to go to Florida and be on

11   his boat?

12       A.  At first, no.  At first I just thought

13   he was making talk, just flapping his lips

14   about whatever came to the top of his mind at

15   that time.

16       Q.  At any time in August of 2002, were you

17   offended by any of the comments Larry made?

18       A.  About the underwear and the bikini and

19   stuff, yeah.

20       Q.  What in particular made you

21   uncomfortable?  Be specific.

22       A.  Well, when he started commenting about,

23   what kind of underwear do you wear.

24       Q.  How often did he do that in August?

25       A.  I'm thinking maybe once or twice.

94

1    Q.  At any time in August of 2002, did you

2    tell him, Larry, these conversations are

3    getting different, stop it?

4    A.  I told him -- yes.  I said, I think

5    there comes a time when enough is enough.  I

6    don't mind you asking me about Jonathan and

7    daily things that's going on, but I don't want

8    to hear any more comments about what I'm

9    wearing, what I look like.  Please don't bring

10   any more of that stuff up.

11   Q.  When did you specifically say that to

12   him?

13   A.  The end of August.

14   Q.  What was his reaction?

15   A.  He said, okay.

16   Q.  In August of 2002, did you go to anyone

17   at HR and complain about Larry?

18   A.  No.

19   Q.  Did you complain to your supervisor

20   about Larry in August of 2002?

21   A.  No.

22   Q.  Is that all that happened in August?

23   A.  As far as I can recall, yes.

24   Q.  In preparing yourself for your

25   deposition today, did you review any documents

1    just said that we could go any time.

2        Q.  Did you really think he was serious

3    about the two of you just picking up and going

4    to Florida together at the drop of a hat?

5        A.  Days yes and days no, because I told

6    him I wasn't going because I had my own family

7    to do things with and I wasn't going nowhere

8    with him.

9        Q.  What else was happening in September of

10   2002?

11       A.  I can't remember if it was September or

12   October.  He asked me to his house -- to come

13   to his house after work some day to look at the

14   oil painting that he had of his son, that he

15   thought maybe I would want one of my son, that

16   it was -- the person that did it did it very,

17   very nice; and he kept inviting me to go to the

18   cemetery to see his son's headstone.

19       Q.  Can we go back to the oil painting for

20   a second?  Would that have been something that

21   would have interested you, to have an oil

22   painting of Justin?

23       A.  No.

24       Q.  Did you tell Larry that?

25       A.  Yes.

1  Q. How many times did he ask you or invite

2 you to see the painting?

3  A. Two or three times.

4  Q. I interrupted you. You were going to

5 say that he also asked you to go to the

6 cemetery.

7  A. Cemetery to see his son's headstone.

8 The reason he brought that up was because we

9 were in the process of getting one for our son

10 and I was just putting things through, just

11 ideas of what we wanted to do and what exactly

12 we wanted to put on it and stuff; and he

13 thought maybe it would help if I seen his

14 son's.

15  Q. So you shared with Larry the fact that

16 you and Harold were making plans for Justin's

17 headstone and it was that that prompted Larry

18 to invite you to the cemetery to see his son's?

19  A. Ah-huh.

20  Q. Are your sons in the same cemetery?

21  A. No.

22  Q. Where is Larry's son?

23  A. I think in Seneca.

24  Q. Did you ever go see his son's grave

25 site?

1    that Wal-Mart and where he lives?

2        A.   No.   It's in between here and where he

3    lives.

4        Q.   So pretty much the only Wal-Mart in

5    town?

6        A.   Yeah.   Yeah.

7        Q.   Okay.   Anything else happening in

8    September and October with regard to Larry that

9    you recall?

10       A.   If there is, I have it written in my

11   diary and I can't think of it right now.

12       Q.   Are the things that you just shared

13   with me the most important things that happened

14   in September, October?

15       A.   Yeah.

16       Q.   Are the things that you just testified

17   to the most important things that happened in

18   May, June, July and August?

19       A.   Yeah.

20       Q.   In September and/or October of 2002,

21   did you report any of what was happening with

22   Larry Meade to your supervisor?

23       A.   No.

24       Q.   Did you report it to anyone at human

25   resources?

1      A.   No.

2      Q.   When you got home from Wal-Mart that

3   night, did you mention to Harold that you had

4   seen Larry at Wal-Mart?

5      A.   No.

6      Q.   Did you introduce Larry to Jonathan?

7      A.   Yes.

8      Q.   Is that the first time they had met?

9      A.   Yes.

10      Q.   Did Jonathan ask you who Larry was?

11      A.   No.

12      Q.   How old was Jonathan then?

13      A.   12, 13.

14      Q.   Had you told anybody that day at work

15   that you were taking Jonathan to Wal-Mart to

16   get his picture taken?

17      A.   Yeah.

18      Q.   Who did you tell?

19      A.   Some of the girls I talk to.

20      Q.   More than one of them --

21      A.   Yeah.

22      Q.   -- at a time?

23      A.   Yeah.

24      Q.   So you told a group of girls?

25      A.   Ah-huh.

1        Q.   How do you know he called Cornelia?

2        A.   Because Cornelia paged me.

3        Q.   And what did she tell you?

4        A.   She said, Larry is looking for you, he

5   wants to talk to you; and I asked her, what

6   about?  She says, I don't know.

7        Q.   And then what happened?

8        A.   I let it go.

9        Q.   You didn't call him?

10       A.   No.

11       Q.   Did you ever tell -- during the period

12   May through October of 2002, did you tell

13   Cornelia any of this information about Larry

14   Meade?

15       A.   No.

16       Q.   No.  Let's go into November of 2002.

17   Did anything happen in November of 2002 that

18   was of any interest?

19       A.   No, because I basically kept my routine

20   of cleaning not the same every day so that I'd

21   mix it up so he wouldn't see me at different

22   times.  When I did see him, he would try

23   talking to me and I would just tell him I was

24   busy, I had to keep moving.

25       Q.   When was it -- you said the end of

```
 1    August you said to Larry, enough, I don't mind

 2    you talking to me about Jonathan, I don't mind

 3    you talking to me about Justin, and I suppose

 4    you said to him, I don't mind you talking to me

 5    about your son, right, because -- am I correct

 6    in assuming that the fact that you both had

 7    this mutual tragedy and you both had each other

 8    to talk to about it was beneficial to both of

 9    you?

10         A.   Right.

11         Q.   So that was okay with you?

12         A.   Ah-huh.

13         Q.   In September, October and November then

14    did he stop the other things that were

15    bothering you in August?

16         A.   Yeah.

17         Q.   No longer asked you about your

18    underwear?

19         A.   No.

20         Q.   No longer invited you to Florida?

21         A.   No.

22         Q.   Did he say or do anything in November

23    that was problematic?

24         A.   Not really.  He would just -- when he

25    did see me, he would just say, hi, how are you
```

1    doing today?  Are you still planning your trip

2    to Florida to see Harold's brothers?  Yeah.

3        Q.  How did he know that you were planning

4    a trip to Florida to see Harold's brothers?

5        A.  Because whenever he said he was

6    planning a trip, I told him we were planning a

7    trip.

8        Q.  And were you?

9        A.  Yeah.

10       Q.  So November comes and goes and is

11   relatively incident free as Larry Meade goes?

12       A.  Ah-huh.

13       Q.  How about December?

14       A.  Basically the same thing.

15       Q.  Same thing as November?

16       A.  Ah-huh.

17       Q.  Incident free, nothing bad happens with

18   Larry?

19       A.  Not really, no.

20       Q.  Nothing happened in November or

21   December that you felt you should report to

22   human resources?

23       A.  No.

24       Q.  Nothing happened in November or

25   December of 2002 that you felt you should talk

1    to Harold about?

2        A.   Not that I'm aware of.

3        Q.   Okay.  In December of 2002, was that

4    when you had your family trip to Florida?

5        A.   Yes.

6        Q.   How was the trip?

7        A.   Wonderful.  Was there over Christmas.

8        Q.   So in November and December you don't

9    tell anybody in HR anything about Larry Meade?

10       A.   No.

11       Q.   Things are quiet as it goes between you

12   and Larry in those months?

13       A.   Yeah.

14       Q.   January of 2003?

15       A.   I was in the hospital for a week, maybe

16   four days, due to dehydration from the flu.

17       Q.   Did you say "due to dehydration from

18   the flu"?

19       A.   Yes.  So I had gone back to work maybe

20   like January 2nd; and then I didn't go back to

21   work till somewhere around the 15th, 16th due

22   to my sickness.

23       Q.   You took a couple of weeks off?

24       A.   Yeah.  Yeah.

25       Q.   So you literally didn't see Larry for a

1    me. Are you okay? Are you okay? How is

2    Jonathan doing? Is he sick? How is Harold

3    doing? Is he sick? Things like that.

4        Q.  In January?

5        A.  Yeah.

6        Q.  Nothing bad happening, though?

7        A.  I can't remember if it was -- it's in

8    that time frame there, end of January into

9    February, where I was in a restroom, in the

10   men's restroom, cleaning near Peggy Doyle's

11   office; and I always do this thing where, is

12   anybody in here? And if nobody responds, then

13   I set my sign up and I go in and start cleaning

14   the men's restroom. Well, he started doing

15   that to me.

16       Q.  I'm sorry, started doing what to you?

17       A.  Hollering, is anybody in here, knowing

18   that I was in there.

19       Q.  This was in January or early February?

20   This is when he started this?

21       A.  Yeah; and I would respond, nobody is in

22   here, go away; but, of course, he started his

23   little thing about, I know you're in there, how

24   you doing, and stuff like that; and then a

25   couple days where I was just having -- due to

```
 1    the flu and I just wasn't feeling good and

 2    thinking about Justin and everything, he just

 3    noticed that I looked pretty bad and asked for

 4    -- you know, he goes, I think you need a hug.

 5    He goes, I need one, too.  I was just like,

 6    okay, no problem.  Boy, when he went to hug

 7    me --

 8         Q.  Can we stop for a second and ask you a

 9    couple questions about that?

10         A.  Okay.  Go ahead.

11         Q.  I'll let you finish that part.

12         A.  Okay.

13         Q.  He said to you, you look down.  Was he

14    right?

15         A.  Yes.

16         Q.  Tell me exactly what he said about the

17    hug.

18         A.  He said, I think you need a hug.

19         Q.  Was he right?

20         A.  Yeah.

21         Q.  And what did you say when he said, I

22    think you need a hug?

23         A.  I said, I know I do.

24         Q.  Did you say he also said that he needed

25    a hug?
```

1       A.   Yes.

2       Q.   Did he say why?

3       A.   He just said he was having a bad day.

4  He didn't say why.  He just said, I'm having a

5  bad day.

6       Q.   Did the two of you hug?

7       A.   Yes.

8       Q.   You said this was in either late

9  January or early February, right, 2003?

10      A.   Ah-huh.

11      Q.   Is this the first time he had ever

12  touched you?

13      A.   No, he's given me hugs before.

14      Q.   He has?

15      A.   Yeah.

16      Q.   With your permission?

17      A.   Yeah.

18      Q.   Okay.  How often?

19      A.   Maybe once a month.

20      Q.   Would he just embrace you or would he

21  ask permission?

22      A.   He would ask me.

23      Q.   And was there ever a time when you

24  said, no, not today?

25      A.   Yeah, a couple times I did because I

1        A.   I thought you meant -- you lost me.

2        Q.   I'm lost.

3        A.   Okay.  I thought you meant the

4    side-to-side was more your heads were side to

5    side, they weren't facing directly to each

6    other.

7        Q.   Shoulder to shoulder.

8        A.   Shoulder to shoulder, yeah.

9        Q.   Early hugs were shoulder to shoulder?

10        A.   Yeah.

11        Q.   We're still getting this wrong.  Not

12    like this was a hug (demonstrating)?

13        A.   No.

14        Q.   More like this was a hug

15    (demonstrating)?

16        A.   Yeah, like that.

17                MR. LINDSAY:  Do you want to

18    describe what you're talking about?

19                MS. COCHENOUR:  Yeah, I know.

20    I'm about to.

21        Q.   If I am Larry Meade and Lisa is you, as

22    you're hugging you are face to face, front to

23    front; correct?

24        A.   Ah-huh.

25        Q.   If I am Larry and Lisa is you, where

1    are my arms, over your shoulders and around

2    your neck?

3        A.   Around the waist.

4        Q.   Both arms around your waist.  And where

5    are your arms?

6        A.   Above on the shoulders.

7        Q.   On the shoulders.  Okay.

8        Is that always the way the hug

9    occurred?

10       A.   Yeah.

11       Q.   And those hugs are brief?

12       A.   Yeah.

13       Q.   The hug at the end of January, early

14    February, is it as we just described?

15       A.   Yes.

16       Q.   Anything else?

17       A.   Yes.

18       Q.   What happened?

19       A.   His hands wandered down onto my butt.

20       Q.   Both hands?

21       A.   Yes.

22       Q.   How tall is Larry Meade?

23       A.   Maybe three inches taller than me.

24       Q.   How tall are you?

25       A.   Five six.

1       Q.   So you think Larry is about five nine?

2       A.   Yeah.

3       Q.   Is Larry thin, heavy, average?   How

4    would you describe him?

5       A.   I would say he's average.

6       Q.   How long from start to finish was this

7    hug?

8       A.   Maybe 30 seconds.   Maybe not even that.

9    It wasn't real quick, but it wasn't real long.

10      Q.   Was it a little bit longer than all of

11   the others?

12      A.   Yeah.

13      Q.   You say his hands -- you used the

14   phrase wandered down to your butt.

15      A.   Yes.

16      Q.   Tell me exactly what you mean.

17      A.   The hands were always at the back,

18   right on the back.

19      Q.   In previous hugs you're demonstrating

20   his hands were always on the small of your

21   back?

22      A.   Yeah.

23      Q.   Behind your waist?

24      A.   Yes.   They started there but then they

25   crept down.

1      Q.  Both hands; right?

2      A.  Yes.

3      Q.  And how far down did they creep?

4      A.  To almost -- when I realized what he

5  was doing, I pushed him away.

6      Q.  Where were his hands when you pushed

7  him away?

8      A.  On my butt.

9      Q.  At the top of your butt?

10      A.  Yeah.

11      Q.  Closest to your waist?

12      A.  Yeah.

13      Q.  Did you feel his hands move from your

14  waist to a little bit below or did they just

15  start there?

16      A.  They just like started there.

17      Q.  What were you wearing that day; do you

18  remember?

19      A.  Jeans and a T-shirt.

20      Q.  Short-sleeved T-shirt?

21      A.  Yeah.

22      Q.  Was that pretty common for you to be

23  wearing to the office in January and February?

24      A.  Yeah.

25      Q.  When you felt his hands at the bottom

1    of your waist and top of your butt, what did

2    you do?

3        A.  I pushed him away.

4        Q.  Where did you touch him to push him?

5        A.  The shoulders.

6        Q.  What did you say?

7        A.  "What did you do that for?"

8        Q.  What did he say?

9        A.  "What did I do?  What?"

10       Q.  Then what happened?

11       A.  I told him to leave.

12       Q.  What did he say?

13       A.  "I'm sorry.  I'm sorry."

14       Q.  Did he leave?

15       A.  Yeah.

16       Q.  Did that ever happen again?  Did he

17   ever hug you and put his hands at the top of

18   your butt again?

19       A.  No.

20       Q.  You say this was at the end of January

21   2003, beginning of February.  Did you report

22   that to HR?

23       A.  No.

24       Q.  Did you report it to your supervisor?

25       A.  No.

1          Q.   Did you tell your husband?

2          A.   No.

3          Q.   Did you tell Cornelia?

4          A.   No.

5          Q.   Did you tell anyone?

6          A.   No.

7          Q.   After that incident, when is the next

8     time that you saw Larry?

9          A.   Probably two days later he tried to

10    apologize to me.

11         Q.   What do you mean "tried to"?

12         A.   He tried to, but I turned around and

13    walked away and wouldn't listen to him.

14         Q.   Why wouldn't you accept his apology?

15         A.   I just felt that he knew what he was

16    doing and that he did it on purpose.

17         Q.   And you were offended by it?

18         A.   Ah-huh.

19         Q.   But you didn't report it to anybody?

20         A.   No.

21         Q.   I still don't understand why you

22    wouldn't accept his apology.

23         A.   Because I was being bull-headed.

24         Q.   Okay.  When is the next time you saw

25    him?