**Tab 2**

(PARt Two)

1          A.   Maybe three, four weeks later.

2          Q.   So you go three or four weeks without

3     even seeing him?

4          A.   Ah-huh.

5          Q.   This takes us into at a minimum late

6     February.  So you didn't see him at all in

7     February basically?

8          A.   Ah-huh.

9          Q.   Valentine's Day comes and goes in

10    February of 2003, you don't hear from him, you

11    don't see him?

12         A.   No.

13         Q.   At any time between the end of January

14    2003 -- at any time after the hug that you just

15    described, did you and Larry exchange any other

16    hugs?

17         A.   No.

18         Q.   The hug that you described in January,

19    February, was that the last hug you and Larry

20    have ever exchanged?

21         A.   No.

22         Q.   Well, nothing happened in February.

23    You hardly ever saw him in February 2003;

24    right?

25         A.   Ah-huh.

1      Q.  When was the next hug?

2      A.  I'm going to say maybe the end of

3  February, beginning of March.  I was at another

4  restroom clear over by MIS area.  I was in

5  there cleaning and he hollered in at me; and I

6  asked him what he wanted and he goes, I just

7  want to talk to you.  He started talking to me

8  and asking me about how I was doing, I haven't

9  seen you for a while, and wanting to know how

10  everything was going and how my days were

11  going; and he was telling me about his son's

12  birthday coming up, his son that had passed

13  away, his son's birthday coming up and he was

14  upset about that.  We just got into talking

15  about the death of his son, how he dealt with

16  his birthday and everything; and he came up --

17  he kept getting closer and closer to me and I

18  kept backing up; and then he finally got close

19  enough to me that he told me that he needed a

20  hug and, dummy me, I agreed to it; and that

21  time he tried hugging me, he tried kissing me

22  that time.

23      Q.  Was the hug the same as the hugs

24  previous to the one that you said occurred in

25  late January?

1        A.   Yes.

2        Q.   It was more just a friendly --

3        A.   Yeah, just a friendly --

4        Q.   I'll call it a platonic hug.  And all

5    the others were friendly, platonic hugs;

6    correct?

7        A.   Yeah.

8        Q.   Were your positionings exactly the same

9    with this hug that you're now describing as it

10   was back then, your arms over his shoulders and

11   around his neck and his arms around your waist,

12   both arms around your waist?

13       A.   Ah-huh.

14       Q.   What else happened?

15            Were all those "ah-huhs" yeses?

16       A.   Yeses.  Sorry.

17            When I tried backing up --

18       Q.   You were finished with the hug?

19       A.   Right.  He wasn't and he kept ahold of

20   me and he turned his head toward mine and tried

21   to kiss me.

22       Q.   Where did he try to kiss you?

23       A.   On my lips.

24       Q.   Where were you facing at that time?

25       A.   I was facing forward --

1    Q.   And the two of you --

2    A.   -- because I was trying to back up.

3    Q.   Where were your arms?

4    A.   Trying to back up off of him.

5    Q.   Okay.  Then what happened?

6    A.   When he tried that, I pushed him, the

7    front of his shoulders and pushed him.

8    Q.   How do you know he was trying to kiss

9    you?

10   A.   He just was.  I could just tell that

11   his head -- it was so close to me that I could

12   feel his lips right at the corner of my lips.

13   Q.   But you were pushing away?

14   A.   Before I was trying to push away.

15   Right before I went to release off of his

16   shoulders.

17   Q.   Did his lips touch your lips?

18   A.   The corner of my lips.

19   Q.   What did you say?

20   A.   "Why do you continually do this stuff?"

21   Q.   What did you mean "this stuff"?

22   A.   The touching of my butt, trying to kiss

23   me.

24   Q.   I just want to make sure I'm clear

25   here.

1        A.   Okay.

2        Q.   He touched your butt once?

3        A.   Yes.

4        Q.   This was the first time he attempted to

5    kiss you?

6        A.   Yes.

7        Q.   Okay.   Those were the only two things

8    you were talking about?

9        A.   Yes.

10       Q.   What did he say?

11       A.   "I don't know why."

12       Q.   Did he say, I want to kiss you?

13       A.   No.

14       Q.   Did he ask you if he could kiss you?

15       A.   No.

16       Q.   If he had asked if he could kiss you,

17   what would you have said?

18       A.   No.

19       Q.   What else did you say to him?

20       A.   I told him to leave.

21       Q.   And did he?

22       A.   Yes.

23       Q.   And you're clear in your recollection

24   that this happened end of February, beginning

25   of March 2003?

1        A.   It's in that time frame somewhere.

2        Q.   In what time frame?  Do you mean end of

3    February, early March?

4        A.   It could be like the end of March,

5    early February.  Like the last two weeks of

6    February, first two weeks of March.

7        Q.   Okay.  So it was definitely that time

8    frame?

9        A.   That time frame.

10        Q.   And he left the restroom at that time?

11        A.   Yes.

12        Q.   Did you report that to anyone at HR?

13        A.   No.

14        Q.   Did you report that to your supervisor?

15        A.   No.

16        Q.   Did you tell Cornelia?

17        A.   No.

18        Q.   Did you tell your husband?

19        A.   No.

20        Q.   Did you tell anybody?

21        A.   No.

22        Q.   What happened next?  We're in March of

23    2003.  Anything happen in March of 2003?

24        A.   No, because I kept ignoring him.  I

25    wouldn't talk to him.

1      A.   Yes; and you get your picture taken

2   with your car.  You get put in the paper.  It's

3   just a neat little thing for the guys that

4   race.

5      Q.   So what dates did you say the cars were

6   displayed?

7      A.   It was the first weekend of March.  It

8   was Thursday, Friday, Saturday and Sunday.  I

9   can't remember if it's the 2nd, 3rd, 4th, 5th

10   or it's the 6th, 7th, 8th, 9th, something like

11   that

12      Q.   All of the days, the Thursday, Friday,

13   Saturday and Sunday, were all in March?

14      A.   Yes.

15      Q.   It didn't tail off February?

16      A.   No.

17      Q.   In March?

18      A.   Yes, it was in March.

19      Q.   What happened?

20      A.   Okay.  Let's see.  Jonathan and Harold

21   and I were all out there Friday night having a

22   good time with some friends, went and ate; and

23   then Saturday we went back out because Jonathan

24   was getting his picture taken.

25      Q.   Went back out to the mall?

1      A.  Yeah, went back out to the mall; and

2  then the guys decided Sunday they were going to

3  leave a little early because you have to wait

4  till the mall closes on Friday to get your cars

5  and carts out of there.

6      Q.  On Friday?

7      A.  I mean on Sunday.  Sorry, Sunday.  And

8  so they left approximately between 4 and 4:30

9  to be out there.

10     Q.  They left home?

11     A.  Yes, they left home.  It takes them 20,

12  25 minutes to get there from our home.

13       In that time that they went to do that,

14  I went to Shop N'Save to pick up some

15  groceries.

16     Q.  How far is Shop N'Save from your house?

17     A.  Eight minutes, a real short distance.

18      I come home, it was probably around

19  5:00.  I come home and I'm putting the

20  groceries in the house, taking them from the

21  car into the house; and a car pulls up; and

22  it's dark out so I had no clue who it was

23  because I never seen the car before; and so I'm

24  carrying these groceries in, set them down on

25  the floor, walked back out; and Larry Meade

1    gets out of the car.  I said, what are you

2    doing here?  He goes, I need to talk to you.

3    Talk to me about what?  He goes, I need to talk

4    to you.  And I'm standing there shivering

5    because it's cold out and it's starting to

6    rain.  I had the last of my groceries in my

7    hand.  He goes, let's just step inside, get out

8    of this cold.  So we stepped right inside my

9    door and he shut the door behind him.

10       Q.   The front door to the house?

11       A.   The front door to the house.  I said,

12   what do you want?  I can't exactly remember

13   everything word for word for word that he said,

14   but I can basically remember most of it.  He

15   started to tell me that he was madly in love

16   with me, he wanted to marry me, that we could

17   go off to Florida and have a wonderful time

18   together, that I didn't need my husband and

19   son, that he could take care of me, that he had

20   lots of money.

21           He asked me at that time -- because I

22   was dumbfounded -- I just stood there.  I

23   didn't say anything.  I didn't know what to

24   say.  I didn't know what to think.  He said, I

25   know you are here by yourself and you will be

1    here by yourself for a while.  And I asked him,

2    how do you know that?  He said, I just seen

3    your husband and son out at the Cranberry Mall

4    getting your son's go-cart.  I said, you did?

5    He said, yeah, they're busy, they won't be home

6    for a while.

7         Then he proceeded to tell me, he says,

8    I wanted to tell you how good you looked last

9    night.  I said, how did you even see me or

10   where were you?  He says, you were out at the

11   mall with Harold and Jonathan.  You had on

12   black jeans, a black leather jacket, black

13   boots, a teal turtle neck.  He described

14   everything I had on to a T.

15        Q.  And he was correct?

16        A.  He was correct.

17        He's standing there.  I don't have my

18   coat off.  I'm just standing there thinking,

19   what is going to happen next?  I told him, I

20   said, Larry, you are playing with fire here and

21   you're not just playing with a little fire,

22   you're playing with a big, burning bush fire.

23        Q.  What did you mean by that?

24        A.  That it wasn't something little he was

25   dealing with here, that he was pushing the

1   wrong buttons.

2        Q.   I still don't understand what you mean.

3        A.   That he was going overboard with

4   everything, that this just could not -- this

5   was something that -- it couldn't be.

6        Q.   Do you mean the two of you together?

7        A.   Yes.  Yes.  And he just kept repeating

8   about he knows that Harold and Jonathan are out

9   at the mall, that they won't be home for a

10  while; and he said that we're alone here, they

11  won't be home for a while, we could easily have

12  sex right now; and I told him, no, we are not

13  going to.  I said, I love my husband very, very

14  much.  I would do nothing to jeopardize my

15  marriage to him.  I love my son very much.  I

16  already lost one son, I'm not going to lose

17  another; and told him that -- I said, right now

18  you're not speaking clearly with your head,

19  you're speaking out the end of your dick and if

20  you would right now leave, get out that door

21  and leave.

22       Q.   And did he?

23       A.   Yes.  When he turned around, he yelled

24  something about, the next time you see me it

25  will be at Morrison's Funeral Home; and he

```
1    slammed the door.  He got into his car and I

2    could hear the wheels squealing.

3          Now, this is after the bathroom

4    incidents.  So I'm pretty sure now the bathroom

5    incidents were all in February.

6        Q.  The bathroom incidents were all in

7    February, the two?

8        A.  Yes.

9        Q.  Both the hug touching the top of your

10   butt --

11       A.  Yeah.

12       Q.  -- and the attempted kiss, it's your

13   testimony that they occurred in February of

14   2003?

15       A.  Yes.

16       Q.  You're certain of that?

17       A.  If I could look at my diary, I could

18   tell you for certain because I wrote down the

19   exact time frame.

20       Q.  I need your recollection.

21       A.  I'm thinking the end of January,

22   beginning of February the first one.  The end

23   of February the second one.

24       Q.  When he is in the house with you, where

25   are the two of you standing?
```

1       A.   He is standing near the doorway to go

2   out the front door and I'm further into the

3   house into the dining room area.

4       Q.   Does the front door open to a foyer --

5       A.   Yes.

6       Q.   -- or does it open right into the

7   dining room?

8       A.   No, opens to a foyer.

9       Q.   When you first walk in the door, if you

10  were to walk straight, where would you go?

11      A.   Up a pair of stairs.

12      Q.   To the second floor?

13      A.   Ah-huh.

14      Q.   How many steps are there?

15      A.   Twelve, 13.

16      Q.   When you walk in the front door, is it

17  open to the left?

18      A.   Yes.

19      Q.   Is it also open to the right?

20      A.   No.

21      Q.   There's a wall there?

22      A.   Yes.

23      Q.   Is that the outside wall of the house?

24      A.   No.

25      Q.   What is that wall?

1       A.   That wall goes to a closet and a

2   bedroom.

3       Q.   On the other side of the wall?

4       A.   Yes.

5       Q.   That you get to by going through the

6   house to the left through the dining room?

7       A.   Yeah.

8       Q.   And he is standing in that foyer area?

9       A.   Yeah.

10      Q.   What way is he facing?

11      A.   Forward.  Like you walk in the door and

12  you like step to the right and you stand there.

13      Q.   Okay.  And where are you in the dining

14  room?

15      A.   In the dining room facing the door.

16      Q.   Facing the outside door?

17      A.   Yes.

18      Q.   Facing Larry.

19           What is Larry wearing?

20      A.   Jeans, tennis shoes, a jacket.  That's

21  all I can remember.

22      Q.   A hat?

23      A.   I don't remember a hat.

24      Q.   How far apart are you?

25      A.   I'm going to say maybe 13 feet.

1    Q.   So at no time is he touching you?

2    A.   No.

3    Q.   How long does this exchange take place?

4    A.   To me it felt like forever, but I know

5    it wasn't.  Five to ten minutes.  Maybe not

6    even that.

7    Q.   Was it your testimony it takes 20 to 25

8    minutes to get from the Cranberry Mall to your

9    house?

10   A.   Ah-huh.

11   Q.   Was there any snow on the ground that

12   day?

13   A.   No.  It was raining.

14   Q.   Was it cold enough for the roads to get

15   icy?

16   A.   No.

17   Q.   What time was Larry there?

18   A.   I'm going to say around 5:00.

19   Q.   After Larry left, what did you do?

20   A.   I paced the floor and just kept

21   thinking and thinking and thinking, what do I

22   do now, what do I do now?

23   Q.   What were you thinking about?

24   A.   I just kept thinking, what's he going

25   to do next?  Could he come back here?  How am I

1        A.   Ah-huh.

2        Q.   You were testifying that you asked Mr.

3   Wakefield basically what happened at the mall

4   with the picking up of the go-cart.  What

5   happened then?

6        A.   We basically just got things ready for

7   Jonathan for school the next day and made sure

8   he had everything ready to go and watched a

9   movie I think on TV or the news.  We got some

10  showers and went to bed.

11       Q.   Were you scheduled to work the next

12  day?

13       A.   Yes.

14       Q.   Did you go to work the next day?

15       A.   Yes.

16       Q.   What time did you start your shift?

17       A.   Seven.

18       Q.   You went to work?

19       A.   Yes.

20       Q.   Did you see Larry Meade at work that

21  day?

22       A.   No.

23       Q.   What happened at the end of the day?

24       A.   I went to see Susan Stewart.

25       Q.   Did you have a scheduled appointment

1    maybe I did, but I didn't come up with any

2    correct answer to convince myself that I did do

3    anything.

4        Q.   Did you question the fact that you had

5    voluntarily allowed him to hug you all those

6    times?

7        A.   Yeah.

8        Q.   During that time period, was there

9    anyone else in the office you were hugging?

10       A.   Cornelia would give me hugs.  Diane

11   would give me hugs.  Mike Calderone did because

12   he had a son that died, also.  He knew what I

13   was going through.  Just various people would.

14       Q.   And is it fair to say that you hugged

15   Larry more frequently than anyone else at the

16   office?

17       A.   Yeah.

18       Q.   What happened when you went home after

19   your session with Susan Stewart?

20       A.   We had supper and Jonathan was out in

21   the garage and I told Harold that I had

22   something really important that I needed to

23   talk to him about; and he said okay; and I told

24   him about Larry Meade coming to the house, what

25   he said and everything; and, of course, he

1    bed that night?

2       A.   Yes.

3       Q.   What happened the next day?

4       A.   We both went to work.  We come home

5    from work and I asked Harold if it would be a

6    good idea if I called my brother.

7       Q.   Who is your brother?

8       A.   Vincent White.

9       Q.   Why did you think it would be a good

10   idea to call your brother?

11      A.   He's a State Police officer.

12      Q.   What did Harold say?

13      A.   "If you want to, go ahead."

14      Q.   Did you?

15      A.   Yes.

16      Q.   What did your brother say?

17      A.   My brother said that he's dealt with

18   different things like that and it comes down to

19   -- since there was no witnesses, he said it's

20   really hard, it's extremely tough, that it's a

21   she said/he said type situation, that I could

22   -- since there was no harm done physically, he

23   said that mainly there was nothing the police

24   could really do.

25      Q.   Was that the extent of your

1    conversation with your brother?

2        A.    Yeah.

3        Q.    Did you ever discuss the question of --

4    was the purpose of talking to your brother the

5    thought that you might press criminal charges

6    against Larry for having been at your house

7    that Sunday night?

8        A.    Yes.

9        Q.    When you were at work the next day, did

10   you tell anybody what happened?  When you were

11   at work on Monday or Tuesday, did you tell

12   anybody what happened at your house on Sunday?

13       A.    No.

14       Q.    Did you tell anybody from HR?

15       A.    No.

16       Q.    Did you tell your supervisor?

17       A.    No.

18       Q.    Did you tell Larry's supervisor?

19       A.    No.

20       Q.    Had you ever told Larry's supervisor

21   anything that had happened with Larry?

22       A.    No.

23       Q.    After you spoke with your brother, did

24   you share what your brother's thoughts were

25   with Harold?

1   a little bit bigger, curly blondish/brown hair,

2   real pleasant person.

3       Q.  So if we look at your time card pay

4   records from that week, we'll be able to tell

5   what day you went to get the PFA because that

6   was the day that you didn't go to work?

7       A.  Ah-huh.

8       Q.  Yes?

9       A.  Yeah.

10      Q.  Okay.  What else did you do that day

11  that you didn't go to work?

12      A.  I stayed at the house and moped around.

13      Q.  You're relatively certain you didn't

14  take Friday off; correct?

15      A.  I don't know.  It could be.

16      Q.  So the week came and went.  Did you

17  tell anybody at HR what had happened that week?

18      A.  No.

19      Q.  Did you tell your supervisor that week

20  what had happened?

21      A.  No.

22      Q.  Did you tell anybody at Joy that week

23  what had happened?

24      A.  No.

25      Q.  Did you work overtime that weekend?

1      A.   No.

2      Q.   What happened the next Monday?

3      A.   I'm pretty sure I went to work and came

4  home.

5      Q.   Did you tell anybody at Joy that day

6  about what happened?

7      A.   No.

8      Q.   At that point, the Monday following --

9  we'll say now eight days after Larry had been

10  to your home, were you aware that Joy had a

11  sexual harassment policy?

12      A.   Yes.

13      Q.   If you were to have told anyone about

14  what had happened with Larry, who would you

15  have gone to?

16           MR. LINDSAY:  I don't mean to --

17  just a question on the form of the question.

18  Do you mean who she would have gone to if she

19  was following the policy?  Is that what you

20  mean?

21           MS. COCHENOUR:  No.  I just want

22  to know --

23           MR. LINDSAY:  Personally?

24           MS. COCHENOUR:  No.  No.

25      Q.   You knew Joy had a sexual harassment

```
 1              MR. LINDSAY:  I just want to

 2    object to the form of the question because

 3    that's such a broad term and I'm concerned that

 4    we'll get an answer that may not be responsive

 5    to what you want because -- comfortable about

 6    reporting it, comfortable about being with him

 7    in a restroom or whatever.

 8              MS. COCHENOUR:  I'll ask it

 9    again.

10        Q.  Would you have been comfortable

11    reporting Larry Meade's behavior to Wayne

12    Hilliard?

13        A.  No.

14        Q.  Do you know who Larry Meade's

15    supervisor was?

16        A.  No.

17        Q.  You would have been comfortable then,

18    your testimony is, to report Larry's behavior

19    to Diane Kemick who is in HR; correct?

20        A.  Yes.

21        Q.  Or to Cornelia --

22        A.  Yes.

23        Q.  -- Adams who is in HR?

24        A.  Ah-huh.

25        Q.  And at least as of eight days following
```

1    the day that Larry came to your house, you

2    hadn't spoken with either one of them about

3    those incidents; correct?

4       A.  Yes.

5       Q.  And you hadn't spoken with Diane or

6    Cornelia about any concerns you had relating to

7    Larry Meade?

8       A.  No.

9       Q.  Before we took the break, Mrs.

10   Wakefield, you referred to a diary that you

11   kept.  Can you tell me what the diary is, how

12   you kept it and when you started keeping it?

13      A.  When I had talked to my brother, he

14   suggested that I start writing this stuff down

15   because he said it's very, very beneficial if

16   you ever need it to log it as you think of it.

17   He said, you may need information later, he

18   says, you may not, he says, but if you don't

19   write it down, it's not there.  He said people

20   tend to forget things so easily.

21      Q.  So I'm clear, you spoke with your

22   brother Vincent on March the 4th?

23      A.  Yes.

24      Q.  So March the 4th, 2003 is when you

25   first began keeping what you call your diary;

1    am I right?

2        A.   Yes.

3        Q.   I will represent to you that two

4    documents were produced to me in this lawsuit

5    by your lawyers, both of which are in

6    handwriting.  One is short.  One is very long.

7            Did you keep two diaries?

8        A.   Yes.

9        Q.   When you're talking about the diary

10   that you began keeping when you spoke with your

11   brother Vincent on March 4th, are we talking

12   about the shorter document or the longer

13   document?

14       A.   The shorter.

15       Q.   I'm going to show you a copy of a

16   document.  I'm going to ask that it be marked

17   as Exhibit 1 in your deposition.

18              (Deposition Exhibit No. 1 was

19   marked for identification.)

20       Q.   Do you recognize this document?

21       A.   Yes.

22       Q.   Is this your handwriting?

23       A.   Yep.

24       Q.   Is this your handwriting on all seven

25   pages of the document?

1        A.   Yes.

2        Q.   Is this the document that you were just

3    referring to?

4        A.   Yes.

5        Q.   This is a document that you prepared

6    after you spoke with your brother on March 4th,

7    2003; correct?

8        A.   Yes.

9        Q.   So is it fair to say that everything in

10    this document was prepared from your memory?

11        A.   Yes.

12        Q.   This document was not prepared on a

13    daily basis contemporaneous with the events

14    that are recorded?

15        A.   No.

16        Q.   When did you prepare the document?

17        A.   If I thought of something, I wrote

18    something down.

19        Q.   When did you begin preparing this

20    document?

21        A.   I can't exactly say the exact date.

22        Q.   Was it in March of 2003?

23        A.   It was around that time frame.

24        Q.   So sometime in March of 2003 you began

25    preparing the document we have marked as

1    Exhibit 1; correct?

2        A.   Yeah.

3        Q.   And this document was prepared all from

4    your memory --

5        A.   Yes.

6        Q.   -- and your best recollection of past

7    events?

8        A.   Yes.

9        Q.   Look at the first page in about the

10   third paragraph down.  About halfway down the

11   page there's a sentence that begins "When I

12   would be cleaning men's restroom" --

13            I'm going to reach over and point to it

14   for you because it's kind of hard to see.  Is

15   that okay?

16       A.   Yeah, because I can't find it.

17       Q.   Okay.  And I'm going to take it from

18   you for just a second because it's kind of hard

19   to read upside down.

20            Start right here (indicating.)

21       A.   Oh, okay.

22       Q.   I'm going to read a portion of this and

23   my first question to you will be whether I read

24   it correctly; okay?  This is your handwriting?

25       A.   Yeah.

1    Q.  "When I would be cleaning men's

2  restrooms he would bypass the Do Not Enter sign

3  to talk to me.  Ask me how I was and how my

4  husband and my son were.  He would make just

5  casual conversation.  I felt comfortable with

6  talking about the death with him due to the

7  fact that he had the same experience with his

8  son.  He would often give me a hug when I was

9  feeling depressed and sad.  He always seemed to

10  know when I was having a bad day."

11       First of all, did I read that

12  correctly?

13    A.  Yes.

14    Q.  I'm going to go back and read the first

15  sentence right before that; okay?  Please tell

16  me if I read that correctly.

17       "Went back to work two weeks after the

18  funeral to keep busy."

19       Did I read that correctly?

20    A.  Yes.

21    Q.  So is it fair to say that this document

22  indicates that within the first two weeks that

23  you came back to work after the funeral in

24  April of 2002 Larry was coming into the

25  restroom and was giving you hugs?

```
 1        A.   Yes.

 2        Q.   With your permission?

 3        A.   Yes.

 4        Q.   I'm going to read a little further.

 5   "One day in June 2002 he came to see how I was

 6   doing, gave me a hug and tried to kiss me."

 7             Did I read that correctly?

 8        A.   Yes.

 9        Q.   Larry Meade only ever tried to kiss you

10   once; correct?

11        A.   Yes.

12        Q.   Okay.  Is this document correct that he

13   tried to kiss you in June 2002?

14        A.   Yes.

15        Q.   So your testimony earlier today that he

16   tried to kiss you in February or March of 2003

17   is incorrect?

18        A.   Correct.

19        Q.   Okay.  This document is correct?

20        A.   This one is correct.

21        Q.   Your testimony earlier today is

22   incorrect?

23        A.   Incorrect.

24        Q.   Okay.  A little further down in that

25   same paragraph -- again I'm going to reach over
```

1    and show you where I'm reading because it's

2    hard to follow.  Right there (indicating).

3        A.  Okay.

4        Q.  "He then would let 2-3 days pass until

5    he would talk to me again.  I would say 3 weeks

6    went by and he came to me and said it was his

7    son's birthday and he felt sad and he needed a

8    hug.  I gave him a hug and his hands started

9    roaming and grabbed my butt."

10           Is that the same incident that we

11   talked about earlier today in your testimony?

12       A.  Yes.

13       Q.  And he only touched your butt once;

14   correct?

15       A.  Yes.

16       Q.  And this indicates -- meaning in

17   Exhibit 1 -- that that occurred about three

18   weeks after the attempted kiss; am I right?

19       A.  Yes.

20       Q.  So it would have happened in late June

21   or early July of 2002; correct?

22       A.  Yes.

23       Q.  So is this document correct?

24       A.  This is correct.

25       Q.  So that your testimony earlier today

1    that the hug that resulted in Larry's hands

2    touching the top of your butt did not occur in

3    February or March of 2003?

4        A.   No.

5        Q.   It did not occur in January of 2003?

6        A.   No.

7        Q.   Correct?

8        A.   This is the correct --

9        Q.   It happened in late June --

10       A.   Yes.

11       Q.   -- or early July of 2002?

12       A.   Yes.

13       Q.   Okay.  Your testimony earlier today

14   about Larry making comments about how pretty

15   you looked and about asking you about what kind

16   of underwear you wore and him saying that you

17   would look good in a bikini, did all of that

18   occur in the late summer, early fall of 2002?

19       A.   Repeat that.

20       Q.   You testified earlier today that at

21   some point Mr. Meade would ask you about what

22   kind of underwear you wore, that he would tell

23   you you looked pretty and that he told you you

24   would look nice in a bikini on his boat.  All

25   of those things occurred in late summer, early

1    Q.  Why not?

2    A.  Because I felt that he would accuse me

3    of having an affair like his ex-wives did and

4    he was already going through so much stuff with

5    the death of his son, I didn't want anything

6    else piled on top of that.

7    Q.  So the reason --

8    A.  And I felt that I could handle myself.

9    I just felt that -- I don't know.  I just felt

10   that it would all go away.

11   Q.  So the reason your husband didn't know

12   about the attempted kiss and the hug with

13   Larry's hands on the top of your butt is

14   because you didn't tell him?

15   A.  Right.

16   Q.  Did you tell your counselor about those

17   two incidents?

18   A.  When?

19   Q.  At or before the counseling session

20   when you told Susan Stewart about Larry Meade

21   having come to your house that Sunday.

22   A.  No.

23   Q.  Why didn't you tell the counselor?

24   A.  I felt ashamed.  I felt embarrassed.  I

25   felt that from day one I should have never,

1      A.   That he said about Morrison's Funeral

2   Home and that Larry said that he didn't think

3   that would really bother me that much

4   mentioning Morrison Funeral Home.

5      Q.   A couple of lines down, the sentence

6   begins, "On June 3rd at work."  Do you see

7   that?

8      A.   Yes.

9      Q.   I'm going to read from the Exhibit.

10      "On June 3rd at work I went in to clean

11   a men's restroom.  I had severe flashbacks of

12   him being in that restroom.  I couldn't handle

13   it and I had an emotional breakdown."

14      Did I read that correctly?

15      A.   Yes.

16      Q.   There is a gap in time, wouldn't you

17   say, between your recording of events here?

18   Right before the paragraph that starts "On June

19   3rd," you were writing about what was happening

20   in early March; correct?

21      A.   Ah-huh.

22      Q.   Did anything happen between March and

23   June that is not reflected in this document?

24      A.   No.

25      Q.   Did you have any meetings with anyone

1    really well, and I apologize.

2              Did Harold schedule the meeting?

3        A.   I can't remember if he did or if I did.

4        Q.   Did you and Harold discuss the fact

5    that a meeting should be scheduled with HR --

6        A.   Yes.

7              MR. LINDSAY:   Please let her

8    finish the question before you answer.

9        Q.   I'll ask it again.   Did you and Harold

10   decide together that a meeting should be

11   scheduled with HR to discuss Larry Meade?

12       A.   Yes.

13       Q.   Did you agree with that plan?

14       A.   Yes.

15       Q.   When did you and Harold come up with

16   that plan?

17       A.   I don't remember.

18       Q.   It was clearly after Larry Meade came

19   to your home that Sunday?

20       A.   Yes.

21       Q.   Was it during the week following that

22   visit?

23       A.   Yes.

24       Q.   Was it after your discussion with your

25   brother?

1     A.  Yes.

2     Q.  What is it?

3     A.  It's my journal, as you would call it.

4     Q.  I'm not giving it a name.  Do you call

5  it a journal?

6     A.  Yeah.

7     Q.  Can we call this your journal then as

8  we're talking today?

9     A.  Yes.

10     Q.  How do you keep this journal?

11     A.  I write stuff down.

12     Q.  Do you write stuff down every day?

13     A.  Not every day, no.

14     Q.  When did you start keeping this

15  journal?

16     A.  Whenever the first date starts on it.

17  I can't remember when I started it.

18     Q.  As I look at this document, the first

19  date I see is April 9th, 2002; correct?

20     A.  Correct.

21     Q.  Are there any entries in this journal

22  that predate April 9th, 2002, or is this the

23  very first page of this journal?

24     A.  I don't know.  I could have jumped

25  around.

1      A.   No.

2      Q.   Have you always had a habit of

3   maintaining a journal?

4      A.   No.

5      Q.   When did you start maintaining the

6   journal that is represented by Exhibit 2?

7      A.   Whenever the first date of it is on

8   there.

9      Q.   Okay.  It's your testimony that you

10   began keeping the journal that is represented

11   by Exhibit 2 on April 9th, 2002?

12      A.   I don't know because I could have

13   jumped back and put stuff in there.  Say it was

14   September of 2002 and I could have jumped back

15   and documented stuff that had previously

16   happened.

17      Q.   So as I look through this document and

18   I see an entry for April 9th, 2002, I should

19   not presume that what is written here was

20   written on April 9th, 2002; correct?

21      A.   No.

22      Q.   I should not make that assumption?

23      A.   Not on this one, on this certain paper

24   right here (indicating).

25      Q.   Are there any entries in this document,

182

1    in Exhibit 2, where, for example, I could look

2    and see November 23rd, 2003 -- on any of them

3    can I presume that the entry was made on that

4    date, or are all of the entries made from

5    memory on another date?

6        A.   The latter part of it is day to day.

7    The beginning of it could be prior.

8        Q.   Would you mind taking a minute, looking

9    through it page by page and tell me where you

10   started the day-by-day entries?

11       A.   Right here (indicating).

12       Q.   Is it easy for you to tell me a date?

13       A.   It's the paper that says December 19,

14   2002.

15       Q.   I hate to do this to you.  Can you

16   count the number of pages back?  It might be

17   the easiest way for us.

18           Am I at the right page?

19       A.   Yeah.

20       Q.   So 17 pages back in an entry that

21   states "Harold, Jonathan and I left for Florida

22   on December 19th, 2002.  We flew out of

23   Pittsburgh to Tampa, Florida to meet Harold's

24   brother.  We stayed until December 30th, came

25   home in the evening."  That's the entry that

1    your testimony is starts your day-to-day

2    entries?

3        A.  Yes.

4        Q.  I'm confused.  Can you tell me what

5    date you made the entry that I just read?

6        A.  December 30th.

7        Q.  So you came home from vacation, arrived

8    home in the evening of December 30th and you

9    wrote the entry that I just read?

10       A.  Yes.

11       Q.  The next page says January 6th of 2003;

12   correct?

13       A.  Yes.

14       Q.  Can I presume that the entry written

15   here was made on January 6th --

16       A.  Yeah.

17       Q.  -- of 2003?

18              MR. LINDSAY:  Let her finish the

19   question before you answer, please.

20       Q.  My question was, can I presume that the

21   entry marked January 6th of 2003 was written by

22   you on January 6th, 2003?

23       A.  No.

24       Q.  No, I cannot presume that?

25       A.  No.

1    Q.   Show me where in this document I can

2    start presuming daily entries.  It is not where

3    you thought it was; is it?

4    A.   No.

5    Q.   Okay.  I want to alert you, too, as

6    you're looking through the document, Mrs.

7    Wakefield, that some of these pages have

8    two-sided copies and that's how they were

9    provided to me; okay?

10   A.   I think that's where I'm getting goofed

11   up.

12        On this one (indicating).  On a day to

13   day to day?

14   Q.   Well, it doesn't matter if you hit

15   every day.  What I'm interested in knowing is,

16   is there a point in this document where you

17   start making entries on the same date that is

18   shown on the document?  In other words, you're

19   making entries contemporaneous with the same

20   day, you're not writing from memory.

21   A.   Okay.  It must be this one.  Yeah, this

22   one (indicating).

23   Q.   Okay.  What is the date of that entry?

24   A.   February 26, 2003.

25   Q.   February 26th, 2003?

1      A.   Yeah.

2      Q.   So is it fair to say, Mrs. Wakefield,

3  that on all of the pages that precede the entry

4  that begins February 26th, 2003 and the

5  information contained in those entries were

6  recreated from memory?

7      A.   Correct.

8      Q.   Okay.  And beginning February 26th,

9  2003 you started a daily compilation?

10      A.   Correct.

11      Q.   When did you prepare the information

12  contained in all of the pages preceding the

13  entry dated February 26th, 2003?

14      A.   Sometime in 2002.  I don't know the

15  exact date.  I just started jotting things down

16  as I remembered them.

17      Q.   So sometime in 2002 you began this

18  composition book?

19      A.   Yes.

20      Q.   And you started the composition book by

21  writing things down from memory?

22      A.   Correct.

23      Q.   You weren't writing them down on the

24  days that they happened; correct?

25      A.   Correct.

1    Q.   You didn't start writing things down in

2    this journal on the days that they happened

3    until the entries beginning February 26th,

4    2003; correct?

5    A.   Repeat that again.

6    Q.   For all of the entries that are

7    contained in this Exhibit before February 26th,

8    2003, all those entries were prepared from

9    memory; right?

10   A.   No.

11   Q.   When were they prepared?

12   A.   Some were on the exact dates and some

13   weren't.

14   Q.   How, as I read through this document,

15   do I know what entries were made on the exact

16   date and which ones weren't?

17   A.   You don't.

18   Q.   The only way I would know is if I went

19   through each one with you?

20   A.   Correct.

21   Q.   Would you remember?

22   A.   I don't know if I would or not.

23   Q.   Why did you start this document?

24   A.   So that I could remember things.  I

25   felt that I needed it.

1    Q.   Why?

2    A.   I just did.

3    Q.   Did you start this document at about

4    the same time you started the document that we

5    identified as Exhibit 1?

6    A.   No.

7    Q.   Did you start this document before or

8    after you spoke with your brother in March of

9    2003?

10    A.   I think it was after.

11    Q.   Okay.  So as we look at the entry

12    February 26 of 2003, you did not write this

13    entry on that date; correct?

14    A.   Which one?

15    Q.   February 26th, 2003.

16    A.   Yes, this one is correct.

17    Q.   Well, you hadn't spoken to your brother

18    yet; correct?  You spoke to your brother in

19    March of 2003, that was your testimony, after

20    Larry Meade came to your house that Sunday; is

21    that correct?

22    A.   No, I didn't write this this day.

23    Q.   So the testimony that you gave just a

24    few moments ago that you began journal entries

25    on February 26th, 2003 is incorrect?

1      A.  Correct.

2      Q.  You began this journal then sometime

3   after you spoke to your brother Vince in March

4   2003?

5      A.  Correct.

6      Q.  None of these entries were written

7   before you spoke with your brother Vince;

8   correct?

9      A.  Correct.

10      Q.  Did you ever refer to this document as

11   "the book"?

12      A.  Yeah.

13      Q.  Harold was aware that you were

14   preparing this document?

15      A.  Yes.

16      Q.  Did you and Harold discuss the

17   preparation of this document?

18      A.  Yes.

19      Q.  What was the nature of your

20   discussions?

21      A.  We talked about that if -- when you

22   remember things, write it down, try to put it

23   in perspective of the actual date and time of

24   when it was.  Look at the calendar, see if

25   there's anything on there that triggers your

1    memory.  He was basically just trying to help

2    me remember the time frames, dates; because the

3    calendar we have at home we would write down

4    doctors' appointments, if Jonathan was off

5    school sick; and that sort of helped me know

6    the time frames of different things that would

7    happen.

8         Q.  Do you still have that calendar?

9         A.  I have no idea.

10         Q.  Do you know whether or not you gave

11    that calendar to your lawyer?

12         A.  I don't know.

13         Q.  Could you look for the calendar,

14    please?

15         A.  Yeah.

16         Q.  If you find it, will you provide it to

17    Mr. Lindsay?

18         A.  Yes.

19         Q.  If you think you've already provided it

20    to Mr. Lindsay or Ms. Sutton, would you please

21    alert Mr. Lindsay to that fact?

22         A.  Yes.

23         Q.  So as you sit here today, you can't

24    really tell me when you started writing this

25    document?

1      A.  No.

2      Q.  Was your intention that this document

3  would be used for the book?

4      A.  At the time I started writing it, I had

5  no clue.

6      Q.  On the right-hand side of many of the

7  pages that -- the early pages of this document,

8  do you see the numbers 4-02, 5-02, 6-02?  Is

9  that your handwriting?

10     A.  Yes.

11     Q.  Are those Post-its that are attached to

12  the original document?

13     A.  Yes.

14     Q.  Did you put those Post-its on there?

15     A.  Yes.

16     Q.  For what purpose?

17     A.  So that if I wanted to look up

18  something that I could just go -- instead of

19  going through every single page, I could just

20  go to say August and flip up.

21     Q.  So these Post-its note the month and

22  year of the entries --

23     A.  Yes.

24     Q.  -- that follow?

25     A.  Yes.

1      Q.  No.  You don't have to read it out

2   loud, just to yourself.

3      A.  Oh, to myself.  Okay.

4      Q.  Just to make it go a little more

5   quickly.

6      A.  Okay.

7      Q.  You've finished reading it?

8      A.  Yeah, I'm done.

9      Q.  Reading this page, does that further

10  confirm for you that the incident in which you

11  say Larry Meade hugged you in the men's room

12  and his hands touched the top of your butt

13  occurred in June of 2002?

14     A.  Correct.

15     Q.  Okay.  I have to count here.  Please

16  flip two more pages.  At the top of the page it

17  begins "Can't remember if this happened late

18  June or early July."

19          Are you on the same page with me?

20     A.  Yes.

21     Q.  Could you just read the first paragraph

22  of that page and let me know when you're

23  finished?

24     A.  Okay.

25     Q.  Reading that entry, does that confirm

1    for you that the incident where Larry Meade

2    attempted to kiss you occurred in late June or

3    early July of 2002?

4       A.   Correct.

5       Q.   Would you please flip to five pages

6    after the one we were just looking at?   The

7    page looks like this (indicating).

8            Are we on the same page?

9       A.   No.   I must have counted a little too

10   far.   Okay, I have it.

11      Q.   Do you have it?   Do you see the

12   handwriting that begins a little bit before

13   halfway down the page.   Is that your

14   handwriting?

15      A.   No.

16      Q.   Whose is it?

17      A.   I don't know.

18      Q.   Is that in the original?

19      A.   Yes.

20      Q.   Does anybody have access -- did anybody

21   have access to this composition book when you

22   were preparing it?

23      A.   No.

24      Q.   Did anyone have access to this

25   composition book after you prepared it?

1  February 26th, 2003; correct?

2      A.  Yes.

3      Q.  And then you wrote something about

4  February 28th, 2003; correct?

5      A.  Yes.

6      Q.  You didn't write anything about the

7  27th?

8      A.  No.

9      Q.  Do you have any idea when you made

10  these entries?

11      A.  No.

12      Q.  But we've at least established it was

13  sometime after March of 2003 --

14      A.  Yes.

15      Q.  -- when you spoke with your brother

16  Vince?

17      A.  Yes.  The only reason I know the exact

18  dates is because of the calendar because I

19  wrote down on the calendar, we have to take the

20  go-cart out to the mall, we have to pick the

21  go-cart up from the mall.

22      Q.  Would you turn to the next page?  At

23  the top it says "March 1st, 2003."  Are we on

24  the same page together?  Do you see there's a

25  gap in about the middle of the page?  Is there

1    A.    Yeah.

2            MR. LINDSAY:    You're going back.

3            MS. COCHENOUR:    Not really.

4    Moving forward.

5    Q.    Do you see an entry for March 3rd,

6    2003?  Would you turn to the next page, please?

7    It begins March 14th, 2003.  Are there any

8    pages missing from the document that I have as

9    compared to the original from March 3rd, 2003

10    to March 14th, 2003?

11    A.    No, not that I'm aware of.

12    Q.    Is March 14th, 2003 the first time that

13    you made anyone at Joy aware of what was

14    happening with Larry Meade?

15    A.    Yes.

16    Q.    Did you and Harold have an appointment

17    to meet with someone in HR on March 14th, 2003?

18    A.    No.

19    Q.    Did you and Harold have an appointment

20    to meet with anyone at HR before March 14th,

21    2003?

22    A.    I don't remember.

23    Q.    Did you and Harold have an appointment

24    to meet with anyone at HR after March 14th of

25    2003?

1  she took me in the building; and she knew

2  everything about the death of Justin and

3  everything like that; and she went and got

4  Cornelia; and Johan took me into Johan's office

5  and had Cornelia talk to me for a little while;

6  and then when that was going on, they -- I

7  didn't realize what they were doing, but they

8  were calling Harold.

9      Q.  Did Debbie leave when she brought you

10  to Johan's office?

11      A.  Yes.

12      Q.  Was Johan in his office?

13      A.  I don't remember.

14      Q.  You remember Cornelia being brought to

15  you?

16      A.  Yes.

17      Q.  Were you seated in a chair?

18      A.  Yes.

19      Q.  Where was Cornelia?

20      A.  She was kneeling down in front of me.

21      Q.  What did you tell Cornelia?

22      A.  I tried telling her about what Larry

23  had done to me; and she couldn't understand

24  what I was saying.

25      Q.  What do you mean you tried to tell