# Tab 2

(PARt THRee)

1    Cornelia what Larry had done to you, that

2    Sunday?

3         A.   Any time.

4         Q.   The Sunday before?

5         A.   Yeah, the Sunday before.  Just

6    everything.

7         Q.   Everything?

8         A.   Yeah; and I couldn't get it out.  I was

9    crying too hard.

10        Q.   Were you trying to tell her about the

11   hugs?

12        A.   Yes.

13        Q.   Were you trying to tell her about the

14   kiss?

15        A.   Yes.

16        Q.   Were you trying to tell her about his

17   hands on the top of your butt?

18        A.   Yes.

19        Q.   But you couldn't get it out?

20        A.   I couldn't get it out.

21        Q.   What did you get out?

22        A.   Just the words "Larry Meade being

23   mean."

24        Q.   "Larry Meade being mean"?

25        A.   Yeah, that's all I got out as far as I

1    know.

2         Q.   What happened then?

3         A.   She just kept telling me to calm down,

4    calm down, calm down; kept hugging me.  By then

5    Harold was there.

6         Q.   Then what happened?

7         A.   They left Harold with me for a while

8    and he settled me down.

9         Q.   What did you tell Harold?  You and

10   Harold were left alone in Johan's office?

11        A.   Yes.

12        Q.   What did you and Harold discuss when

13   you were alone in Johan's office?

14        A.   What I had done in the morning.

15        Q.   Meaning calling Mrs. Meade?

16        A.   Yeah.

17        Q.   That's all you discussed?

18        A.   Yeah.

19        Q.   Did Harold ask you why you were at

20   work?

21        A.   Yeah.

22        Q.   What did you tell him?

23        A.   I told him I was coming to beat up

24   Larry Meade.

25        Q.   What did Harold say?

1      A.   He didn't say anything.

2      Q.   How long were you and Harold alone?

3      A.   Maybe five, ten minutes.

4      Q.   Do you remember anything that Cornelia

5  told you when you and she were alone other than

6  her saying, calm down, calm down?

7      A.   I just remember her saying something

8  about, I know what he's like; and she didn't go

9  into detail about it.

10     Q.   You specifically remember her saying

11 that?

12     A.   Yeah.   I know what he's like, that's

13 all she said.

14     Q.   After you and Harold spoke you said for

15 about five minutes, what happened then?

16     A.   They brought Johan in and -- I think it

17 was Jerry Miller.   It was Harold, I, Jerry

18 Miller and Johan.

19     Q.   When you say they brought them in, who

20 brought Johan --

21     A.   They walked in.

22     Q.   Did they knock on the door first?

23     A.   Yes.

24     Q.   Did they ask if it was okay if they

25 came in?

1    A.    Yes.

2    Q.    Did they shut the door behind them?

3    A.    Yes.

4    Q.    Then what happened?

5    A.    They just wanted me to tell them why I

6    was there, why I was in the condition I was,

7    what happened.

8    Q.    What did you tell them?

9    A.    I told them what happened at home, that

10   Larry had come to my home.

11   Q.    Okay.

12   A.    And what had happened there and that I

13   had called his wife in the morning; and then I

14   just had myself all worked up.

15   Q.    Did you tell them anything else?

16   A.    No.

17   Q.    Did you tell them about the hugging?

18   A.    No.

19   Q.    Did you tell them about the attempted

20   kiss?

21   A.    No.

22   Q.    Did you tell them about the hug with

23   the hands on the top of your butt?

24   A.    No.

25   Q.    Had you told Harold those things at

1    that time?

2        A.  No.

3        Q.  Did you also tell Johan and Jerry that

4    Harold had called Larry?

5        A.  I don't think I did.  I think Harold

6    did.

7        Q.  How long did this meeting take place?

8        A.  45 minutes maybe.

9        Q.  Did you take any notes during that

10    meeting?

11        A.  No.

12        Q.  Did Harold?

13        A.  No.

14        Q.  Did you notice whether or not Johan

15    was?

16        A.  Yes.

17        Q.  And was he taking notes?

18        A.  Jerry may have been taking notes and

19    Johan may have been taking notes.

20        Q.  Do you know whether or not prior to

21    that date -- and we're talking about March

22    14th.  Do you know whether or not Harold had

23    had any discussions with anyone at HR about

24    Larry Meade and you without you being present?

25        A.  He may have talked to Johan, but I

1   about everything.

2       Q.   You were just thinking about things

3   between March and June --

4       A.   Yeah.

5       Q.   -- is that right?  Nothing new

6   happened, you were just thinking about the

7   things that had happened; correct?

8       A.   Yeah; and I just walked into the men's

9   bathroom --

10      Q.   Which one?

11      A.   The one that was on the second floor

12  near MIS.

13           -- and I just started crying, couldn't

14  quit.

15      Q.   What happened then?

16      A.   I left everything, just walked away

17  from everything and went downstairs to the

18  maintenance room; and I called Wayne, my boss

19  at that time, and told him I needed to go home;

20  and he said that he didn't want me leaving, he

21  would be down to talk to me, there was

22  something in my voice that he knew wasn't

23  right, don't leave.

24      Q.   He said that to you?

25      A.   Yeah.  So he came down, sat down with

1  me; and I just told him that, I need to go

2  home, I just need to go home.  He said, well,

3  I'm not letting you drive like this.  You are

4  not driving.

5      Q.  What time of day was this?

6      A.  It was in the morning.  I'm going to

7  say around 10.

8      Q.  You hadn't seen Larry that day?

9      A.  No.

10      Q.  So there was nothing that Larry did

11  that day to trigger this?

12      A.  No.

13      Q.  Why did you call Wayne and not Harold?

14      A.  Because you have to call your

15  supervisor to tell them you're leaving; and

16  that's what my first indication was, I need to

17  call him and tell him I'm leaving.

18      Q.  What happened next?

19      A.  He told me that he would take me home

20  and that when he got back he would tell Harold

21  that he took me home, that I wasn't able to

22  drive, because he works in the same building

23  that Harold does.

24      Q.  Was that okay with you?

25      A.  Yes.

1    Q.  That plan was okay with you?

2    A.  Yes.

3    Q.  What happened then?

4    A.  On the way to my house, I just started

5 telling Wayne everything that happened.

6    Q.  What do you mean "everything"?

7    A.  Larry hugging me and walking in the

8 restrooms and that he had tried to kiss me and

9 he was at my house.

10    Q.  Is that the first time that you had

11 told Wayne anything about Larry Meade?  Yes?

12    A.  Yes.

13    Q.  What happened then?

14    A.  Harold came home and I told him

15 everything.

16    Q.  Is this first time -- did you tell

17 Harold about the attempted kiss?  Did you tell

18 Harold about the hug with Larry's hands on the

19 top of your butt?

20         MR. LINDSAY:  You're nodding.

21 You have to say yes.

22    A.  Yes.

23    Q.  Did you tell Harold about the mutual

24 hugs?

25    A.  Yes.

1   Q. Did you tell Harold that you would

2   sometimes ask Larry for a hug?

3   A. Yes.

4   Q. What else did you tell Harold?

5   A. I told him about him asking me to go

6   see the oil painting of his son at his house.

7   I told him about him wanting me to go to his

8   son's cemetery to see the headstone. I don't

9   remember everything I told him. I just kept

10  blabbing.

11  Q. How did Harold react?

12  A. He was mad.

13  Q. Was he mad at you?

14  A. Yeah.

15  Q. Why was he mad at you?

16  A. Because I didn't tell him sooner.

17  Q. In that conversation, did Harold accuse

18  you of having a sexual relationship with Larry

19  Meade?

20  A. Yeah.

21  Q. Did you deny it?

22  A. Yes.

23  Q. Did he believe you?

24  A. Yes.

25  Q. Was he still mad?

1      A.   Yeah.

2      Q.   What happened then?

3      A.   He went downstairs and out to the

4  garage, kept to himself.  I went downstairs and

5  got something to drink; and I decided to call

6  Susan Stewart.

7      Q.   At any time in your conversation with

8  Harold that day, did he tell you he was

9  thinking of leaving you?

10      A.   Yeah.

11      Q.   Did he tell you that before he accused

12  you of having had a sexual relationship with

13  Larry?

14      A.   No.

15      Q.   He said it afterwards?

16      A.   Yeah.

17      Q.   Did he say he was going to leave you

18  even after you told him you had not had a

19  sexual relationship with Larry Meade?

20      A.   Yeah.

21      Q.   So you called Susan Stewart?

22      A.   Yeah.

23      Q.   What happened then?

24      A.   She told me that I needed to come down

25  and see her.

1       Q.   Did you go?

2       A.   Yeah.

3       Q.   Were you able to go that day?

4       A.   Yes.

5       Q.   Did Harold take you?

6       A.   Yes.

7       Q.   Did Harold attend the meeting with

8    Susan with you?

9       A.   Yes.

10      Q.   Were both of you with Susan together

11   the entire time?

12      A.   Not the entire time.

13      Q.   Did you spend some time alone with

14   Susan?

15      A.   Yes.

16      Q.   Did Harold spend some time alone with

17   Susan?

18      A.   No.

19      Q.   What happened in that meeting?

20      A.   She just asked me to tell her

21   everything.

22      Q.   Was Harold there?

23      A.   Yes.

24      Q.   Did you go through it all again?

25      A.   Yes.

222

1    Q.   With Harold there?

2    A.   Yes.

3    Q.   Was there anything new that you told

4    Susan that you hadn't previously told Harold?

5    A.   No.

6    Q.   What happened then?

7    A.   She asked Harold to leave because she

8    felt it was best, that maybe I would open up

9    more if he wasn't in there.  So he left and she

10   just asked me did I have sex with him.  No.  So

11   then she asked Harold to come back in and she

12   told Harold that everything was okay, that I

13   was telling the truth.

14   Q.   What happened then?

15   A.   She felt that the state that I was in

16   that I shouldn't go home.

17   Q.   Why?

18   A.   Because I still felt Harold was going

19   to leave me.

20   Q.   Why did you still feel that Harold was

21   going to leave you?

22   A.   I just did.

23   Q.   What happened then?

24   A.   He took me over to the hospital in Oil

25   City and admitted me.

1      Q.  Is that all you heard from that

2  telephone conversation?

3      A.  Yeah.

4      Q.  Did you hear Harold say anything to the

5  person on the other line that he felt you

6  hadn't told them the whole story?

7      A.  No.

8      Q.  Did you hear Harold say, she enticed

9  him?

10      A.  No.

11      Q.  You came back to work then in June of

12  2003; correct?  Did you have any contact with

13  Larry Meade in June of 2003?

14      A.  Do you mean physical contact or just --

15  explain a little more.

16      Q.  Let's start there.  Did you have any

17  physical contact with Larry Meade in June of

18  2003?

19      A.  No.

20      Q.  Did you see him in June of 2003?

21      A.  Yes.

22      Q.  Did he speak to you?

23      A.  No.

24      Q.  In July of 2003, were you working?

25      A.  Yes.

231

1      Q.   Did you have any physical contact with

2   Larry in July of 2003?

3      A.   No.

4      Q.   Did you see Larry in July of 2003?

5      A.   Yes.

6      Q.   Did you and Larry speak to each other

7   in July of 2003?

8      A.   No.

9      Q.   Did he speak to you in July of 2003?

10      A.   No.

11      Q.   Did you file a grievance?

12      A.   Yes.

13      Q.   Let me back up a little bit, if I can.

14           In July of 2003, did you request that

15   your work area be moved to Plant 1?

16      A.   Yes.

17              MS. COCHENOUR:  I ask that the

18   court reporter mark this document as Exhibit 4.

19              (Deposition Exhibit No. 4 was

20   marked for identification.)

21      Q.   Did you prepare this document?

22      A.   Yes.

23      Q.   Did you type it at home?

24      A.   Yes.

25      Q.   Did you bring it to work on July 1st,

1    appropriate job in assisting in the

2    presentation of your grievance?

3         A.   Yes.

4         Q.   Was one of the things that you wanted

5    to happen as a result of your grievance that

6    Larry Meade be fired?

7         A.   Yes.

8         Q.   Today is that still your wish, that

9    Larry Meade be fired?

10        A.   Yes.

11        Q.   Since the time that your grievance was

12   filed and today, have you had any problems with

13   Larry Meade?

14        A.   No.

15        Q.   Let's kind of reposition these exhibits

16   so we can get back to the journal.

17             Would you turn two more pages, the one

18   that starts "August 1st."

19             MR. LINDSAY:  They're out of

20   order.  Go ahead.

21        A.   I don't have August 1st.  Oh, here it

22   is.

23        Q.   This is where we have to start looking

24   out for pages that are two-sided copies; okay,

25   Valerie?

.249

1    what's "everything"?

2        A.   Probably the calendar, the tablet, any

3    little scribble notes that I had.

4        Q.   Do you have all of those scribbled

5    notes that you were using to prepare this

6    document?

7        A.   No, because when I wrote it down I

8    threw them away.

9        Q.   You threw them away?

10       A.   Yeah.

11       Q.   Did anybody from HR follow up with you

12   from time to time to make sure you were doing

13   okay?

14       A.   Diane Kemick would.

15       Q.   Would you turn to the page that has an

16   entry beginning -- or noting October 9th, 2003?

17       A.   Okay.

18       Q.   Five lines down there's a sentence,

19   "Mr. A wasn't there."

20           Did I read that correctly?

21       A.   Yeah.

22       Q.   Who is Mr. A?

23       A.   Al.

24       Q.   Oh, your lawyer, Mr. Lindsay?

25       A.   Yes.

CLL – September 14, 2006

*No changes.*

In re:  WAKEFIELD VS. JOY MINING MACHINERY CO.

_____
VALERIE WAKEFIELD


Sworn to and subscribed before me this

__30th__ day of __November__, 2006.

NOTARIAL SEAL
MICHELE R STITT
Notary Public
BUTLER CITY, BUTLER COUNTY
My Commission Expires Mar 30, 2010

_____
NOTARY PUBLIC


My commission expires: _____.


NO CORRECTIONS