# Tab 3

Case 1:05-cv-00079-MBC   Document 43-6   Filed 03/27/2007   Page 1 of 5

COPY

1

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA


VALERIE W. WAKEFIELD,      :   Civil Division
         Plaintiff,        :
                           :   Civil Action
                           :   No. 05 CV 79 - Erie
                           :
    VS.                    :
                           :
JOY MINING MACHINERY       :
COMPANY, a division of     :
Harnischfeger Industries,  :
         Defendant.        :   Honorable Maurice B.
                               Cohill, Jr.



    Deposition of         :   LARRY MEADE


    Date                  :   September 20, 2006
                              commenced at 9:00 a.m.

    Place                 :   Franklin Club
                              1341 Liberty Street
                              Franklin, PA




APPEARANCES:

FOR THE PLAINTIFF:
    ALEXANDER H. LINDSAY, JR., ESQ.
    The Lindsay Law Firm, P.C.
    128 South Main Street
    Butler, PA 16001


FOR THE DEFENDANT:
    PAMELA G. COCHENOUR, ESQ.
    Pietragallo, Bosick & Gordon
    The Thirty-eighth Floor
    One Oxford Centre
    Pittsburgh, PA 15219
```

| | | |
|---|---|---|
| 1 | Q. | Is there any other individual that you discussed |
| 2 | | the loss of a loved one with, besides the ones |
| 3 | | you've mentioned? |
| 4 | A. | My fellow workers. |
| 5 | Q. | Who? |
| 6 | A. | Everybody in my department. |
| 7 | Q. | Was there someone that you knew that had lost a |
| 8 | | loved one that you had discussions with?  I'm not |
| 9 | | talking about generally. |
| 10 | A. | No. |
| 11 | Q. | When you met with Johan Maritz and Diane Kemick |
| 12 | | at any meeting, did you always tell the truth? |
| 13 | A. | Yes. |
| 14 | Q. | How long have you been at Joy? |
| 15 | A. | Thirty years. |
| 16 | Q. | What's your education? |
| 17 | A. | I have a two year degree from Triangle Tech in |
| 18 | | Pittsburgh. |
| 19 | Q. | What was the degree for? |
| 20 | A. | Mechanical drawing. |
| 21 | Q. | When did you graduate from Triangle Tech? |
| 22 | A. | '69. |
| 23 | Q. | And your first employer after that was? |
| 24 | A. | Talon.  T-A-L-O-N.  Meadville. |
| 25 | Q. | What as? |

| | | |
|---|---|---|
| 1 | Q. | Okay. And what did you do when you started at |
| 2 | | Joy? |
| 3 | A. | Draftsman. |
| 4 | Q. | What do you do now? |
| 5 | A. | Draftsman. |
| 6 | Q. | Same job? |
| 7 | A. | Yes. |
| 8 | Q. | Tell us what your job entails as a draftsman? |
| 9 | A. | I draw up hydraulic schematics. Also do |
| 10 | | mechanical work drawing up parts on the machines |
| 11 | | for Joy. Drawing up parts on the machine, like |
| 12 | | mechanical parts. |
| 13 | Q. | Anything else? |
| 14 | A. | No. |
| 15 | Q. | Does your wife work? |
| 16 | A. | Yes. |
| 17 | Q. | Where does she work? |
| 18 | A. | Williams Decorating in Oil City. |
| 19 | Q. | What kind of work does she do? |
| 20 | A. | Sales. |
| 21 | Q. | How long have you been married? |
| 22 | A. | Thirty years. |
| 23 | Q. | Have you ever engaged in any form of a romantic |
| 24 | | relationship with any Joy employee? |
| 25 | A. | No. |

76

```
 1
 2
 3
 4
 5                    S I G N A T U R E
 6
 7
 8
 9
10
11
12
13
14
15
16
17    ___Larry E. Meade___        ___11-7-06___
18       NAME                        DATE
19
20
21
22
23
24
25
```