# Tab 4

1

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

- - -

VALERIE W. WAKEFIELD,          )
                               )
          Plaintiff,           )
                               ) CIVIL DIVISION
     vs.                       ) No. 290-2005
                               )
JOY MINING MACHINERY COMPANY,  )
                               )
          Defendant.           )

- - -

DEPOSITION OF HAROLD I. WAKEFIELD
THURSDAY, SEPTEMBER 14, 2006

- - -

Deposition of HAROLD I. WAKEFIELD, called as a witness by the Defendant, taken pursuant to Notice of Deposition and the Pennsylvania Rules of Civil Procedure, by and before Carla L. Lennartz, a Court Reporter and a Notary Public in and for the Commonwealth of Pennsylvania, at the Franklin Club, 1340 Liberty Street, Franklin, Pennsylvania, commencing at 9:00 a.m. on the day and date above set forth.

- - -

7

1  period just so that we can all -- especially since
2  four of us at the table are distant from our homes
3  especially today so that we can get home at a decent
4  hour.  If at any time, however, you need to take a
5  comfort break, please just say so.
6     A.   Very good.
7     Q.   If at any time you need to confer with counsel,
8  please just say so.  Under those circumstances,
9  however, I just ask that you answer whatever question
10 is currently pending before you take that break; okay?
11    A.   Okay.
12    Q.   I'm sorry to go back.
13    A.   I understand.
14    Q.   Okay.  Thank you.  Mr. Wakefield, are you
15 currently married to Valerie Wakefield?
16    A.   Yes.
17    Q.   Were you ever married before you were married
18 to Valerie?
19    A.   Yes.
20    Q.   How many times?
21    A.   Twice.
22    Q.   Would you start with your first marriage,
23 please, and tell me your first wife's name?

1   A.   The last I knew was somewhere in the Venus
2   area.
3   Q.   Venus. What county is that?
4   A.   I believe Clarion.
5   Q.   You said last you knew. When did you last know
6   of her whereabouts?
7   A.   20 years ago.
8   Q.   Subsequent to your divorce from Desiree, did
9   you remarry?
10  A.   Yes.
11  Q.   Who did you marry?
12  A.   Lorraine Madden.
13  Q.   Two D's?
14  A.   Yes.
15  Q.   What was the date of that marriage?
16  A.   1980.
17  Q.   In what county?
18  A.   Venango.
19  Q.   And what was the year of your divorce?
20  A.   1986.
21  Q.   And what county?
22  A.   Venango.
23  Q.   Were there any children of that marriage?

```
 1      A.    Yes, one.
 2      Q.    Is that your son Justin?
 3      A.    Yes.
 4      Q.    What were the reasons for that divorce, Mr.
 5   Wakefield?
 6      A.    Once again, infidelity.
 7      Q.    Your wife's infidelity?
 8      A.    Yes.
 9      Q.    How long into the marriage did you learn of
10   your wife's infidelity?
11      A.    Five years.
12      Q.    How did you learn of it?
13      A.    A friend.
14      Q.    I'm sorry?
15      A.    A friend.
16      Q.    A friend told you?
17      A.    Yes.
18      Q.    A friend of yours or a friend of your wife's?
19      A.    A friend of mine told me.
20      Q.    Did you know the individual with whom your wife
21   Lorraine was having a relationship?
22      A.    Yes.
23      Q.    How long did that relationship go on before you
```

1  Q. Okay. And you stayed at Quaker State until
2  1989?
3  A. '89, yes.
4  Q. And then what happened?
5  A. In 1989, that company was taken over by another
6  company; and at that point in time, Joy was hiring
7  welders. I decided to choose to come back to Joy
8  welding.
9  Q. And when was that, 1989?
10  A. Yes. October 30th, 1989 I returned to Joy.
11  Q. Been with Joy continuously since that time?
12  A. Yes.
13  Q. In what positions?
14  A. Welder.
15  Q. So in 1989 you returned to Joy as a welder;
16  you've been a welder at Joy continuously until today?
17  A. Present, yeah. Yes.
18  Q. Did you ever hold any supervisory positions at
19  Joy?
20  A. No.
21  Q. Have you ever been disciplined while at Joy?
22  A. Yes.
23  Q. When?

    A.    Yes.

    Q.    Did you encourage her to apply for the job?

    A.    Yes.

    Q.    Was there any competition or was she the only applicant?

    A.    That I can't answer.

    Q.    Did Joy advertise for the job?

    A.    Not that I'm aware of.

    Q.    To whom did Valerie have to apply to get the job?

    A.    I'm trying to think of the agency in Oil City. Job Service. It used to be called the unemployment office, but they over the years have since changed. I'm pretty sure it's called Job Service in Oil City, which Joy in Franklin uses them for job placement.

    Q.    Do you recall the first time Valerie mentioned Larry Meade in any context?

    A.    First time that I can remember was the day he came to our house after my son's death.

    Q.    You never heard his name mentioned by Val before that day?

    A.    Not that I can recollect.

    Q.    Okay. When did you first become aware that Mr.

and Mrs. Meade lost their son -- one of their sons in a car accident?

A. I believe that same day.

Q. How did you become aware of that?

A. When he stopped at our house that morning. For some reason I'm thinking Valerie when he came to the door answered the door; and Valerie knew who he was. I had no idea who he was. I believe she had said, it may have even been before she left him in, that this Larry Meade, he lost a son in an accident.

Q. So Valerie told you that Larry had lost his son?

A. I'm thinking that. If not at that moment, as soon as he come in the house he had said who he was.

Q. So you didn't know who Larry Meade was --

A. No.

Q. -- at Joy?

A. No.

Q. You never saw him?

A. No.

Q. You never heard his name?

A. No.

Q. In 2000, 2001, who were your closest friends at

 1  A. No.

 2  Q. Weekly?

 3  A. That would probably be at most in the beginning, yeah.

 5  Q. Would you see him every day?

 6  A. I could if I wanted to. Generally I worked in welding like here, the main aisle way, he would walk up through in the morning or down through when he was punching out; but as far as discussions, maybe once a week.

11  Q. Were your co-workers from Joy in general helpful in the days immediately following the loss of your son? In other words, did folks from Joy come to pay their respects? Did they send flowers, cards, that kind of thing?

16  A. Yes.

17  Q. A lot of them?

18  A. Yes. Yes.

19  Q. Did folks stop at the house to lend their support?

21  A. Yes, there was a handful I would say.

22  Q. Five?

23  A. Half a dozen, somewhere in there, yes.

```
1    A.   Yes.

2    Q.   Did you go to see Susan Stewart together?

3    A.   Yes.

4    Q.   Did you talk to anyone from Joy before you went

5  to see Susan Stewart?

6    A.   Yes.

7    Q.   Who did you speak to?

8    A.   Johan Maritz.

9    Q.   How did it come about that you spoke with Johan

10 that day?

11   A.   I believe Johan called to find out if there was

12 anything he could do or what was going on.

13   Q.   He called the house?

14   A.   Yes.

15   Q.   Was he expressing concern for Valerie?

16   A.   I'm trying to remember the content of that

17 conversation.  I can remember him asking me what was

18 going on or what had went on, something to that

19 effect; and I believe I told him it had to do with

20 Larry Meade again and that Valerie hadn't told me

21 everything until now.

22        Now I remember.  I said, I don't know whether

23 she had him come in the bathroom or what happened,
```

    figure out which conversation I had with Johan that he told me that legal advised him -- and that may have been after the March meeting. I believe I raised a question of where do we stand as employees here with that individual still here, you know, where are we at?

    I'm thinking in that phone conversation he told me that he was advised to tell us that, you know, we're not to go broadcasting it through the shop. I don't remember the exact words, but that's what I took it, that, you know, the situation -- you know, which after I thought about it I guess there are different things you can get into if you go doing that. So, I don't know, that was the basis of that conversation that I remember.

    Q.   And he was calling to see what was happening with Valerie?

    A.   Yes. Yes.

    Q.   Did you tell him in that conversation that Val had not told people at Joy the whole story?

    A.   I don't know if it was in that conversation. If it was not, it was after she got out of the hospital.

    Q.   At about that time period, did you tell Johan

CLL - September 14, 2006

*No changes.*

In re: WAKEFIELD VS. JOY MINING MACHINERY CO.

_____
HAROLD WAKEFIELD

Sworn to and subscribed before me this _30th_ day of _November_, 2006.

**NOTARIAL SEAL**
MICHELE R STITT
Notary Public
BUTLER CITY, BUTLER COUNTY
My Commission Expires Mar 30, 2010

_____
NOTARY PUBLIC

My commission expires: _____.

**NO CORRECTIONS** *made*