Tab 6

Tarra W. Wakefield
318 Adams Street
Franklin, Pa 16323
814-437-6674 (H)
814-673-3135 (W)

# #1

My hire date at Joy Mining Machinery 150 Liberty St. Franklin, Pa 16323 was August 6, 2001. First shift, 7 to 3 pm as a Cleaning Service Person. I pick up garbage, dust, vacuum, mop and clean ladies and men's restrooms. My husband also works for Joy as a Welder at Plant I.

On April 9, 2002 my husband and I got word that his son, (my step son) was killed in an auto accident in the morning on his way to work. He was 20 years old. Still living with us and he fell asleep, crossed the center line and hit a tree trimming truck (parked along the road) head on. Killed on impact.

The morning of April 10, various people were stopping to see us; Larry Meade was one of them. He told us if we needed anything at all to call him. He said he knew exactly what we were going through because his son was killed in a motorcycle accident years before. Larry had called the house twice after that. Talked with my husband once and talked with me once.

Went back to work 2 weeks after the funeral to keep busy. Larry Meade is an engineer for Joy. I do not work in his area. When I would be cleaning men's restrooms he would by pass the DO NOT ENTER sign to talk to me. Ask me how I was and how my husband and my son were. He would make just casual conversation. I felt comfortable with talking about the death with him due to the fact that he had the same experience with his son. He would often give me a hug when I was feeling depressed and sad. He always seemed to know when I was having a bad day.

One day in June 2002 He came to see me to see how I was doing, gave me a hug and tried to kiss me. I backed away and told him to leave. The next day he would find me and he did apologize and told me he didn't think it would bother me so bad. He was sorry for embarrassing me. He then would let 2-3 days pass until he would talk with me again. I would say 3 weeks went by and he came to me and said it was his son's birthday and he felt sad and he needed a hug. I gave him a hug and his hands started roaming and he grabbed my butt. It shocked me and I back up quickly. Told him to never do that again. He left. He would come & find me various days and times this fall. He was telling me plans he was making with his family to go on vacation to Florida to do some fishing. Different times over the past few months he would be talking to me about his son and would invite me to his house