13

One day in June (can't exactly say what day)
I was working in the Mens restroom on the
second floor outside of the Administrative
offices, I heard some one say "are you in there
Valerie", I said "yes I'm cleaning the sinks".
Larry Meade had peeked his head around
the petition near the doorway. I wasn't
having a good day and was feeling blue.
He asked me if I needed a hug, I hesitated
and then said yes. He walked over to me
and put his arms around me; as he was
hugging me I started to feel his hands on
my behind. When I realized that he had
just squeezed my butt I jumped back
and pushed him away. I told him to leave.

2-3 days later he came to me when I was cleaning
the water fountain in the same area as before
and apologized for his behavior. He said he
didn't realize it would bother me so bad.

7-02
8-02
9-02
10-02
11-02
12-02
1-03
2-03
3-03
4-03
5-03
6-03
7-03
8-03
9-03
10-03