# Tab 8

# Request for Negotiating Employees' Grievances

From __29__  
Department

Date __6/20/03__   Request No. _____

The following complaint outlined below or on separate sheet attached hereto has  ✓
been submitted for investigation by:

Name __Valerie Wakefield__   Clock No. __4549__   OPERATION _____

Please consider and advise regarding disposition for proper settlement.

STATEMENT OF CASE. "Sexual Harassment" see attached sheets. I feel that I was Sexually harassed by Larry Mead Physically & Verbally, also my job is negatively affected and the harassment has created a hostile, offensive, and intimidating environment for me to work in.

Signed by Employee __Valerie M Wakefield 6-20-03__

ADJUSTMENT DESIRED BY UNION MEMBER __Termination of employment of Larry Mead, and provide an unbiased environment that is free of sexual harassment to work in.__

Signed by:   Shop Committee _____   Shop Committee _____

Shop Committee _____   Shop Committee _____

WHITE COPY = COMPANY  
CANARY COPY = COMMITTEE

Union Pressmen