# Tab 10



**JOY MINING MACHINERY**
A Harnischfeger Industries Company

## HARASSMENT POLICY

Joy Mining Machinery is committed to providing an environment free from all forms of harassment or discrimination based on race, sex, age, religion, disability, marital status, national origin, sexual orientation or any other characteristic protected by law. We ask that <u>all</u> employees at all levels in the company act in a way that supports this commitment. Any employee who violates this policy will be subject to corrective action, which may include discipline up to and including discharge.

Sexual harassment requires some special attention because it is often hard to define. Sexual harassment may include any unwelcome conduct of sexual nature. Examples would be sexual advances, requests for sexual favors and other verbal, visual or physical conduct of a sexual nature such as comments, touching, teasing, joking or intimidation that interferes with work or creates an intimidating, hostile or offensive environment.

We are aware that conduct which might be offensive to some individuals might be considered inoffensive by others. Because of this, it is difficult for managers or supervisors to learn of and take effective action to halt harassment unless the affected individual alerts a manager or supervisor both to the occurrence and the fact that the conduct in question is offensive or unwanted. We expect all employees to report harassment, whether as a victim or an observer.

With this in mind, we make several options available if you feel you have witnessed or been subject to harassment of any kind, even if you consider it minor. We need your cooperation to make this policy as effective as possible. We encourage you to approach the alleged harasser and ask him/her to immediately stop the offensive activity, though this step is not required if it makes you feel uncomfortable or is not effective. They may not know how you or others feel.

Whether you decide to talk to the alleged harasser or not, <u>always</u> promptly bring the matter to the attention of a supervisor, manager or officer of the company you feel comfortable talking to. They are in a position to help if you let them.

We will treat all claims of harassment seriously. All claims will be promptly and thoroughly investigated, and confidentiality will be maintained as much as possible during the investigation. If an investigation reveals that harassment has occurred, we will take prompt and appropriate corrective action reasonably designed to halt the harassment and prevent recurrences, which may include discipline or discharge of the harasser.

Retaliating or discriminating against someone for complaining about harassment or cooperating in an investigation is also a violation of this policy that can result in discipline or discharge. If you believe you have been retaliated against, even if the retaliation is subtle, report this fact <u>immediately</u> to the Director Human Resources U.S. Operations at Global Headquarters in Warrendale or any other manager.

*Wayne F. Hunnell*
Wayne F. Hunnell
President and Chief Operating Officer

F:\hall/policies/harass.doc02/28/01

JOY062

EXHIBIT
3
Meade 9/2c