**Tab 11**

COPY

1

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3

    VALERIE W. WAKEFIELD,        :  Civil Division
 4              Plaintiff,       :
                                 :  Civil Action
 5                               :  No. 05 CV 79 - Erie
                                 :
 6         VS.                   :
                                 :
 7  JOY MINING MACHINERY         :
    COMPANY, a division of       :
 8  Harnischfeger Industries,    :
                Defendant.       :  Honorable Maurice B.
 9                               :  Cohill, Jr.

10

11       Deposition of          :  JOHAN MARITZ

12

13       Date                   :  September 20, 2006
                                    commenced at 11:15 a.m.

14       Place                  :  Franklin Club
                                    1341 Liberty Street
15                                  Franklin, PA

16

17
    APPEARANCES:
18
    FOR THE PLAINTIFF:
19       ALEXANDER H. LINDSAY, JR, ESQ.
         The Lindsay Law Firm, P.C.
20       128 South Main Street
         Butler, PA 16001
21

22  FOR THE DEFENDANT:
         PAMELA G. COCHENOUR, ESQ.
23       Pietragallo, Bosick & Gordon
         The Thirty-eighth Floor
24       One Oxford Centre
         Pittsburgh, PA 15219
25
```

| | | |
|---|---|---|
| 1 | | question. And so we have to both be careful. |
| 2 | | I'll make a deal with you that I will try not to |
| 3 | | step on your lines if you try not to step on |
| 4 | | mine, because it makes it very difficult for this |
| 5 | | lady to do us both at the same time. Secondly, |
| 6 | | we all have the tendency to give what we call |
| 7 | | inaudible answers, nodding or shaking our heads |
| 8 | | and grunt noises, such a uh-hun and things of |
| 9 | | that nature. So if I say I need an audible |
| 10 | | answer that means you have to reply verbally, |
| 11 | | okay? |
| 12 | A. | Yes. |
| 13 | Q. | Good. We're off to a great start. Sir, how old |
| 14 | | are you? |
| 15 | A. | I'm 48. |
| 16 | Q. | And what is your educational background? |
| 17 | A. | I have a bachelor's degree and two years of post |
| 18 | | graduate study. |
| 19 | Q. | In what field, sir? |
| 20 | A. | Employment law and labor law. |
| 21 | Q. | And what is your current occupation? |
| 22 | A. | Director of Human Resources for Joy Mining |
| 23 | | Machinery in the Americas. |
| 24 | Q. | And where is your office? |
| 25 | A. | Warrendale, Pennsylvania. |

7

```
 1  (An off the record discussion was held.)

 2

 3  Q.  Sir, I'm going to show you what has been

 4      previously marked as Meade Deposition Exhibit No.

 5      3.  Have you seen this document before?

 6  A.  Yes.

 7  Q.  And what is that?

 8  A.  That is a copy of the company harassment policy.

 9  Q.  Okay.  Are there any other documents related to

10      the harassment policy at Joy other than this one

11      or is this it?

12  A.  This is it in different format.  It is in this

13      form on notice boards and it's electronically on

14      the company's Internet.

15  Q.  What's electronically on the company's Internet,

16      are the words the same?

17  A.  Yes.

18  Q.  Okay.  Is there any protocol -- first of all, in

19      your position as head of human resources and I

20      guess I'll really start again on that.  In the

21      years 2002, 2003, 2004 you worked in Franklin?

22  A.  Yes.

23  Q.  And that's going to be the time frame we are

24      talking about, 2002, 2003, 2004.  Was this policy

25      the policy at that time?
```

8

```
 1    A.    Yes.
 2    Q.    And when I say this policy, it's what is referred
 3          to as what has been marked as Meade Exhibit No.
 4          3?
 5    A.    Correct.  Now, at times as presidents changed,
 6          the policy gets resigned and reposted, but the
 7          wording remains the same.
 8    Q.    In your -- during that period your precise title
 9          at Franklin was what?
10    A.    Manager of Human Resources.
11    Q.    In that position, did you -- were you responsible
12          for enforcing the harassment policy that is set
13          forth in the Exhibit No. 3?
14    A.    Yes.
15    Q.    Were you the person in charge of that?
16    A.    What do you mean by in charge?
17    Q.    Was there another person who made decisions with
18          regard to harassment policy other than yourself
19          in Franklin?
20
21              MS. COCHENOUR:  Objection.  Do you
22          mean formation of the policy?
23              MR. LINDSAY:  Why don't we just
24          strike that question because it's too
25          complicated.
```

1   Q.   And that was this one?

2   A.   Correct.

3   Q.   And when I say this one, I'm talking about the

4        Wakefield?

5   A.   Correct.

6   Q.   All right.  How did you first become aware that

7        there was a complaint by Mrs. Wakefield?

8   A.   When in March, I believe it was March of 2003,

9        when Mrs. Wakefield was brought to my office by

10       another HR employee.

11  Q.   And who was that?

12  A.   Cornelia Adams.

13  Q.   Okay.  Can you tell us what you remember about

14       that meeting?

15  A.   When Mrs. Wakefield was brought to my office, it

16       wasn't immediately followed by a meeting.  She

17       was pretty distraught so there was a recess and

18       later then after a while, I can't remember if it

19       was an hour or two hours, there was a meeting

20       with Mrs. Wakefield and what was relayed to me

21       was that Mr. Larry Meade had shown up at the

22       Wakefield's home and Mrs. Wakefield felt that he

23       was unwelcomed and that obviously shouldn't have

24       been there in the first place and that he had

25       said things that she didn't find welcomed.

1    with -- are you saying Exhibit one?

2    Q.   Yes.

3    A.   Exhibit one summarizes the first meeting that I

4         had with Mr. Meade on the same day that

5         Mrs. Wakefield had first told me about her

6         complaint.

7    Q.   Do you recall that meeting?

8    A.   Yes.

9    Q.   Do you recall how long this meeting was after

10        Mrs. Wakefield made her complaint?

11   A.   It's approximately one to two hours.

12   Q.   Okay.  Do you recall what you told Mr. Meade?

13   A.   I told Mr. Meade that a complaint had been

14        lodged, that he had been named in that complaint,

15        that since it had been reported to me, the

16        company had an obligation to investigate such a

17        complaint and that I was going to investigate it

18        and told him that although nothing had been found

19        and no interviews had been conducted to ensure

20        that the situation just remains as it is, that he

21        avoid any contact with Mrs. Wakefield and that I

22        did not want him to discuss the fact that she

23        lodged a complaint with her.

24   Q.   Did you discuss with him what Mrs. Wakefield's

25        allegations were?

```
 1   A.    Yes.   I summarized Mrs. Wakefield's complaint to

 2         him.

 3   Q.    Do you recall what that summary was?  What did

 4         you tell him?

 5   A.    That he had made an unwelcomed visit to her house

 6         and that he had made statements about leaving

 7         with her and that she should essentially go away

 8         with him.

 9   Q.    Had she told you that he wanted to have sex with

10         her?

11   A.    Not -- no.  Not in the first meeting.

12   Q.    Okay.  Is there anything else you recall telling

13         him at that meeting?

14   A.    To think about what she said and if he recalls

15         anything else after our meeting to come tell me

16         about it.

17   Q.    Did he tell you anything about what had happened

18         on March 2nd?

19   A.    Yes.  He said he had -- he admitted to visiting

20         her home, denied that he made any proposals of a

21         sexual nature, did say that it was a visit that

22         he made because of their mutual loss of children

23         and that they consoled each other and that's

24         about it.

25   Q.    All right.  After you had your interview with
```

19

```
 1        him, did you proceed to go to the next step of

 2        your procedure as to conduct an investigation?

 3   A.   What I did is I asked Mrs. Wakefield at the end

 4        of our first meeting to provide me with any names

 5        of people that could give me further information,

 6        which she could not at that stage, at that first

 7        meeting.  What I did after the meeting was to

 8        review Mr. Meade's files and also any files we

 9        had in human resource that would be evidence of

10        any prior situations such as the complaint.

11   Q.   Did you find any?

12   A.   No.

13   Q.   Okay.  What did you do then?  What's the next

14        thing that you can recall and if you need to use

15        your notes, that's fine or at least the notes

16        that I have or any other notes?

17   A.   No.  There were no further notes as a result of

18        that very first meeting.  I continued to speak to

19        other folks in HR to see if anybody knew

20        anything.

21   Q.   Who did you speak with?

22   A.   I believe I spoke with Diane Kemick and asked her

23        if she had any knowledge of any prior incidents

24        involving Mr. Meade?

25   Q.   Anybody else that you recall you spoke to other
```

| | | |
|---|---|---|
| 1 | | it was Don Biondi who called me first or Wayne |
| 2 | | Hilliard.  One of them came and saw me and |
| 3 | | reported that there was an incident that |
| 4 | | Mrs. Wakefield did not feel well at work and had |
| 5 | | to be taken home by her supervisor, Mr. Wayne |
| 6 | | Hilliard.  Mr. Biondi did get involved because I |
| 7 | | remember him being in my office as we were |
| 8 | | discussing this. |
| 9 | Q. | What did he tell you, if you can recall? |
| 10 | A. | I was told that Mrs. Wakefield was really upset |
| 11 | | and that when Hilliard was asked to take her home |
| 12 | | and that she had said something about Larry |
| 13 | | Meade.  I don't recall that there was any |
| 14 | | details. |
| 15 | Q. | All right.  Did you do anything further with what |
| 16 | | you heard on June 3rd? |
| 17 | A. | Yes.  On the same day after this had been |
| 18 | | reported to me I called the Wakefield home |
| 19 | | because obviously I wanted to know if this was |
| 20 | | related to what had been reported in March and |
| 21 | | whether there had been something new that |
| 22 | | happened.  I called the house and obviously did |
| 23 | | check on Mrs. Wakefield, whether she was okay to |
| 24 | | come and see me about it or when she could see me |
| 25 | | about this concern.  At the time Mr. Wakefield |

28

1     conversation?

2  A.  I believe -- I can't remember if it was that day

3     or the next day, but either that day or the next

4     day Mr. Miller reported this telephone

5     conversation to me.

6  Q.  Did he tell you the substance of the telephone

7     conversation?

8  A.  Yes.  And I asked him if he'd done notes and he

9     said that he was going to.

10  Q.  And are these his notes, Exhibit No. 4?

11  A.  Yes.

12  Q.  All right.  And you said that -- was it the 16th

13     then that you had a conversation with Valerie

14     Wakefield?

15  A.  Correct.  Valerie and Harold and Don Biondi.

16  Q.  All right.  What happened then?  Was that a

17     meeting?

18  A.  Yes, that was a physical meeting.

19  Q.  Okay.  And it was Mr. Biondi, Harold, Valerie and

20     yourself?

21  A.  Yes.  At the outset of the meeting I asked

22     Valerie and Harold if they were comfortable that

23     Don was at the meeting and I think they may have

24     even asked Don to be there, if I remember

25     correctly.  I can't recall whether it was Valerie

```
 1        or Harold who said that yes, they wanted Don
 2        there.  Don was the manager who had actually
 3        hired Valerie and who was the manager in her
 4        department.  And for some reason they said that
 5        Don was also the manager that had advised Valerie
 6        about the company's policy on harassment when he
 7        hired her.
 8   Q.   Okay.  What happened at that meeting?
 9   A.   At that meeting Valerie -- this was the first
10        time that Valerie gave me a description of more
11        events that she -- that she says took place and I
12        don't recall now the exact dates of which events,
13        but events like Mr. Meade following her -- or
14        coming to areas where she worked.
15   Q.   Such as what did she tell you?
16   A.   Such as restrooms.
17   Q.   All right.
18   A.   And that he would start talking about the son
19        that is deceased and that he would ask how it was
20        going with her, how she's doing based on the
21        difficult times she had gone through as well.
22        That he then -- one incident that she relayed to
23        me was that he kissed her and she did not like
24        that.  She asked him to leave.  And that he
25        wanted her to -- that he wanted her to leave her
```

30

1    husband and go to Florida with him.  And that

2    sometime after that event he would come back the

3    next week and apologize.  You're okay with me

4    looking at my notes, by the way, as I'm saying

5    this?

6  Q.  Absolutely.  That's what they're there in front

7    of you for.

8  A.  And at that meeting, Valerie then provided me

9    with names of people that she believed had either

10    seen her and Larry together in some situations or

11    I guess, in Valerie's view could provide me with

12    information on past behavior of Larry Meade.

13  Q.  What were those names?

14  A.  Mike Calderone, who works up in engineering,

15    Peggy Doyle and Jill Seyler, I believe was the

16    third one that was mentioned at that meeting.

17  Q.  Okay.  Did she tell you anything about remarks

18    that Mr. Meade had made about her clothing?  That

19    she would look good in a string bikini or was she

20    wearing a thong underwear, do you recall that or

21    not?

22  A.  I need to look at my notes to recall if it was

23    this meeting.  I do recall that she said that he

24    made a comment about her looking good in a

25    bikini.

1    that is currently pending?

2              MR. LINDSAY:  It's about the hands

3    on the butt, whether she said that at that

4    meeting.

5              MS. COCHENOUR:  Whether she said

6    that at the meeting on June 16.

7

8    A.  It was actually at a meeting on June 17th.

9    Q.  All right.

10   A.  We had a follow-up meeting with Mrs. Wakefield.

11       I obviously needed more information on some of

12       the things she said.

13   Q.  How long did this meeting on June 16th last?

14   A.  I do not recall.  It was quite a long meeting.  I

15       don't recall exactly.  I would say at least an

16       hour.

17   Q.  In the course of this meeting, can we agree, sir,

18       that she gave you a number of allegations that

19       she had not revealed to you prior to June 16?

20   A.  Correct.

21   Q.  Did you question her concerning why she didn't

22       report these earlier?

23   A.  I don't recall if I asked her that straight out.

24   Q.  First of all, you're very familiar with the Joy

25       sexual harassment policy we discussed, correct?