**TAB 18**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF DEPOSITION

TO:    **Linda Brown**
Pamela G. Cochenour, Esquire
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219


Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Linda Brown** has been scheduled

for **Thursday, November 9, 2006** at **2:00 p.m.** at **The Franklin Club, Franklin, PA** at

which time you are invited to appear and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 7th day of November 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail and by facsimile:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHiNERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

**NOTICE OF DEPOSITION**

TO:  **Alma Matthews Johnston**
Pamela G. Cochenour, Esquire
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Alma Matthews Johnston** has

been scheduled for **Thursday, November 9, 2006** at **1:00 p.m.** at **The Franklin Club,**

**Franklin, PA** at which time you are invited to appear and take part as shall be fitting and

proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 7th day of November 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail and by facsimile:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**NOTICE OF DEPOSITION**

TO:  **Judy Peterson**
Pamela G. Cochenour, Esquire
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil Procedure, you are hereby notified that the deposition of **Judy Peterson** has been scheduled for **Thursday, November 9, 2006** at **2:00 p.m.** at **The Franklin Club, Franklin, PA** at which time you are invited to appear and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 7th day of November 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail and by facsimile:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and<br>HAROLD I. WAKEFIELD, husband and<br>wife,<br><br>       Plaintiffs,<br><br>     v.<br><br>JOY MINING MACHINERY<br>COMPANY, a division of Harnischfeger<br>Industries, and LARRY MEADE,<br><br>       Defendants. | CIVIL DIVISION<br><br>Civil Action No. 05 CV 79 – Erie<br><br>Honorable Maurice B. Cohill, Jr.<br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>NOTICE OF DEPOSITION</u>

TO:   **Debbie Lajeunesse**
       C/o Lisa A. Borrelli, Esquire
       Joy Mining Machinery
       177 Thorn Hill Road
       Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Debbie Lajeunesse** has been

scheduled for **<u>Wednesday, August 23, 2006</u>** at **<u>3:30 p.m.</u>** at **<u>the offices of THE LINDSAY</u>**

**<u>LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001</u>** at which time you are invited to appear

and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) CIVIL DIVISION ) ) Civil Action No. 05 CV 79 – Erie ) |
| Plaintiffs, | ) Honorable Maurice B. Cohill, Jr. ) |
| v. | ) ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:    **Cecil Cassatt**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil Procedure, you are hereby notified that the deposition of **Cecil Cassatt** has been scheduled for **Wednesday, August 23, 2006** at **2:30 p.m.** at **the offices of THE LINDSAY LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALERIE W. WAKEFIELD and )  CIVIL DIVISION
HAROLD I. WAKEFIELD, husband and )
wife, )  Civil Action No. 05 CV 79 – Erie
)
Plaintiffs, )  Honorable Maurice B. Cohill, Jr.
)
v. )
)
JOY MINING MACHINERY )  **JURY TRIAL DEMANDED**
COMPANY, a division of Harnischfeger )
Industries, and LARRY MEADE, )
)
Defendants. )

## NOTICE OF DEPOSITION

TO:    **Ellie Averill**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Ellie Averill** has been scheduled

for **Wednesday, August 23, 2006** at **1:30 p.m.** at **the offices of THE LINDSAY LAW**

**FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and

take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| | ) | |
| v. | ) ) | |
| | ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:  **Bob Dahle**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil Procedure, you are hereby notified that the deposition of **Bob Dahle** has been scheduled for **Wednesday, August 23, 2006** at **12:30 p.m.** at **the offices of THE LINDSAY LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA 15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
|  | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) |  |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) |  |

## NOTICE OF DEPOSITION

TO:   **Jill Saylor**
      C/o Lisa A. Borrelli, Esquire
      Joy Mining Machinery
      177 Thorn Hill Road
      Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Jill Saylor** has been scheduled for

**Wednesday, August 23, 2006** at **11:00 a.m.** at **the offices of THE LINDSAY LAW FIRM,**

**P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and take

part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) |
| | ) |
| Plaintiffs, | ) ) |
| | ) |
| v. | ) ) |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

CIVIL DIVISION

Civil Action No. 05 CV 79 – Erie

Honorable Maurice B. Cohill, Jr.

**JURY TRIAL DEMANDED**

## NOTICE OF DEPOSITION

TO:  **Tom O'Neil**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Tom O'Neil** has been scheduled

for **Wednesday, August 23, 2006** at **10:00 a.m.** at **the offices of THE LINDSAY LAW**

**FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and

take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA 15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF DEPOSITION

TO:  **Cornelia Adams**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Cornelia Adams** has been

scheduled for **Wednesday, August 23, 2006** at **9:00 a.m.** at **the offices of THE LINDSAY**

**LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear

and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**NOTICE OF DEPOSITION**

TO:    **Diane Kemick**
       C/o Lisa A. Borrelli, Esquire
       Joy Mining Machinery
       177 Thorn Hill Road
       Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Diane Kemick** has been

scheduled for **Tuesday, August 22, 2006** at **2:30 p.m.** at **the offices of THE LINDSAY**

**LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear

and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD and HAROLD I. WAKEFIELD, husband and wife, | ) ) ) | CIVIL DIVISION |
| | ) | Civil Action No. 05 CV 79 – Erie |
| Plaintiffs, | ) ) | Honorable Maurice B. Cohill, Jr. |
| v. | ) ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, and LARRY MEADE, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**NOTICE OF DEPOSITION**

TO:  **Johan Maritz**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **Johan Maritz** has been scheduled

for **Tuesday, August 22, 2006** at **1:00 p.m.** at **the offices of THE LINDSAY LAW FIRM,**

**P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear and take

part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALERIE W. WAKEFIELD and ) CIVIL DIVISION
HAROLD I. WAKEFIELD, husband and )
wife, ) Civil Action No. 05 CV 79 – Erie
)
Plaintiffs, ) Honorable Maurice B. Cohill, Jr.
)
v. )
)
JOY MINING MACHINERY ) **JURY TRIAL DEMANDED**
COMPANY, a division of Harnischfeger )
Industries, and LARRY MEADE, )
)
Defendants. )

## NOTICE OF DEPOSITION

TO:    **LARRY MEADE**
C/o Lisa A. Borrelli, Esquire
Joy Mining Machinery
177 Thorn Hill Road
Warrendale, PA 16365

Pursuant to the provisions of Rule 4007.1 of the Pennsylvania Rules of Civil

Procedure, you are hereby notified that the deposition of **LARRY MEADE** has been

scheduled for **Tuesday, August 22, 2006** at **9:00 a.m.** at **the offices of THE LINDSAY**

**LAW FIRM, P.C., 128 S. Main St, Butler, PA 16001** at which time you are invited to appear

and take part as shall be fitting and proper.

THE LINDSAY LAW FIRM, P.C.,

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Alexander H. Lindsay, Jr., Esquire, hereby certify that I have the 31st day of July, 2006, served a true and correct copy of the foregoing document on the following by first-class U.S. Mail:

**Pamela G. Cochenour, Esquire**
**PIETRAGALLO BOSICK & GORDON**
**Attorneys at Law**
**The Thirty-Eighth Floor**
**One Oxford Centre**
**Pittsburgh, PA  15219**

**Lisa A. Borrelli, Esquire**
**Joy Mining Machinery**
**177 Thorn Hill Road**
**Warrendale, PA 16365**

Alexander H. Lindsay, Jr.