IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE W. WAKEFIELD** | : | CIVIL DIVISION |
| | : | |
| Plaintiff | : | Civil Action No.  05 CV 79 - Erie |
| | : | |
| | : | Honorable Maurice B. Cohill, Jr. |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| **JOY MINING MACHINERY COMPANY**, a division of Harnischfeger Industries | : : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S APPENDIX OF DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THE LINDSAY LAW FIRM, P.C.

Alexander H. Lindsay, Jr., Esquire
Attorney for Plaintiff

PA ID # 15088

128 S. Main St.
Butler, PA 16001

724-282-6600

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALERIE W. WAKEFIELD** : | CIVIL DIVISION |
| Plaintiff : | Civil Action No.  05 CV 79 - Erie |
| : | Honorable Maurice B. Cohill, Jr. |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **JOY MINING MACHINERY COMPANY**, a division of Harnischfeger Industries : | |
| Defendants. : | |

## TABLE OF CONTENTS

|  | Tab |
|---|---|
| Excerpts from Deposition of Valerie W. Wakefield | A |
| Excerpts from Deposition of Cornelia Adams | B |
| Excerpts from Deposition of Larry Meade | C |
| Excerpts from Deposition of Eleanor Averill | D |
| Excerpts from Deposition of Jill Seyler | E |
| Excerpts from Deposition of Johan Maritz | F |
| Joy Mining's Sexual Harassment Policy | G |
| Plaintiff Expert Millwee's Report | H |
| Notes from Johan Maritz and Diane Kemick | I |
| Excerpts from Deposition of Robert Dahle | J |
| Excerpts from Deposition of Susan Stewart, L.C.S.W. | K |