127

1     A.   I think she is.

2     Q.   Let me ask you this, I haven't ask you

3     this:  Physically describe Larry Meade for me,

4     please.

5     A.   Five nine, five ten, medium build.

6     Sometimes he wears glasses; sometimes he

7     doesn't.  Thinning hair.  Just an average Joe.

8     Q.   How old is he?

9     A.   I think he's in his 50s.

10    Q.   And Jill, describe her for me, please.

11    A.   Jill is probably five one.  She has

12    very short blondish red hair, real pleasant

13    looking.  She's on the heavy side.  Dresses

14    wonderful, very particular about her

15    appearance.

16    Q.   Is that everything that Jill told you

17    that day?

18    A.   Yeah.

19    Q.   Did you tell her anything about what

20    had been happening with Larry?

21    A.   Yes.

22    Q.   At that point, what did you tell her?

23    A.   I told her he kept following me around

24    and telling me similar things to what she was

25    saying that happened to her.

128

1    Q.  You just testified that she said he
2  asked her out.  Did Larry ever ask you out?
3    A.  No.
4    Q.  Did you tell Jill that Larry had tried
5  to kiss you?
6    A.  No.
7    Q.  Did you tell Jill that Larry had put
8  his hands on the top of your butt?
9    A.  No.
10    Q.  No?
11    A.  No.
12    Q.  Did you tell Jill that you and Larry
13  had a friendly relationship?
14    A.  Yeah.
15    Q.  Did you tell Jill that you and Larry
16  would sometimes hug one another?
17    A.  No.
18    Q.  Did Jill say that Larry had ever hugged
19  her?
20    A.  No.
21    Q.  Did Jill say that Larry had ever tried
22  to kiss her?
23    A.  No.
24    Q.  Did Jill say that she and Larry had
25  ever exchanged mutual hugs?

129

1       A.  No.

2       Q.  Did she say when this happened?

3       A.  After the death of her husband.

4       Q.  When did her husband die?

5       A.  I don't know.  That's just what she

6    said to me, after the death of my husband,

7    which I don't know when that was.

8       Q.  Anything else -- this is March of 2003,

9    you said?

10      A.  Yeah.

11          I have to back up because I'm getting

12   things -- I'm going ahead of myself.  My son

13   racing go-carts took his go-cart out to the

14   Cranberry Mall for a show.

15      Q.  Can I ask you a question here?  Are we

16   talking about the Cranberry Mall -- are there

17   two Cranberry Malls in western Pennsylvania?

18      A.  Yes.

19      Q.  Okay.  Are both of them somewhere along

20   79?

21      A.  No.

22      Q.  Okay.

23      A.  This one is across from the Wal-Mart

24   that is in Seneca, Pennsylvania.

25      Q.  So when you talk about the Cranberry

130

1     Mall, you're not talking about the Cranberry

2     Mall I'll just say closer to Pittsburgh in the

3     Wexford area?

4          A.   No.

5          Q.   Okay.   Thanks.

6               You were telling me about your son's

7     go-cart at the Cranberry Mall.

8          A.   Yes.

9          Q.   What month are we talking about and

10    what year?

11         A.   The first of March.

12         Q.   What year?

13         A.   2003.

14         Q.   Okay.   I interrupted you.

15         A.   Okay.   We had taken the go-cart out --

16    you have to take it out after the store closes.

17    So we got it out there; and then it's out there

18    from Thursday, Friday, Saturday and Sunday; and

19    after the mall closes on Sunday is when you

20    take all the cars out.

21         Q.   So that there are go-carts on display?

22         A.   Yes, and racecars.

23         Q.   Forgive me.   Are these motorized?

24         A.   Yes.

25         Q.   Not pedal cars?

131

```
1        A.   No, they're motorized.

2        Q.   And they're actually something that you

3   get in and drive?

4        A.   And drive, yes.

5        Q.   We're not talking about Boy Scout

6   Pinewood Derby?

7        A.   No.

8        Q.   Okay.  Thank you.

9             So they're on display?

10       A.   Yes.

11       Q.   Is it a contest?

12       A.   No, it's not a contest.  It's the

13  beginning of the season of racing and the guys

14  that want to -- women do it, too, that if you

15  want to display your car and show off what

16  you're racing; and you usually have your

17  sponsors on the sides of the cars, you have

18  your previous winnings.  If you have trophies

19  or ribbons or anything, you display those.

20  It's just a nice, little thing for the

21  beginning of the season for the guys.

22       Q.   It kicks off the racing season?

23       A.   Yeah.  It's just a fun event.

24       Q.   And it's something that Jonathan

25  participates in?
```

132

1  A. Yes; and you get your picture taken

2 with your car. You get put in the paper. It's

3 just a neat little thing for the guys that

4 race.

5  Q. So what dates did you say the cars were

6 displayed?

7  A. It was the first weekend of March. It

8 was Thursday, Friday, Saturday and Sunday. I

9 can't remember if it's the 2nd, 3rd, 4th, 5th

10 or it's the 6th, 7th, 8th, 9th, something like

11 that

12  Q. All of the days, the Thursday, Friday,

13 Saturday and Sunday, were all in March?

14  A. Yes.

15  Q. It didn't tail off February?

16  A. No.

17  Q. In March?

18  A. Yes, it was in March.

19  Q. What happened?

20  A. Okay. Let's see. Jonathan and Harold

21 and I were all out there Friday night having a

22 good time with some friends, went and ate; and

23 then Saturday we went back out because Jonathan

24 was getting his picture taken.

25  Q. Went back out to the mall?

133

1       A.   Yeah, went back out to the mall; and

2    then the guys decided Sunday they were going to

3    leave a little early because you have to wait

4    till the mall closes on Friday to get your cars

5    and carts out of there.

6       Q.   On Friday?

7       A.   I mean on Sunday.  Sorry, Sunday.  And

8    so they left approximately between 4 and 4:30

9    to be out there.

10      Q.   They left home?

11      A.   Yes, they left home.  It takes them 20,

12   25 minutes to get there from our home.

13           In that time that they went to do that,

14   I went to Shop N'Save to pick up some

15   groceries.

16      Q.   How far is Shop N'Save from your house?

17      A.   Eight minutes, a real short distance.

18           I come home, it was probably around

19   5:00.  I come home and I'm putting the

20   groceries in the house, taking them from the

21   car into the house; and a car pulls up; and

22   it's dark out so I had no clue who it was

23   because I never seen the car before; and so I'm

24   carrying these groceries in, set them down on

25   the floor, walked back out; and Larry Meade

134

1    gets out of the car.  I said, what are you

2    doing here?  He goes, I need to talk to you.

3    Talk to me about what?  He goes, I need to talk

4    to you.  And I'm standing there shivering

5    because it's cold out and it's starting to

6    rain.  I had the last of my groceries in my

7    hand.  He goes, let's just step inside, get out

8    of this cold.  So we stepped right inside my

9    door and he shut the door behind him.

10        Q.   The front door to the house?

11        A.   The front door to the house.  I said,

12   what do you want?  I can't exactly remember

13   everything word for word for word that he said,

14   but I can basically remember most of it.  He

15   started to tell me that he was madly in love

16   with me, he wanted to marry me, that we could

17   go off to Florida and have a wonderful time

18   together, that I didn't need my husband and

19   son, that he could take care of me, that he had

20   lots of money.

21            He asked me at that time -- because I

22   was dumbfounded -- I just stood there.  I

23   didn't say anything.  I didn't know what to

24   say.  I didn't know what to think.  He said, I

25   know you are here by yourself and you will be

135

1    here by yourself for a while.  And I asked him,

2    how do you know that?  He said, I just seen

3    your husband and son out at the Cranberry Mall

4    getting your son's go-cart.  I said, you did?

5    He said, yeah, they're busy, they won't be home

6    for a while.

7          Then he proceeded to tell me, he says,

8    I wanted to tell you how good you looked last

9    night.  I said, how did you even see me or

10    where were you?  He says, you were out at the

11    mall with Harold and Jonathan.  You had on

12    black jeans, a black leather jacket, black

13    boots, a teal turtle neck.  He described

14    everything I had on to a T.

15        Q.  And he was correct?

16        A.  He was correct.

17          He's standing there.  I don't have my

18    coat off.  I'm just standing there thinking,

19    what is going to happen next?  I told him, I

20    said, Larry, you are playing with fire here and

21    you're not just playing with a little fire,

22    you're playing with a big, burning bush fire.

23        Q.  What did you mean by that?

24        A.  That it wasn't something little he was

25    dealing with here, that he was pushing the

136

1    wrong buttons.

2        Q.   I still don't understand what you mean.

3        A.   That he was going overboard with

4    everything, that this just could not -- this

5    was something that -- it couldn't be.

6        Q.   Do you mean the two of you together?

7        A.   Yes.  Yes.  And he just kept repeating

8    about he knows that Harold and Jonathan are out

9    at the mall, that they won't be home for a

10   while; and he said that we're alone here, they

11   won't be home for a while, we could easily have

12   sex right now; and I told him, no, we are not

13   going to.  I said, I love my husband very, very

14   much.  I would do nothing to jeopardize my

15   marriage to him.  I love my son very much.  I

16   already lost one son, I'm not going to lose

17   another; and told him that -- I said, right now

18   you're not speaking clearly with your head,

19   you're speaking out the end of your dick and if

20   you would right now leave, get out that door

21   and leave.

22       Q.   And did he?

23       A.   Yes.  When he turned around, he yelled

24   something about, the next time you see me it

25   will be at Morrison's Funeral Home; and he

137

1   slammed the door.  He got into his car and I

2   could hear the wheels squealing.

3         Now, this is after the bathroom

4   incidents.  So I'm pretty sure now the bathroom

5   incidents were all in February.

6       Q.  The bathroom incidents were all in

7   February, the two?

8       A.  Yes.

9       Q.  Both the hug touching the top of your

10  butt --

11      A.  Yeah.

12      Q.  -- and the attempted kiss, it's your

13  testimony that they occurred in February of

14  2003?

15      A.  Yes.

16      Q.  You're certain of that?

17      A.  If I could look at my diary, I could

18  tell you for certain because I wrote down the

19  exact time frame.

20      Q.  I need your recollection.

21      A.  I'm thinking the end of January,

22  beginning of February the first one.  The end

23  of February the second one.

24      Q.  When he is in the house with you, where

25  are the two of you standing?

138

1      A.  He is standing near the doorway to go

2    out the front door and I'm further into the

3    house into the dining room area.

4      Q.  Does the front door open to a foyer --

5      A.  Yes.

6      Q.  -- or does it open right into the

7    dining room?

8      A.  No, opens to a foyer.

9      Q.  When you first walk in the door, if you

10   were to walk straight, where would you go?

11     A.  Up a pair of stairs.

12     Q.  To the second floor?

13     A.  Ah-huh.

14     Q.  How many steps are there?

15     A.  Twelve, 13.

16     Q.  When you walk in the front door, is it

17   open to the left?

18     A.  Yes.

19     Q.  Is it also open to the right?

20     A.  No.

21     Q.  There's a wall there?

22     A.  Yes.

23     Q.  Is that the outside wall of the house?

24     A.  No.

25     Q.  What is that wall?

139

1          A.   That wall goes to a closet and a

2     bedroom.

3          Q.   On the other side of the wall?

4          A.   Yes.

5          Q.   That you get to by going through the

6     house to the left through the dining room?

7          A.   Yeah.

8          Q.   And he is standing in that foyer area?

9          A.   Yeah.

10         Q.   What way is he facing?

11         A.   Forward.  Like you walk in the door and

12    you like step to the right and you stand there.

13         Q.   Okay.  And where are you in the dining

14    room?

15         A.   In the dining room facing the door.

16         Q.   Facing the outside door?

17         A.   Yes.

18         Q.   Facing Larry.

19              What is Larry wearing?

20         A.   Jeans, tennis shoes, a jacket.  That's

21    all I can remember.

22         Q.   A hat?

23         A.   I don't remember a hat.

24         Q.   How far apart are you?

25         A.   I'm going to say maybe 13 feet.

140

1     Q.  So at no time is he touching you?

2     A.  No.

3     Q.  How long does this exchange take place?

4     A.  To me it felt like forever, but I know

5  it wasn't.  Five to ten minutes.  Maybe not

6  even that.

7     Q.  Was it your testimony it takes 20 to 25

8  minutes to get from the Cranberry Mall to your

9  house?

10     A.  Ah-huh.

11     Q.  Was there any snow on the ground that

12  day?

13     A.  No.  It was raining.

14     Q.  Was it cold enough for the roads to get

15  icy?

16     A.  No.

17     Q.  What time was Larry there?

18     A.  I'm going to say around 5:00.

19     Q.  After Larry left, what did you do?

20     A.  I paced the floor and just kept

21  thinking and thinking and thinking, what do I

22  do now, what do I do now?

23     Q.  What were you thinking about?

24     A.  I just kept thinking, what's he going

25  to do next?  Could he come back here?  How am I

141

1      going to tell Harold this?  I've got to talk to

2      him.  I've just got to talk to him.

3          Q.  Meaning you have to talk to Harold?

4          A.  Yeah.  Yeah.  Just a lot of things went

5      through my mind.

6          Q.  How long did you pace and think?

7          A.  I don't remember.  Until Harold come

8      home.

9          Q.  When Harold came home, what did you do?

10         A.  I just asked him how did everything go

11     out at the mall, who did they see, what all did

12     they do, what did they talk about to the

13     different people.  Just basic stuff.

14         Q.  Were you making dinner?

15         A.  No.  We ate before they left.

16         Q.  How long after Larry left did Harold

17     and Jonathan come home?

18         A.  Maybe an hour.

19                 (Brief recess.)

20         Q.  Mrs. Wakefield, before we took the

21     break, you had just finished your testimony

22     relative to the Sunday evening when Mr. Meade

23     came to your house.  You were beginning to tell

24     me what happened when your husband and son came

25     home, which you said was at about 5:00; right?

150

1    bed that night?

2        A.   Yes.

3        Q.   What happened the next day?

4        A.   We both went to work.  We come home

5    from work and I asked Harold if it would be a

6    good idea if I called my brother.

7        Q.   Who is your brother?

8        A.   Vincent White.

9        Q.   Why did you think it would be a good

10   idea to call your brother?

11       A.   He's a State Police officer.

12       Q.   What did Harold say?

13       A.   "If you want to, go ahead."

14       Q.   Did you?

15       A.   Yes.

16       Q.   What did your brother say?

17       A.   My brother said that he's dealt with

18   different things like that and it comes down to

19   -- since there was no witnesses, he said it's

20   really hard, it's extremely tough, that it's a

21   she said/he said type situation, that I could

22   -- since there was no harm done physically, he

23   said that mainly there was nothing the police

24   could really do.

25       Q.   Was that the extent of your

151

1    conversation with your brother?

2        A.   Yeah.

3        Q.   Did you ever discuss the question of --

4    was the purpose of talking to your brother the

5    thought that you might press criminal charges

6    against Larry for having been at your house

7    that Sunday night?

8        A.   Yes.

9        Q.   When you were at work the next day, did

10   you tell anybody what happened?  When you were

11   at work on Monday or Tuesday, did you tell

12   anybody what happened at your house on Sunday?

13       A.   No.

14       Q.   Did you tell anybody from HR?

15       A.   No.

16       Q.   Did you tell your supervisor?

17       A.   No.

18       Q.   Did you tell Larry's supervisor?

19       A.   No.

20       Q.   Had you ever told Larry's supervisor

21   anything that had happened with Larry?

22       A.   No.

23       Q.   After you spoke with your brother, did

24   you share what your brother's thoughts were

25   with Harold?

152

1      A.   Yes.

2      Q.   What did Harold say?

3      A.   He just basically said that Vincent was

4  probably correct on that, that it is a tough

5  situation to deal with, that if I wanted to go

6  further into it that I could possibly talk to

7  my neighbor, which is a town cop, and see if

8  maybe he seen him here, seen the car in the

9  driveway; but Harold and I never really ended

10  up talking to our neighbor about it.

11      Q.   You never did?

12      A.   No.

13      Q.   Was that the only time and the last

14  time you thought about pressing criminal

15  charges against Larry Meade?

16      A.   No.  I went down to the Magistrate's

17  office in Franklin and asked them how I could

18  get a PFA; and they sent me to a different

19  office on Lint Street that handles those

20  situations; and I went there and talked with a

21  lady, I don't remember her name; and she said

22  it couldn't happen, it had to be a family

23  member.

24      Q.   Is it your testimony that you went to

25  Franklin for the purpose of obtaining a PFA

153

```
 1    against Larry?

 2         A.   Yes.

 3         Q.   When did you do that?

 4         A.   The week that he was at my house.

 5         Q.   Which day?

 6         A.   I don't remember.

 7         Q.   Well, you didn't go Monday; right?

 8         A.   No, because I had talked to me brother

 9    on Monday.

10         Q.   Did you go Tuesday?

11         A.   I don't think so.

12         Q.   Did you go Wednesday?

13         A.   It was possibly Wednesday or Thursday.

14         Q.   Would it have been after work?

15         A.   No.  There was a day in there I didn't

16    go to work.

17         Q.   Which day didn't you go to work?

18         A.   I don't remember.  It was one of those

19    days.

20         Q.   Why didn't you go to work that day?

21         A.   I just didn't feel good, just didn't

22    want to deal with everything; and I just had a

23    lot on my mind and wanted to take care of that

24    and some other things.

25         Q.   So it was a day that you did not go to
```

154

1    work that week that you wanted to attempt to

2    get a PFA.  Did you go alone?

3        A.  Yes.

4        Q.  Did Harold know you were going to do

5    that?

6        A.  Yes.

7        Q.  Was he supportive of that?

8        A.  Yes.

9        Q.  And what were you told about the reason

10   why you could not obtain a PFA?

11       A.  They said I cannot get a PFA against

12   him because he does not live in that household.

13   They're telling me now you can only get PFA's

14   against people that live in your household.

15       Q.  What do you mean they're telling you

16   now?

17       A.  From the time that I went to check on

18   it that they said that they don't do other

19   people, that these people have to live in your

20   household to get PFA's against them.

21       Q.  I'm only interested in what you were

22   told the day you went to get a PFA.

23       A.  That's what they told me.

24       Q.  That you cannot get a PFA against

25   anyone unless they lived in your house?

155

1      A.   Yes.

2      Q.   Is that the only effort you made to get

3   a PFA?

4      A.   Ah-huh.

5      Q.   Did they take any information from you

6   when you were there regarding your name,

7   Larry's name and what happened?

8      A.   Not that I'm aware of because she said

9   I couldn't do anything so why take down the

10  information.

11     Q.   How did she know that Larry did not

12  live in your house?

13     A.   Because I told her.  Because she asked

14  me, she said, is he a family member?  I said,

15  no; and she said, where does he live?  I said,

16  in Seneca, Pennsylvania.  She says, you can't

17  do it.

18     Q.   And that was the end of the discussion?

19     A.   That was the end of the discussion.

20     Q.   You didn't tell her what happened?

21     A.   No.

22     Q.   Do you remember her name?

23     A.   No.

24     Q.   Can you describe her?

25     A.   I'm going to say she was as tall as me,

156

1    a little bit bigger, curly blondish/brown hair,

2    real pleasant person.

3       Q.  So if we look at your time card pay

4    records from that week, we'll be able to tell

5    what day you went to get the PFA because that

6    was the day that you didn't go to work?

7       A.  Ah-huh.

8       Q.  Yes?

9       A.  Yeah.

10       Q.  Okay.  What else did you do that day

11    that you didn't go to work?

12       A.  I stayed at the house and moped around.

13       Q.  You're relatively certain you didn't

14    take Friday off; correct?

15       A.  I don't know.  It could be.

16       Q.  So the week came and went.  Did you

17    tell anybody at HR what had happened that week?

18       A.  No.

19       Q.  Did you tell your supervisor that week

20    what had happened?

21       A.  No.

22       Q.  Did you tell anybody at Joy that week

23    what had happened?

24       A.  No.

25       Q.  Did you work overtime that weekend?

157

```
 1        A.   No.

 2        Q.   What happened the next Monday?

 3        A.   I'm pretty sure I went to work and came

 4   home.

 5        Q.   Did you tell anybody at Joy that day

 6   about what happened?

 7        A.   No.

 8        Q.   At that point, the Monday following --

 9   we'll say now eight days after Larry had been

10   to your home, were you aware that Joy had a

11   sexual harassment policy?

12        A.   Yes.

13        Q.   If you were to have told anyone about

14   what had happened with Larry, who would you

15   have gone to?

16             MR. LINDSAY:  I don't mean to --

17   just a question on the form of the question.

18   Do you mean who she would have gone to if she

19   was following the policy?  Is that what you

20   mean?

21             MS. COCHENOUR:  No.  I just want

22   to know --

23             MR. LINDSAY:  Personally?

24             MS. COCHENOUR:  No.  No.

25        Q.   You knew Joy had a sexual harassment
```

158

1    policy.  If you had decided that you wanted to

2    tell somebody at Joy what had happened with

3    Larry Meade, who would you have gone to?

4        A.   Either Diane or Cornelia.

5        Q.   Diane Kemick in HR or Cornelia also in

6    HR?

7        A.   Ah-huh.

8        Q.   Did you know Johan Maritz?

9        A.   Yes, I did.

10       Q.   Did you know him to see him?

11       A.   Yes.

12       Q.   Did you know him to speak with him?

13       A.   Yes.

14       Q.   Are you comfortable with Johan?

15       A.   No.

16       Q.   Ever?

17       A.   I am now that I know him better; but at

18    that time he was just new so I really didn't

19    per se know-know him.

20       Q.   He didn't make you uncomfortable?

21       A.   No.

22       Q.   How about your own supervisor, who was

23    it at that time?

24       A.   Wayne Hilliard.

25       Q.   Were you comfortable with Wayne?

159

1          MR. LINDSAY:  I just want to
2   object to the form of the question because
3   that's such a broad term and I'm concerned that
4   we'll get an answer that may not be responsive
5   to what you want because -- comfortable about
6   reporting it, comfortable about being with him
7   in a restroom or whatever.
8          MS. COCHENOUR:  I'll ask it
9   again.
10      Q.  Would you have been comfortable
11  reporting Larry Meade's behavior to Wayne
12  Hilliard?
13      A.  No.
14      Q.  Do you know who Larry Meade's
15  supervisor was?
16      A.  No.
17      Q.  You would have been comfortable then,
18  your testimony is, to report Larry's behavior
19  to Diane Kemick who is in HR; correct?
20      A.  Yes.
21      Q.  Or to Cornelia --
22      A.  Yes.
23      Q.  -- Adams who is in HR?
24      A.  Ah-huh.
25      Q.  And at least as of eight days following

1    the day that Larry came to your house, you

2    hadn't spoken with either one of them about

3    those incidents; correct?

4        A.  Yes.

5        Q.  And you hadn't spoken with Diane or

6    Cornelia about any concerns you had relating to

7    Larry Meade?

8        A.  No.

9        Q.  Before we took the break, Mrs.

10   Wakefield, you referred to a diary that you

11   kept.  Can you tell me what the diary is, how

12   you kept it and when you started keeping it?

13       A.  When I had talked to my brother, he

14   suggested that I start writing this stuff down

15   because he said it's very, very beneficial if

16   you ever need it to log it as you think of it.

17   He said, you may need information later, he

18   says, you may not, he says, but if you don't

19   write it down, it's not there.  He said people

20   tend to forget things so easily.

21       Q.  So I'm clear, you spoke with your

22   brother Vincent on March the 4th?

23       A.  Yes.

24       Q.  So March the 4th, 2003 is when you

25   first began keeping what you call your diary;

165

1    A.   Yes.

2    Q.   With your permission?

3    A.   Yes.

4    Q.   I'm going to read a little further.

5    "One day in June 2002 he came to see how I was

6    doing, gave me a hug and tried to kiss me."

7         Did I read that correctly?

8    A.   Yes.

9    Q.   Larry Meade only ever tried to kiss you

10   once; correct?

11   A.   Yes.

12   Q.   Okay.  Is this document correct that he

13   tried to kiss you in June 2002?

14   A.   Yes.

15   Q.   So your testimony earlier today that he

16   tried to kiss you in February or March of 2003

17   is incorrect?

18   A.   Correct.

19   Q.   Okay.  This document is correct?

20   A.   This one is correct.

21   Q.   Your testimony earlier today is

22   incorrect?

23   A.   Incorrect.

24   Q.   Okay.  A little further down in that

25   same paragraph -- again I'm going to reach over

166

1    and show you where I'm reading because it's

2    hard to follow.  Right there (indicating).

3        A.  Okay.

4        Q.  "He then would let 2-3 days pass until

5    he would talk to me again.  I would say 3 weeks

6    went by and he came to me and said it was his

7    son's birthday and he felt sad and he needed a

8    hug.  I gave him a hug and his hands started

9    roaming and grabbed my butt."

10           Is that the same incident that we

11   talked about earlier today in your testimony?

12       A.  Yes.

13       Q.  And he only touched your butt once;

14   correct?

15       A.  Yes.

16       Q.  And this indicates -- meaning in

17   Exhibit 1 -- that that occurred about three

18   weeks after the attempted kiss; am I right?

19       A.  Yes.

20       Q.  So it would have happened in late June

21   or early July of 2002; correct?

22       A.  Yes.

23       Q.  So is this document correct?

24       A.  This is correct.

25       Q.  So that your testimony earlier today

167

1    that the hug that resulted in Larry's hands

2    touching the top of your butt did not occur in

3    February or March of 2003?

4        A.   No.

5        Q.   It did not occur in January of 2003?

6        A.   No.

7        Q.   Correct?

8        A.   This is the correct --

9        Q.   It happened in late June --

10       A.   Yes.

11       Q.   -- or early July of 2002?

12       A.   Yes.

13       Q.   Okay.  Your testimony earlier today

14   about Larry making comments about how pretty

15   you looked and about asking you about what kind

16   of underwear you wore and him saying that you

17   would look good in a bikini, did all of that

18   occur in the late summer, early fall of 2002?

19       A.   Repeat that.

20       Q.   You testified earlier today that at

21   some point Mr. Meade would ask you about what

22   kind of underwear you wore, that he would tell

23   you you looked pretty and that he told you you

24   would look nice in a bikini on his boat.  All

25   of those things occurred in late summer, early

168

1    fall 2002; is that correct?

2        A.   Whatever this says is whatever

3    happened.

4        Q.   You're indicating what the Exhibit says

5    is what happened?

6        A.   Yes.

7        Q.   So if the Exhibit differs in time frame

8    from what your testimony was today, we are to

9    take what's contained in the Exhibit as more

10   truthful?

11       A.   Yes.

12       Q.   And more accurate?

13       A.   Yes.

14       Q.   Would you turn to the third page of

15   Exhibit 1, please?  Would you start looking

16   here (indicating)?  I'm going to read from the

17   Exhibit.

18           "The following day after work my

19   husband called Larry from our phone at home."

20           First of all, what day are you

21   referring to here?

22       A.   It's Monday or Tuesday.

23       Q.   That would be Monday or Tuesday

24   following the Sunday that Larry had come to

25   your house?

175

1    A.   That he said about Morrison's Funeral

2  Home and that Larry said that he didn't think

3  that would really bother me that much

4  mentioning Morrison Funeral Home.

5    Q.   A couple of lines down, the sentence

6  begins, "On June 3rd at work."  Do you see

7  that?

8    A.   Yes.

9    Q.   I'm going to read from the Exhibit.

10       "On June 3rd at work I went in to clean

11  a men's restroom.  I had severe flashbacks of

12  him being in that restroom.  I couldn't handle

13  it and I had an emotional breakdown."

14       Did I read that correctly?

15    A.   Yes.

16    Q.   There is a gap in time, wouldn't you

17  say, between your recording of events here?

18  Right before the paragraph that starts "On June

19  3rd," you were writing about what was happening

20  in early March; correct?

21    A.   Ah-huh.

22    Q.   Did anything happen between March and

23  June that is not reflected in this document?

24    A.   No.

25    Q.   Did you have any meetings with anyone

176

1     in human resources at Joy between the date that

2     Larry Meade came to your house on that Sunday

3     and your June 3rd breakdown?

4          A.  Yes, but I don't remember what days.

5          Q.  You don't remember what days?

6          A.  No.

7          Q.  Were those meetings -- did you have

8     more than one meeting with HR?

9          A.  Yeah.

10         Q.  Was the first meeting scheduled by

11    Harold?

12         A.  Yes.

13         Q.  When you came to work that day, did you

14    know you were going to have a meeting with HR

15    to discuss Larry Meade?

16         A.  No.

17         Q.  Did Harold tell you that a meeting had

18    been scheduled?

19         A.  Yes.

20         Q.  Did he tell you when?

21         A.  Yes.

22         Q.  When did he tell you it had been

23    scheduled?

24         A.  At lunchtime.

25         Q.  I think I'm not asking this question

208

1    she took me in the building; and she knew

2    everything about the death of Justin and

3    everything like that; and she went and got

4    Cornelia; and Johan took me into Johan's office

5    and had Cornelia talk to me for a little while;

6    and then when that was going on, they -- I

7    didn't realize what they were doing, but they

8    were calling Harold.

9        Q.   Did Debbie leave when she brought you

10   to Johan's office?

11       A.   Yes.

12       Q.   Was Johan in his office?

13       A.   I don't remember.

14       Q.   You remember Cornelia being brought to

15   you?

16       A.   Yes.

17       Q.   Were you seated in a chair?

18       A.   Yes.

19       Q.   Where was Cornelia?

20       A.   She was kneeling down in front of me.

21       Q.   What did you tell Cornelia?

22       A.   I tried telling her about what Larry

23   had done to me; and she couldn't understand

24   what I was saying.

25       Q.   What do you mean you tried to tell

209

```
 1    Cornelia what Larry had done to you, that
 2    Sunday?
 3         A.   Any time.
 4         Q.   The Sunday before?
 5         A.   Yeah, the Sunday before.  Just
 6    everything.
 7         Q.   Everything?
 8         A.   Yeah; and I couldn't get it out.  I was
 9    crying too hard.
10         Q.   Were you trying to tell her about the
11    hugs?
12         A.   Yes.
13         Q.   Were you trying to tell her about the
14    kiss?
15         A.   Yes.
16         Q.   Were you trying to tell her about his
17    hands on the top of your butt?
18         A.   Yes.
19         Q.   But you couldn't get it out?
20         A.   I couldn't get it out.
21         Q.   What did you get out?
22         A.   Just the words "Larry Meade being
23    mean."
24         Q.   "Larry Meade being mean"?
25         A.   Yeah, that's all I got out as far as I
```

210

```
1    know.
2         Q.   What happened then?
3         A.   She just kept telling me to calm down,
4    calm down, calm down; kept hugging me.  By then
5    Harold was there.
6         Q.   Then what happened?
7         A.   They left Harold with me for a while
8    and he settled me down.
9         Q.   What did you tell Harold?  You and
10   Harold were left alone in Johan's office?
11        A.   Yes.
12        Q.   What did you and Harold discuss when
13   you were alone in Johan's office?
14        A.   What I had done in the morning.
15        Q.   Meaning calling Mrs. Meade?
16        A.   Yeah.
17        Q.   That's all you discussed?
18        A.   Yeah.
19        Q.   Did Harold ask you why you were at
20   work?
21        A.   Yeah.
22        Q.   What did you tell him?
23        A.   I told him I was coming to beat up
24   Larry Meade.
25        Q.   What did Harold say?
```

1     A.   Yes.

2     Q.   And when you say "nothing happened in

3 April," I presume you mean you had no contact

4 with, no problems with, no instance relative to

5 Larry Meade?

6     A.   Correct.

7     Q.   Did anything happen in May of 2003?

8     A.   He may have talked to me, but I don't

9 exactly remember.

10    Q.   If something bad had happened in May of

11 2003, would it have been reflected in this

12 document?

13    A.   Yeah.

14    Q.   Okay.  Do you see the page that starts

15 "On June 3rd, 4th, 5th and 6th"?  I'm just

16 going to read it.

17       "On June 3rd, 4th, 5th and 6th I was in

18 the Oil City psychiatric ward.  I had a nervous

19 breakdown and I wanted to end my life.  Susan

20 Stewart sent me to the hospital."

21       What happened that resulted in your

22 having been admitted to the Oil City

23 psychiatric ward?

24    A.   Everything kept building up on me.  I

25 kept thinking about everything, kept thinking

216

```
 1    about everything.
 2        Q.  You were just thinking about things
 3    between March and June --
 4        A.  Yeah.
 5        Q.  -- is that right?  Nothing new
 6    happened, you were just thinking about the
 7    things that had happened; correct?
 8        A.  Yeah; and I just walked into the men's
 9    bathroom --
10        Q.  Which one?
11        A.  The one that was on the second floor
12    near MIS.
13            -- and I just started crying, couldn't
14    quit.
15        Q.  What happened then?
16        A.  I left everything, just walked away
17    from everything and went downstairs to the
18    maintenance room; and I called Wayne, my boss
19    at that time, and told him I needed to go home;
20    and he said that he didn't want me leaving, he
21    would be down to talk to me, there was
22    something in my voice that he knew wasn't
23    right, don't leave.
24        Q.  He said that to you?
25        A.  Yeah.  So he came down, sat down with
```

217

1    me; and I just told him that, I need to go

2    home, I just need to go home.  He said, well,

3    I'm not letting you drive like this.  You are

4    not driving.

5         Q.  What time of day was this?

6         A.  It was in the morning.  I'm going to

7    say around 10.

8         Q.  You hadn't seen Larry that day?

9         A.  No.

10        Q.  So there was nothing that Larry did

11   that day to trigger this?

12        A.  No.

13        Q.  Why did you call Wayne and not Harold?

14        A.  Because you have to call your

15   supervisor to tell them you're leaving; and

16   that's what my first indication was, I need to

17   call him and tell him I'm leaving.

18        Q.  What happened next?

19        A.  He told me that he would take me home

20   and that when he got back he would tell Harold

21   that he took me home, that I wasn't able to

22   drive, because he works in the same building

23   that Harold does.

24        Q.  Was that okay with you?

25        A.  Yes.

218

1  Q. That plan was okay with you?

2  A. Yes.

3  Q. What happened then?

4  A. On the way to my house, I just started

5 telling Wayne everything that happened.

6  Q. What do you mean "everything"?

7  A. Larry hugging me and walking in the

8 restrooms and that he had tried to kiss me and

9 he was at my house.

10  Q. Is that the first time that you had

11 told Wayne anything about Larry Meade?  Yes?

12  A. Yes.

13  Q. What happened then?

14  A. Harold came home and I told him

15 everything.

16  Q. Is this first time -- did you tell

17 Harold about the attempted kiss?  Did you tell

18 Harold about the hug with Larry's hands on the

19 top of your butt?

20    MR. LINDSAY:  You're nodding.

21 You have to say yes.

22  A. Yes.

23  Q. Did you tell Harold about the mutual

24 hugs?

25  A. Yes.

230

1      Q.  Is that all you heard from that
2   telephone conversation?
3      A.  Yeah.
4      Q.  Did you hear Harold say anything to the
5   person on the other line that he felt you
6   hadn't told them the whole story?
7      A.  No.
8      Q.  Did you hear Harold say, she enticed
9   him?
10     A.  No.
11     Q.  You came back to work then in June of
12  2003; correct?  Did you have any contact with
13  Larry Meade in June of 2003?
14     A.  Do you mean physical contact or just --
15  explain a little more.
16     Q.  Let's start there.  Did you have any
17  physical contact with Larry Meade in June of
18  2003?
19     A.  No.
20     Q.  Did you see him in June of 2003?
21     A.  Yes.
22     Q.  Did he speak to you?
23     A.  No.
24     Q.  In July of 2003, were you working?
25     A.  Yes.

231

1     Q.  Did you have any physical contact with

2  Larry in July of 2003?

3     A.  No.

4     Q.  Did you see Larry in July of 2003?

5     A.  Yes.

6     Q.  Did you and Larry speak to each other

7  in July of 2003?

8     A.  No.

9     Q.  Did he speak to you in July of 2003?

10    A.  No.

11    Q.  Did you file a grievance?

12    A.  Yes.

13    Q.  Let me back up a little bit, if I can.

14        In July of 2003, did you request that

15  your work area be moved to Plant 1?

16    A.  Yes.

17         MS. COCHENOUR:  I ask that the

18  court reporter mark this document as Exhibit 4.

19         (Deposition Exhibit No. 4 was

20  marked for identification.)

21    Q.  Did you prepare this document?

22    A.  Yes.

23    Q.  Did you type it at home?

24    A.  Yes.

25    Q.  Did you bring it to work on July 1st,

234

 1      A.   No.

 2      Q.   What result were you hoping for with

 3 this grievance?

 4      A.   That there would be more investigation

 5 done.

 6      Q.   At the time the grievance was filed,

 7 did you have any idea what investigation had

 8 been done?

 9      A.   Yes.

10      Q.   How did you know?

11      A.   I talked with Johan Maritz.

12      Q.   What did Mr. Maritz tell you?

13      A.   He told me that they had a meeting with

14 Larry Meade and that he would not be in my area

15 ever again, that I would not have to worry

16 about seeing him around again or worry about

17 it.

18      Q.   Well, that's the result of the

19 investigation.  You testified that you were not

20 happy with how the investigation had been

21 conducted; correct?

22      A.   Correct.

23      Q.   So is it really that you were unhappy

24 with the result of the investigation, not how

25 the investigation was conducted?

235

1     A.   Yes.

2     Q.   Am I correct?

3     A.   Yes.

4     Q.   Okay.  So it wasn't that you didn't

5   think the company did a good enough job

6   investigating your complaint, it was that you

7   were uncomfortable with the fact that Larry

8   Meade still worked at Joy; am I right?

9     A.   No.

10    Q.   What were you uncomfortable with?  I'm

11  trying to get this clear.

12    A.   The whole situation, that I did report

13  it and I felt enough was not done because my

14  contract book reads that if anyone has been

15  sexually harassing any employee, male or

16  female, that there would be a full

17  investigation done and that they would be

18  terminated if necessary.

19    Q.   Did you have any concerns that Joy had

20  not conducted a full investigation?

21    A.   Yes.

22    Q.   Why?  What made you come to that

23  conclusion?

24         First, did you know who they

25  interviewed?

236

```
 1        A.   Yes.
 2        Q.   How do you know?
 3        A.   Somebody told me.
 4        Q.   Who?
 5        A.   I don't remember.
 6        Q.   Somebody in HR?
 7        A.   No.
 8        Q.   Somebody who doesn't work in HR told
 9   you who HR investigated and spoke to in the
10   investigation of your claim but you don't know
11   who that person is?
12        A.   No, I do not.
13        Q.   You don't remember who it is?
14        A.   I don't remember.
15        Q.   You sat down with somebody who doesn't
16   work in HR and that person said to you,
17   Valerie, this is who they talked to in HR in
18   the investigation of your claim?  Are you
19   telling me that's what happened?
20        A.   Not in those exact words.
21        Q.   Tell me what the words were.
22        A.   They talked with four individuals.
23        Q.   Who were they?
24        A.   One of them was Peggy Doyle, Cornelia
25   Adams; and I don't remember the other two.
```

237

1  Q. Did HR talk to Harold?

2  A. On what terms?

3  Q. Did HR talk to Harold about the

4 situation with Larry?

5  A. I don't remember.

6  Q. Did HR talk to you?

7  A. Johan talked to me.

8  Q. Who else do you feel HR should have

9 spoken to that they didn't in the course of the

10 investigation?

11  A. A lot of people.

12  Q. Who?

13  A. Tom O'Neil.

14  Q. Who else?

15  A. Cecil Cassatt.

16  Q. Who else?

17  A. Debbie Lajeunesse.

18  Q. Who else?

19  A. Ellie Averille.

20  Q. Who else?

21  A. Jill Saylor.

22  Q. Who else?

23  A. Judy Peterson.

24  Q. Who else?

25  A. Bob Dahle.

238

```
 1        Q.  Who else?

 2        A.  I can't think of anybody else right now

 3   off the top of my head.

 4        Q.  Before June 20th of 2003, had you asked

 5   anyone at HR to speak with any of those people

 6   whose names you just mentioned?

 7        A.  No.

 8        Q.  What was the result of your grievance?

 9   What outcome did it have?

10        A.  None.

11        Q.  Was Harold assisting you in the

12   presentation of your case?

13        A.  Yes.

14        Q.  Do you feel the union did everything

15   possible to assist you in the presentation of

16   your grievance?

17        A.  No.

18        Q.  Was Harold a member of the shop

19   committee at the time your grievance was

20   presented?

21        A.  I don't remember.

22        Q.  Do you feel that Harold is competent

23   and capable as a union representative?

24        A.  Yes.

25        Q.  Do you feel Harold did a competent and
```

239

1    appropriate job in assisting in the

2    presentation of your grievance?

3        A.  Yes.

4        Q.  Was one of the things that you wanted

5    to happen as a result of your grievance that

6    Larry Meade be fired?

7        A.  Yes.

8        Q.  Today is that still your wish, that

9    Larry Meade be fired?

10        A.  Yes.

11        Q.  Since the time that your grievance was

12    filed and today, have you had any problems with

13    Larry Meade?

14        A.  No.

15        Q.  Let's kind of reposition these exhibits

16    so we can get back to the journal.

17            Would you turn two more pages, the one

18    that starts "August 1st."

19                MR. LINDSAY:  They're out of

20    order.  Go ahead.

21        A.  I don't have August 1st.  Oh, here it

22    is.

23        Q.  This is where we have to start looking

24    out for pages that are two-sided copies; okay,

25    Valerie?