# TAB "B"

# EXCERPTS FROM CORNELIA ADAMS DEPOSITION

13

```
 1            MS. COCHENOUR:  You're asking this
 2       witness for her recollection of her
 3       participation in one of those incidents.
 4
 5  BY MR. LINDSAY:
 6  Q.   All right.  Let me ask the witness.  Do you
 7       recall two instances where Valerie Wakefield came
 8       to Mr. Maritz's office where you were with her
 9       when she was very emotionally upset?
10  A.   No.
11  Q.   There was only one?
12  A.   Yes.
13  Q.   And you don't know whether it's in June or
14       March?
15  A.   Yes.
16  Q.   You do know?
17  A.   No -- true.
18  Q.   I'm sorry.  But we're talking about whatever
19       incident, whether it was in June or --
20  A.   Yes.  There was only one time I ever was in
21       Johan's office with Valerie while she was upset.
22  Q.   Well, whenever that was, we're talking about that
23       incident, okay?
24  A.   Okay.
25  Q.   Now, there's a remark in here -- first of all, do
```

14

```
 1        you recall telling her that we all know how Larry
 2        is?
 3   A.   I don't remember saying that.
 4   Q.   You don't remember one way or the other or you
 5        don't think you said it?
 6   A.   I don't know.
 7   Q.   Okay.  Now, it says here in this statement --
 8
 9             MS. COCHENOUR:  I'm going to object
10        to the use of the word statement.
11
12   Q.   This thing you got in front of you.
13
14             MS. COCHENOUR:  Thank you.
15
16   Q.   It's Exhibit 1.
17
18             MS. COCHENOUR:  Thank you.
19
20   Q.   It's stated, "I asked Cornelia if she remembered
21        saying well, we all know how Larry is and if she
22        had said it, what did she mean by the comment.
23        Cornelia said she does not remember making that
24        statement, but if she did say it, she would have
25        meant Larry is a harmless flirt."  Is that what
```