# TAB "C"

# EXCERPTS FROM LARRY MEADE DEPOSITION

5

```
 1            will say I need an audible answer.
 2   A.       I understand.
 3   Q.       So when I say that that's what it means.
 4   A.       I understand.
 5   Q.       Mr. Meade, I'd like to call your attention to
 6            March 2nd, 2003, which I believe was a Sunday.
 7            Did you or were you on that day at anytime at
 8            Valerie Wakefield's home?
 9   A.       Yes.
10   Q.       How did you come to be there?
11   A.       I left my house going to the Franklin Hospital.
12            I am a volunteer fireman.  I was going to the
13            Franklin Hospital to pick up equipment, like
14            collars, neck collars and stuff that we would use
15            for an auto accident and that's close to their
16            house.  I thought I would drive over and see how
17            they were doing.
18   Q.       Did you call ahead of time?
19   A.       No, I did not.
20   Q.       Can you, in your own words, tell us exactly what
21            happened when you got there?
22   A.       When I pulled into the driveway, Valerie was
23            getting groceries out of the pick-up truck.
24   Q.       Then what?
25   A.       I asked her how she was doing, she said -- she
```

6

```
 1          acted kind of not shy, but awkward.  I said, is
 2          Harold here.  She said, no, he isn't.  I said,
 3          okay.
 4    Q.    I want to interrupt you for a minute.  This
 5          conversation occurred outside of the Wakefield
 6          residence?
 7    A.    Yes.
 8    Q.    She was getting groceries, you said, correct?
 9    A.    Groceries out of the truck.
10    Q.    And you said she seemed awkward?
11    A.    That I was there.
12    Q.    What did that mean?  When you say awkward, how
13          did you know that she was -- what did she show
14          you?
15    A.    She just didn't seem real friendly.
16    Q.    She did not seem friendly?
17    A.    No.
18    Q.    And you asked her what?
19    A.    I asked her if Harold was here too.
20    Q.    And she said?
21    A.    She said no.
22    Q.    Then what happened?
23    A.    I guess I needed to talk to her about -- when I
24          had been to the hospital, I wasn't planning on
25          going to their house.  When I got up there and
```

7

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | picking up the collars and everything like that                 |
| 2  |    | it brought back memories of losing my son and                   |
| 3  |    | seeing him and all that.  I guess I needed to                   |
| 4  |    | talk to somebody and knew they were close and                   |
| 5  |    | knew what had happened.  So I drove up there and                |
| 6  |    | when he was not there I didn't want to stay                     |
| 7  |    | there.                                                          |
| 8  | Q. | All right.  So that was the end of the                          |
| 9  |    | conversation?                                                   |
| 10 | A. | No.  I was upset because she didn't want to talk                |
| 11 |    | to me.  I knew she didn't want to talk.  I made a               |
| 12 |    | comment that -- I was very down and upset.  I                   |
| 13 |    | made a comment that the next place you'll see me                |
| 14 |    | was at Morrison's.                                              |
| 15 | Q. | What did that mean?                                             |
| 16 | A. | That's where my son was laid to rest.                           |
| 17 | Q. | When you said that to her what did you mean?                    |
| 18 | A. | I was just very upset.                                          |
| 19 | Q. | What did that mean that you were going to commit                |
| 20 |    | suicide, is that what you were saying?                          |
| 21 | A. | No.  I was just very depressed.                                 |
| 22 | Q. | Okay.                                                           |
| 23 | A. | I needed to talk to someone.                                    |
| 24 | Q. | To start with you were at the Franklin Hospital                 |
| 25 |    | at what time?                                                   |