# TAB "D"

# EXCERPTS FROM ELEANOR AVERILL DEPOSITION

6

```
 1   Q.   Which is purchasing or buyer?
 2   A.   I'm in network services.  I've had different
 3        jobs.
 4   Q.   Ma'am, do you know an individual by the name of
 5        Larry Meade?
 6   A.   Yes.
 7   Q.   All right.  Have you ever had an incident with
 8        Mr. Meade where he in any way had physical
 9        contact with you?
10   A.   Yes.
11   Q.   When was that, ma'am?
12   A.   The early 80s.  I don't know the exact year.
13   Q.   Okay.  How well did you know Mr. Meade at that
14        time?
15   A.   I did not.
16   Q.   At all?
17   A.   I'd seen him.
18   Q.   Okay.  Can you tell me what happened?
19   A.   I was at the time working on the telephone system
20        for the company and I was in the phone room,
21        which is in the basement of the engineering
22        building, down a long dark hallway.  And he came
23        into the room and I don't remember the
24        conversation he said to start off with and then
25        he pushed me up against the wall and tried to
```

7

1       kiss me.  And I pushed him away and he said all

2       divorced women want it.  And I just pushed him

3       away and left.

4   Q.  Did you report this incident?

5   A.  Yes, I did.

6   Q.  Who did you report it to?

7   A.  At the time my boss was Howard Horton and I

8       reported it to him.

9   Q.  Were you interviewed by anybody in personnel,

10      human relations or anything about this?

11  A.  No.

12  Q.  Did anything happen to Mr. Meade about this?

13  A.  I don't know.

14  Q.  Did you ever discuss this -- you reported it to

15      Mr. Horton; is that correct?

16  A.  Uh-huh.

17  Q.  Did you ever discuss it with Mr. Horton

18      afterwards?  In other words, what happened?

19  A.  Yes.

20  Q.  What did he tell you?

21  A.  He told me -- when I told him about it, he told

22      me he would take care of it.  Then he left and he

23      come back he told me that I was not to go down in

24      that room by myself again and that Mr. Meade was

25      supposed to stay away from me and to tell him if

8

| | | |
|---|---|---|
| 1 | | he came near me.  And I did not see him again for |
| 2 | | multiple years. |
| 3 | Q. | Okay.  Was there any discipline that you're aware |
| 4 | | of of Mr. Meade for what he did? |
| 5 | A. | No. |
| 6 | Q. | Okay.  And you have not had any other contact |
| 7 | | with Mr. Meade? |
| 8 | A. | I have seen him occasionally at the vending |
| 9 | | machines in the lunchroom. |
| 10 | Q. | Did you have any conversation -- |
| 11 | A. | He said hello.  I said hello and walked away. |
| 12 | Q. | Okay.  That's it?  Have you ever seen him engage |
| 13 | | in similar behavior with any other women? |
| 14 | A. | No. |
| 15 | Q. | Have you ever heard of him engaging in similar |
| 16 | | behavior with other women? |
| 17 | A. | Yes. |
| 18 | Q. | Can you give us the circumstances of what you've |
| 19 | | heard? |
| 20 | A. | There were rumors.  I didn't see it happen. |
| 21 | Q. | That's all right. |
| 22 | A. | I heard it from Valerie. |
| 23 | Q. | Okay.  How did you hear -- how did you find out |
| 24 | | about -- |
| 25 | A. | She was working in the department the time and we |

9

| | | |
|---|---|---|
| 1 | | talked a lot and she was very upset with some of |
| 2 | | his behavior. |
| 3 | Q. | All right. |
| 4 | A. | We were discussing it and I said well, who was |
| 5 | | this?  She told me and I said oh, well, he tried |
| 6 | | that on me once like 30 years ago. |
| 7 | Q. | All right. |
| 8 | A. | And I had heard that Alma Matthews in engineering |
| 9 | | had had problems, but I -- |
| 10 | Q. | What did you hear about Alma Matthews? |
| 11 | A. | Somebody else was talking about it.  I don't |
| 12 | | remember who now. |
| 13 | Q. | Do you have any idea -- |
| 14 | A. | Just that she had had problems with him. |
| 15 | Q. | All right.  Anybody else? |
| 16 | A. | One of my personal friends had gone to high |
| 17 | | school with him had told me that he had tried to |
| 18 | | force himself on her, but -- |
| 19 | Q. | What's her name? |
| 20 | A. | Her name's Diana Ace (ph).  She lives in Phoenix, |
| 21 | | Arizona; Glendale, Arizona. |
| 22 | Q. | Okay.  Did he try to force himself on her in high |
| 23 | | school or in the plant? |
| 24 | A. | I believe in high school. |
| 25 | Q. | Okay.  Any other women that you know of? |

10

```
 1   A.   No.
 2   Q.   Have you heard any -- you were interviewed -- or
 3        were you interviewed by people in human relations
 4        since the incident?  And I'm talking about --
 5   A.   Since which incident?
 6   Q.   The incident involving Mr. Horton -- well, I
 7        guess we should say since the Valerie Wakefield
 8        incident, have you been interviewed?
 9   A.   Just the ladies here.
10   Q.   That's it?
11   A.   Uh-huh.  Diane Kemick was in that too; wasn't
12        she?  I can't remember.
13
14            MS. COCHENOUR:  You can't ask me.
15            THE WITNESS:  Oh, I'm sorry.
16            MS. COCHENOUR:  You have to answer
17        from your memory.
18
19   A.   I have discussed it with legal, yes.
20   Q.   All right.  But that's all?
21   A.   Uh-huh.
22   Q.   Okay.  When was that discussion?
23   A.   Earlier this year.
24   Q.   Here's a -- maybe mark this as Exhibit 1.
25
```