# TAB "I"

# NOTES FROM
# JOHAN MARITZ AND DIANE KEMICK

Interview with Bob Dahle – June 4, 2004

Johan Maritz and Diane Kemick met with Bob Dahle at 12:45 p.m. on Friday, June 4.

(During the mediation, Val Wakefield's attorney had disclosed that they had knowledge that Larry Meade had made phone calls to Bob's wife in the past.)

Bob told us that approximately 20 years ago, while he was travelling on business, his wife received a couple of anonymous phone calls. He said he didn't remember much about the nature of the calls, but he said they didn't seem to upset his wife (now ex-wife) too much at the time, didn't seem to be of a threatening nature, and it only happened 2 or 3 times. They never knew who placed the calls.

Bob said years later some guys were talking about it and said oh yeah, it was Larry Meade who was making those calls. He called our wives when we were out of town too.

Bob does not know how they knew it was Larry Meade, as far as he knows it was never confirmed.

Bob did mention that some of the guys in Engineering, the "ones that really know Larry" refer to his as "the dirty old man."

He also said that back in the late 70's there was an incident that happened where Larry grabbed a young gal from behind. He said he did not witness it, but he is certain that it happened. He believes Larry was reprimanded for it at the time. The gal's name was Sally, and Johan and I believe it was probably Sally Strain who worked here for 5-6 years in the late 70's, early 80's. The last address we have on file for Sally is in Alger, Ohio.



EXHIBIT
1
Dahle 9/21/06




Notes from meeting with Larry Meade
6/17/03 – 1:00 p.m.

Johan gave an overview of Val Wakefield's complaint.

LM I admit to calling her at home to see if she was okay. Did not kiss her or touch her inappropriately. Did give her a hug when she asked for it when she was having a bad day. Sometimes she would ask me for a hug if she was having a bad day. Sometimes I would ask her for a hug if I was having a bad day. I did not kiss her or touch her inappropriately. No comments about her physical appearance. Talked about Jonathan and Chad, our sons. Never alone with her in a restroom. Stood at the door, but I am not stupid, I never went in a restroom. Never invited her to my house, all I did was tell her about the oil painting of Eric on the wall.

*Regarding the alleged visit to Val's home in March:*

Packed up equipment at the firehall, thought I would stop by, she was just getting home. Made comment to her "next place you will probably see me is Morrison's Funeral Home." Said it because I was so depressed.

JM Did you go into the home?

LM No. Just walked over to the door. Never said I was falling in love with Val. I don't have a place in Florida. Don't know anybody that has a place in Florida.

Larry told us that Harold had called him at work. He told Larry that he didn't appreciate what he said to Val. Larry told Harry "I am sorry, I didn't mean to say that Morrison Funeral Home comment." He said "well, that is not the comment I'm talking about."

Larry also said he called Harold at the union hall and said "what's going on?"

Larry could not recall any incident of giving the girls in the cafeteria neck messages. "Possibly, but I don't remember it."

Johan asked him if he had ever inappropriately touched Jill Seyler.

"Gave her a hug when her husband died. Never touched her other than that."





J. Martiz Notes

## INTERVIEW WITH JILL SEYLER

**June 17, 2003**

JM Treat as confidential

JS Stopped by my desk – 2000
Obnoxious

JM Did you find it unacceptable?

JS Yes. A nuisance. Got to point where I told him to knock it off. Has a reputation of pursuing female employees. "You and me need to get together." Leaned over me, he knows I "want him." Can "gaze into my soul."

Two younger ladies who worked for cafeteria service complained he made them uncomfortable. Massaged their necks. Put his hand on my back, round my waist. Said inappropriate things.

Val Wakefield mentioned to me at the time Peggy (Doyle's) daughter was having twins that I was right about warning her about "that Meade guy."





D. Kemick's notes

Notes from meeting with Jill Seyler

JS (Larry) pursued me when I first started working in engineering, back in February 2000. He would stop by my desk and tell me I was wonderful and things like that. I just kind of laughed it off. Got to be fairly obnoxious and I mentioned to Deb Crise I was going to go to HR the next time he did it. He was a married man and I thought he was being a jackass. Didn't get emotionally involved and didn't bring me to the point of being terribly upset or anything. It was an annoyance, a nuisance. It stopped so abruptly I assumed that Deb Crise talked to him. I had been telling him to knock it off, cut it out, "oh Larry, give it up, it is not working, just go away . . . " I think he pursued Val much more intensely than he did me. He has a reputation at this company. He thinks he's quite the guy.

JM How many times (did this happen)?

JS Kind of consistently. It was daily for at least a month, probably.

JM So it didn't happen just once or twice?

JS No, he kept it up for quite awhile.

JM Kept it up after you told him to knock it off?

JS I tried to be kind, didn't want to hurt his feelings. Didn't feel it was necessary to treat him badly, but it was getting to that point. Actually, it was laughable, because he thinks he is such a sexy thing. Stared into my eyes and said he could read into my thoughts. The girls in the cafeteria complained about him. He would massage their shoulders and gave them all kinds of attention they didn't want. (Referring to Dora and possibly Flo)

DK Did he ever touch you?

JS Yes. Not exactly inappropriately. He would come up beside me, put his hand on my back or around my waist. Didn't consider it a sexual advance, but it wasn't welcome. Didn't encourage him. Some of the stuff he said was really inappropriate. He would talk about his wife. Really has this distorted image of himself!

JM Did he ever contact you outside of work?

JS Called my house one day. I was off sick. I went to the doctor. My daughter answered the phone. He thought it was me and he said "did I make you sick?" She said who is this? He said "aren't you feeling well today?" My daughter said my mother's not home right now and hung up.

6/17

DK How do you know it was him that called?

JS I think he brought it up at work and I said something like "why are you calling me at home anyways?" Something like that.

JM Ever make suggestions about going away together?

JS Kind of like let's jump in the car and go where life takes us, that type of thing.

Jill told us that Dan Blauser was aware of what was going on.