# TAB "J"

# EXCERPTS FROM ROBERT DAHLE DEPOSITION

6

```
 1  Q.  Is he an engineer?
 2  A.  I don't think he has a graduate degree as far as
 3      being a graduate engineer.
 4  Q.  Okay.  In your -- in the history of your
 5      acquaintance with Mr. Meade, have you become
 6      aware of Mr. Meade being involved in any conduct
 7      involving females other than his wife which was,
 8      I guess for lack of a better word, sexually
 9      provocative?  Do you understand what I mean?
10  A.  That's a long sentence.  I'm not sure what the
11      question --
12  Q.  Are you aware of anything like that?
13  A.  Not directly.
14  Q.  All right.  Have you heard of things like that?
15  A.  I heard of something like that some 20, 25 years
16      ago, a rumor from another party.
17  Q.  What did you hear?
18  A.  I heard that he had grabbed a girl around, from
19      behind around and grabbed her chest.
20  Q.  Okay.  Where did you hear this?
21  A.  It was in the engineering department.  That's all
22      I can say.
23  Q.  Do you recall who told you this?
24  A.  No.  No.
25  Q.  You heard that he grabbed a female, I guess?
```

7

```
 1  A.  Yeah.
 2  Q.  Can you be more specific of what you heard?
 3  A.  Well, I know that she had worked in the
 4      engineering department, but she had -- he had
 5      grabbed a female in a stairwell.
 6  Q.  Okay.  And you don't recall who told you that?
 7  A.  No.  No.
 8  Q.  Okay.  Was it reported to anybody?
 9  A.  Don't know.
10  Q.  Did you report it to anybody?
11  A.  No, because I didn't really see anything.
12  Q.  Do you recall about 20 years ago of your wife
13      receiving anonymous telephone calls?
14  A.  Yes.  She had received a call about that time,
15      about 20 years plus ago.
16  Q.  Okay.  Did you have any reason to believe that
17      this was Larry Meade who was making these calls?
18  A.  No.
19  Q.  Do you recall being interviewed by Johan Maritz
20      and Diane Kemick in June of 2004?
21  A.  I do remember talking to them.
22  Q.  Okay.  I'd like to show, it's a -- here's one for
23      you.  This is a summary of an interview, I
24      think.  Do you want to look at that for a minute?
25  A.  Okay.
```

Interview with Bob Dahle – June 4, 2004

Johan Maritz and Diane Kemick met with Bob Dahle at 12:45 p.m. on Friday, June 4.

(During the mediation, Val Wakefield's attorney had disclosed that they had knowledge that Larry Meade had made phone calls to Bob's wife in the past.)

Bob told us that approximately 20 years ago, while he was travelling on business, his wife received a couple of anonymous phone calls. He said he didn't remember much about the nature of the calls, but he said they didn't seem to upset his wife (now ex-wife) too much at the time, didn't seem to be of a threatening nature, and it only happened 2 or 3 times. They never knew who placed the calls.

Bob said years later some guys were talking about it and said oh yeah, it was Larry Meade who was making those calls. He called our wives when we were out of town too.

Bob does not know how they knew it was Larry Meade, as far as he knows it was never confirmed.

Bob did mention that some of the guys in Engineering, the "ones that really know Larry" refer to his as "the dirty old man."

He also said that back in the late 70's there was an incident that happened where Larry grabbed a young gal from behind. He said he did not witness it, but he is certain that it happened. He believes Larry was reprimanded for it at the time. The gal's name was Sally, and Johan and I believe it was probably Sally Strain who worked here for 5-6 years in the late 70's, early 80's. The last address we have on file for Sally is in Alger, Ohio.

JOY030


EXHIBIT 1
Dahle 9/21/06