# TAB 19

D. Kemickep notes

6/25/03

Johan Maritz and Diane Kemick met with Val Wakefield.

Johan explained that after conducting our investigation, it was concluded that Larry Meade had violated company policy and formal discipline was issued. Johan said that although Larry's employment with Joy was not terminated as Valerie had requested, he felt that the company had handled the situation properly and he felt that Larry was aware of the seriousness of the situation and Johan feels very confident that he will not exhibit any further unwelcome behavior toward Val or any other female employee. He told Val if Larry does exhibit any such unwelcome behavior in the future, to let him or Diane know as soon as possible.

Johan told Val that if there is anything else the company can do to help her in this regard, to let him know. He asked her if moving her work area had helped, and she responded that yes it had.