TAB 20

Interview with Laura Tate
March 24, 2004
10:30 a.m.

Present: Johan Maritz, Diane Kemick, Laura Tate

Johan explained that we wanted to speak with Laura again to see if she was aware of any incidents happening between Val Wakefield and Larry Meade since we had spoken with her previously.

Laura indicated that Val didn't talk to her a lot about it really, most of the time she found out through other people what was going on. Laura said she didn't see why Val would still be feeling upset, that she thought Val and Larry were good friends, Val always confided everything in Larry. Confided in him about anything she was upset about. He seemed to be the one she would always go to. I never knew there was a problem till I saw her (Val) crying one morning.

Johan asked Laura if she was aware of any incidents occurring between Val and Larry since we had met with Laura before.

Laura said she didn't think Larry would put himself in that position. Indicated she never saw anything. Didn't see Larry a lot of places she used to see him after he was talked to. He stayed in his own area more than before. Used to meet Val at the time clock in the morning and they would stand around and talk. Val didn't look upset then. They would be confiding in each other about things. Never saw her upset with him when they were close together. I don't see him (Larry) around anymore. Don't see him out of his work area now. I work in the area now where Val used to work (Mahogany Row, Second Floor MIS area, and accounting).

Johan asked who cleans the floor where Larry Meade works?

Laura told him that Carolyn Terrill is assigned to that floor.

Laura said at one point (after Johan had talked to Larry ), Val told her things were okay and they could switch places back. Laura said the boss said no, they could not switch.

Laura also stated "I really don't think he has said anything to her after he was talked to. I think Val just would see him and get upset." Laura also went on to say "Val sort of asked for this herself. She got too friendly. I seen her having her hands on him and he didn't have his hands on her and you know what that can end up being. I think she was to blame for a lot of this situation. She confided in him about everything. Tom (Ferringer) made a comment at lunch one day that

she didn't like and she went right to Larry after lunch and told him about it. Larry said something to Tom about it."

Diane asked Laura if she remembered what the comment was that had upset Val. She said that Tom had said something about not wanting to have any more children and having a vasectomy. She said it apparently upset Val because Val did want to have more children.

Laura also said "I have never seen him (Larry) do anything out of the ordinary toward her. Just seemed to be friends. I never seen him touch her or anything. I did see her touching him though. "

Johan asked Laura to describe how she had seen Val touching Larry. She demonstrated (using Diane) how Val would sometimes fix Larry's shirt collar. She said Val would treat him like he was a little boy.