TAB 21

Case 1:05-cv-00079-MBC    Document 48-4    Filed 05/11/2007    Page 1 of 2

J. Maritz Notes

## Harold and Valerie Wakefield

## March 14

HW: Wanted to keep out of company.

VW: After son died 6/02, Larry Meade said he could help. Found me every day and wanted to know how it's going. Started giving compliments. Didn't think anything of it. On 3/2/03, Larry pulled up at house. Said he needed to talk to me. Said he had feelings for me. Told him it couldn't be. Got mad and left. Saw me next week at work and apologized. Done it to other people. Always comes looking for me. Don't work in his area.

JM: If other people had same incidents, let them come see me. Also please let me have names of anyone who may have had similar experience. Move you?

VW: No.