TAB 22

July 1, 2003

I am requesting to be moved to Plant 1, assuming the same Cleaning Services Person Duties that I do now. If possible the effective date to be July 7, 2003. This request is due to the complaint I filed on June 16, 2003. I do not feel comfortable with the action the company has taken on this complaint. If you have any questions on this matter, feel free to contact me.

Thank You,

*Valerie W. Wakefield*
Valerie W. Wakefield
Clock # 4549

7/1/2003

File note

Valerie Wakefield came to see me this am.
Asked for a copy of company harassment policy and handed me a letter dated 7/1/03 as attached
I asked her to meet with me and Diane at 1 pm.

J Maritz

(D. Kemick's notes)

Tuesday, July 1

Met with Val regarding the letter she gave Johan.

Still feels uncomfortable in this building. Wants to totally avoid Larry. When she sees him she wants to cry – afraid may have emotional breakdown. Confirmed nothing else has happened. Just in the building, she always is afraid that she will run into him.

Johan gave her a copy of the Sexual Harassment Policy – same as one that is posted.

There is someone junior to Val working in the plant, so they can possibly switch places and she can go to Plant 1. Feels she would be more comfortable working at Plant 1.

Johan stressed that he feels the company has taken sufficient action, but said if she would feel better and it would help her out, we will try to transfer her to Plant 1.

dlk
7/1/03

8/15.

Note to file                                                                 10

Following VW request per her letter dated 7/11/2003 we < pursued it with the Team

Conclusion is that contractually we could not comply with her request.

At a bi-weekly meeting on 8/15 I told Dunkelstrute & VW that if the Team could think of a way in which we could modify this more I would support it. They did not make any proposals.

J. Maritz Notes

## NOTE TO FILE

### August 15

Following Val Wakefield's request per her letter date 7/1/2003, we pursued it with the IAM.

Conclusion is that contractually we could not comply with her request.

At a bi-weekly meeting on 8/15 I told Dick Walentoski and Harold Wakefield that if the IAM could think of a way in which we could make this move, I would support it. They did not make any proposals.

JMaritz