TAB 24

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, ) | CIVIL DIVISION |
| ) | |
| Plaintiff, ) | Civil Action No 05 CV 79 – Erie |
| ) | |
| v ) | Honorable Maurice B. Cohill, Jr. |
| ) | |
| JOY MINING MACHINERY ) | |
| COMPANY, a division of Harnischfeger ) | |
| Industries, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

STATE OF NORTH CAROLINA            :
                                   :
                                   :      SS
                                   :
COUNTY OF WAKE                     :

### AFFIDAVIT OF HOWARD J. HORTON, JR.

The undersigned, Howard J Horton, Jr., being sworn, deposes and states as follows based on personal knowledge:

1. My name is Howard Horton.

2. I worked for Joy Mining Machinery from August 12, 1968 until October 14, 1988 at the Franklin, Pennsylvania facility.

3. I was the IS Manager at that facility.

4. Ellie Averill worked in the department that I managed.

5. I recall who Ellie Averill is.

6. Ellie Averill never complained to me or reported any allegations of sexual misconduct by Larry Meade, or any Joy employee.

7. No complaints of sexual harassment were made to me by any Joy employee while I was the IS Manager – or at any time that I worked for Joy.

/s/ *Howard J. Horton, Jr.*
HOWARD J. HORTON, JR.

Sworn to and subscribed before me this

_____ day of _____, 2007.

_____
Notary Public

My Commission Expires: