# TAB 25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W WAKEFIELD, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Civil Action No 05 CV 79 – Erie |
| | ) | |
| v | ) | Honorable Maurice B Cohill, Jr |
| | ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant | ) ) | |

COMMONWEALTH OF PENNSYLVANIA       :
                                  :
                                  :     SS
                                  :
COUNTY OF VENANGO                 :

### AFFIDAVIT OF DANIEL BLAUSER

The undersigned, Daniel Blauser, being sworn, deposes and states as follows based on personal knowledge:

1.  My name is Daniel Blauser

2.  I have been employed by Joy Mining for 31 years and have held the following positions: draftsman, engineering change technician, specifications engineer, manager product services and demand manager

3.  I know Jill Seyler

4.  I knew Mrs Seyler's late husband

5.  I knew Mr. Seyler because we worked together at Joy for approximately 20 years and were friends

6.  Mr Seyler passed away in September of 1998

7   Following Mr Seyler's death, I was instrumental in Mrs Seyler coming to work at Joy.

8   From February of 2000 to March of 2003, Mrs. Seyler worked for me as a secretary I was her direct supervisor

9.   I felt personally responsible for Mrs. Seyler's well-being, based on my personal friendship and business relationship with her late husband.

10.   Mrs Seyler's work station was located close to my office

11.   I know Larry Meade

12   I never overheard Mr Meade say anything to Mrs Seyler that either she or I viewed as objectionable in any way

13   Mrs Seyler never brought to my attention that she was uncomfortable with Mr Meade

14   I am familiar with Joy's harassment policy

15   Given my personal relationship with Mr. Seyler and my personal concern for Mrs Seyler's well-being, had she brought any concerns to my attention, or had I personally observed any inappropriate behavior on Mr Meade's part, I would have taken steps to enforce Joy's harassment policy.

*[signature]*
DANIEL BLAUSER

Sworn to and subscribed before me this
15th day of MARCH, 2007

*[signature]*
Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Debra L. Crise, Notary Public
City Of Franklin, Venango County
My Commission Expires June 28, 2007
Member, Pennsylvania Association of Notaries