TAB 26

COPY

```
                                                                    1

 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3
    VALERIE W. WAKEFIELD          :   Civil Division
 4           Plaintiff,           :
                                  :   Civil Action
 5                                :   No. 05 CV 79 - Erie
                                  :
 6       VS.                      :
                                  :
 7  JOY MINING MACHINERY          :
    COMPANY, a division of        :
 8  Harnischfeger Industries      :
             Defendant.           :   Honorable Maurice B.
 9                                    Cohill, Jr.

10

11       Deposition of         :   ROBERT DAHLE

12
         Date                   :   September 21, 2006
13                                  commenced at 10:25 a.m.

14       Place                  :   Franklin Club
                                    1341 Liberty Street
15                                  Franklin, PA

16

17
    APPEARANCES:
18
    FOR THE PLAINTIFF:
19      ALEXANDER H. LINDSAY, JR., ESQ.
        The Lindsay Law Firm, P.C.
20      128 South Main Street
        Butler, PA 16001
21

22  FOR THE DEFENDANT:
        PAMELA G. COCHENOUR, ESQ.
23      Pietragallo, Bosick & Gordon
        The Thirty-eighth Floor
24      One Oxford Centre
        Pittsburgh, PA 15219
25
```

```
 1                APPEARANCES CONTINUED

 2
         LISA A. BORRELLI, ESQ.
 3       Pietragallo, Bosick & Gordon
         The Thirty-eighth Floor
 4       One Oxford Centre
         Pittsburgh, PA 15219
 5

 6  NORTHWEST PENNA COURT REPORTERS
         Michell Foster
 7       141 N. Shenango Street
         Mercer, PA 16137
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | | conversation? |
| 2 | A. | Well, I didn't join it just because I heard that. I was going to say hello to these guys anyways, but what I heard was someone said my wife got a phone call and to kind of break into the group I said, oh, my wife got a couple calls many, many years ago. |
| 8 | Q. | Okay. |
| 9 | A. | And then a third person said, oh, yeah, that was Larry. And then the fourth person went on to talk about sports. That was it. |
| 12 | Q. | Okay. Is there anything else in this statement which is not accurate? |
| 14 | A. | Oh, okay. Continue. This one about some of the guys in engineering. I only have one guy say that. So it wasn't, it wasn't any, it wasn't, you know, I can't say guys. It was just one person that said that. |
| 19 | Q. | Well, first of all, who was the guy that said that? |
| 21 | A. | I believe that was Tom Litel (ph). |
| 22 | Q. | Who? |
| 23 | A. | Tom Litel. |
| 24 | Q. | Litel? And what exactly did he say, if you can remember? |

| | | |
|---|---|---|
| 1 | A. | That's the only thing that stuck out to me. |
| 2 | Q. | Dirty old man? |
| 3 | A. | Yeah. |
| 4 | Q. | What was the context of that statement?  Why does |
| 5 | | he say that Larry Meade's a dirty old man? |
| 6 | A. | I'm trying to think.  This has been about that |
| 7 | | time ago.  I don't recall.  I mean, I know I |
| 8 | | wasn't talking about this and I don't know if I |
| 9 | | just came in and heard that in the middle of the |
| 10 | | conversation with him talking with someone else. |
| 11 | | I can't really tell you how that developed into |
| 12 | | that. |
| 13 | Q. | Anything else in that? |
| 14 | A. | Well, I'm not certain it happened.  I wasn't, |
| 15 | | certainly wasn't there.  So that's not true |
| 16 | | there.  "And he believes Larry was reprimanded at |
| 17 | | that time."  I don't know that happened either, |
| 18 | | did or didn't happen. |
| 19 | Q. | Did you believe it? |
| 20 | A. | I don't recall if I believed anything about it. |
| 21 | Q. | Okay. |
| 22 | A. | And I think the gal's name was Sally.  It had to |
| 23 | | be probably Sally Strain.  I think, yeah, Johan |
| 24 | | filled in these blanks like who they thought that |
| 25 | | girl might have been. |