IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALERIE W. WAKEFIELD** : | CIVIL DIVISION |
| : | |
| Plaintiff : | Civil Action No.  05 CV 79 - Erie |
| : | |
| : | Honorable Maurice B. Cohill, Jr. |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **JOY MINING MACHINERY** : | |
| **COMPANY, a division of Harnischfeger** : | |
| **Industries** : | Electronically filed |
| : | |
| Defendants. : | |

## ORDER OF COURT

**AND NOW,** this ____ day of _____, 2007 upon consideration of the Plaintiff's Motion to Strike Affidavits Filed After the Close of Discovery, it is hereby ORDERED that the Affidavit of Daniel Blauser and the Affidavit of Howard J. Horton, Jr. filed by the Defendant are stricken from the record in the above captioned case.

BY THE COURT:

_____
J.