# Exhibit D

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, | ) CIVIL DMSION |
| | ) |
| Plaintiff, | ) Civil Action No. 05 CV 79 - Erie ) |
| | ) Honorable Maurice B. Cohill, Jr. |
| v. | ) |
| | ) |
| JOY MINING MACHINERY | ) |
| COMPANY, a division of Haxnischfeger | ) JURY TRIAL DEMANDED ) |
| Industries, | ) |
| | ) . |
| Defendant. | |

COM:MONWEALTH OF PENNSYLVANIA

             SS

COUNTYOFVENANOO"

### AFFIDAVIT OF DANIEL BLAUSER

The undersigned, Daniel Blauser, being sworn, deposes and states as follows based on personal knowledge:

1. My name is Daniel Blauser.

2. I have been employed by Joy Mining for 31 years and have held the following positions: draftsman, engineering change technician, specifications engineer, manager product services and demand manager.

3. I know Jill Seyler.

4. I knew MIS. Seyler's late husband

5. I knew Mr. Seyler because we worked together at Joy for approximately 20 years and were friends.

6. Mr. Seyler passed away in September of 1998.

7. Following Mr Seyler's death, I was instr~ental in Mrs. Seyler coming to work at Joy.

8. From February of 2000 to March of 2003, Mrs. Seyler worked for me as a secretary. I was her direct supervisor.

9. I felt persona11y responsible for Mrs. Seyler's well-being, based on my personal friendship and business relationship with her late husband.

10. Mrs. Seyler's work station waS located close to my office.

11. I know Larry Meade.

12. I never overheard Mr. Meade say anything to Mrs Seyler that either she or I viewed as objectionable in any way.

13   Mrs. Seyler never brought to 'roy 'attention that 'she was uhconifoitable With' Mr. Meade.

14. I am familia!' with Joy's harassment policy,

15. Given my personal relationship with Mr. Seyler and my personal concern for Mrs. SeyleI's well-being, had she brought any concerns to my attention, or had I personally obseIved any inappropriate behavior on Mr. Meade's part, I would have taken steps to enforce Joy's harassment policy.

DANIEL BLAUSER

SWaIn to and subscribed before me this

/SB.dayof /lJ!J-f«!Jj   , 2007.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Nolarial Seal DebiC:1 L Crise, Notary Public City
Of Frank/in, Venan~-o Co-unty My Commission
ExpIres Juna 28, 2007 Member, Pennsylvania
As..",:::;i;:;f.):, r::J~JMari9S