# Exhibit E

Case 1:05-cv-00079-MBC   Document 51-7   Filed 05/21/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRJcr OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD, | ). CIVIL DIVISION |
| 'Plaintiff, | ) Civil A6tion No. 05 CV 79 - Erie } |
| | .) Ho~oIable Maurice B. Cohill, Jr. |
| v. | ) |
| JOY MINING MACHINERY COMPANY, a division of Hmnischfeger Industries, | } JURY TRIAL DEMANDED |
| Defendant. | ) |

STATE OF NORTH CAROLINA

SS

COUNTY OF WAKE

### AFFIDAVIT OF BOWARD J. HORTON.. JR.

The undersigned, Howard J. Horton, Jr., being swom, deposes and states as follows based on personal knowledge:

L.   My name is Howmd J. Horton, ..Jr..

2.   I worked for Joy Mining Machinery from August 12, 1968 until October 14, 1988 at the Franklin, Peill1sylvania facility.

3.   I was the IS Manager at that facility.

4.   Ellie Averill worked in the depmtment that I managed.

5,   I recall who Ellie Averill is.

6.   Ellie Averill nevet complained to me or reported any allegations of S~"'llia1 misconduct by Larry Meade, or any Joy employee.

r<sup>J</sup>

      7. No complaints of sexual haIassment were made to me by any Joy

          e:znployee while I was the IS Manager - or at any time that I worked for

          Joy.

                                          HOWARD J. HORTON, JR.

fu.

Sworn to and subscribed before me this

~ .iP day of    YY\dJU   .2007.

Notary Public »C!\3~A W~. ~~+; tV

*M3T Commission* Expires: $S$ lL-lj e *rz* I d2. *0 Df*