IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE W. WAKEFIELD,<br>    Plaintiff,<br><br>Vs.<br><br>JOY MINING MACHINERY,<br>    Defendants | )<br>)<br>)<br>)    Civil Action No. 05-79 Erie<br>)<br>)<br>) |

### ORDER

AND NOW, this 21st day of August, 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

*[signature]*
Maurice B. Cohill, Jr.,
United States District Judge

cc: all parties of record. nk