IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERIE W. WAKEFIELD, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05 CV 79 – Erie |
| | ) | |
| v. | ) | Honorable Maurice B. Cohill, Jr. |
| | ) | |
| JOY MINING MACHINERY COMPANY, a division of Harnischfeger Industries, | ) | JURY TRIAL DEMANDED |
| | ) | *Electronically Filed* |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

Please mark the above-captioned case settled, discontinued and dismissed with prejudice, as to all current and previously dismissed parties.

/s/ *Alexander H. Lindsay, Jr.*
ALEXANDER H. LINDSAY, JR.
THE LINDSAY LAW FIRM, P.C.
128 South Main Street
Butler, PA 16001

(724) 282-6600

/s/ *Pamela G. Cochenour*
PAMELA G. COCHENOUR
Pa. I.D. #47761
ERIC P. REIF, ESQUIRE
Pa. I.D. #00194
PIETRAGALLO BOSICK & GORDON LLP
Firm #834
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000